UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STERLING L. JOHNSON; ET AL.

Plaintiffs,

-against-

ELON MUSK; ET AL.,

Defendants.

1:25-CV-5881 (LTS)

ORDER GRANTING IFP APPLICATION

LAURA TAYLOR SWAIN, Chief United States District Judge:

Leave to proceed in this Court without prepayment of fees is authorized. *See* 28 U.S.C. § 1915.

SO ORDERED.

Dated:    July 23, 2025
          New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge