| | |
|---|---|
| Sterling L Johnson | Chief Judge: Laura Taylor Swan |
| -vs- | |
| Mark Zuckerberg | Case Number: 1:25-cv-C5881 |
| | Lts |
| Docket and File | |

Motion to Suppress for the evidence of the Memory chips that monitor all my accounts on Facebook this evidences puzzle together into the premeditated thoughts of Mark Zuckerberg Elon Musk and others these memory chips hide nothing the technology memory open this case into a path of destruction of sex crimals and criminal activiti from there criminal that put the social media platform at risk so i ask chief Judge: Swan,

RECEIVED
SDNY PRO SE OFFICE
2025 DEC -3 AM 11:18



# Alexi Giannoulias • Illinois Secretary of State

Driver's License/Identification Card Number:  5257-9278-039J

Name: STERLING L JOHNSON

Date Issued: **09/12/2025**          201PO1653

## KEEP THIS RECEIPT UNTIL YOUR PERMANENT CARD ARRIVES IN THE MAIL.

You should receive your Driver's License / CLP / ID Card within 15 business days
from the date issued (above) unless you have received correspondence stating otherwise.

**YOU WILL NOT RECEIVE YOUR NEW CARD IF YOU DO NOT LIVE AT THE ADDRESS LISTED BELOW ON THIS DOCUMENT. THE U.S. POST OFFICE CANNOT FORWARD DRIVER'S LICENSE, CLP OR ID CARDS. ILLINOIS LAW REQUIRES YOU TO NOTIFY THE SECRETARY OF STATE'S OFFICE OF AN ADDRESS CHANGE.**

**ilsos.gov**    To check the delivery status of your card,
visit ilsos.gov or call (217) 782-7044.



3525185033452177

SEPARATE YOUR TEMPORARY CREDENTIAL AT PERFORATIONS

Rev. 09/17/2015
02/08/1978

| Blood Type RH Factor |
| Medical Information/ Living Will Seal Area |

ilsos.gov



**FOR IDENTIFICATION PURPOSES ONLY
NOT A LICENSE TO DRIVE**

VERIFY PRESENCE OF PAPER WATERMARK    HOLD TO LIGHT TO VIEW

Alexi Giannoulias • Secretary of State    USA

**ILLINOIS**  **IDENTIFICATION CARD**

DL/ID NO: **5257-9278-039J**
DOB **02/08/1978**
EXP **12/11/2025**    ISS **09/12/2025**
**JOHNSON**
**STERLING L**
**601 SW ADAMS ST**
**PEORIA, IL 61602**
CLASS
SEX **M**    HGT **6'-03"**
**280 lbs**    EYES **BRN**    TYPE **DUP**
DD **202509** 1220 **1PO1653**



# Alexi Giannoulias • Illinois Secretary of State

Driver's License/Identification Card Number: 5257-9278-039J

Name: STERLING L JOHNSON

Date Issued: 08/07/2024          201PO4180

## KEEP THIS RECEIPT UNTIL YOUR PERMANENT CARD ARRIVES IN THE MAIL.

You should receive your Driver's License / CLP / ID Card within 15 business days
from the date issued (above) unless you have received correspondence stating otherwise.

**YOU WILL NOT RECEIVE YOUR NEW CARD IF YOU DO NOT LIVE AT THE ADDRESS LISTED BELOW ON THIS
DOCUMENT. THE U.S. POST OFFICE CANNOT FORWARD DRIVER'S LICENSE, CLP OR ID CARDS.
ILLINOIS LAW REQUIRES YOU TO NOTIFY THE SECRETARY OF STATE'S OFFICE OF AN ADDRESS CHANGE.**

## ilsos.gov

To check the delivery status of your card,
visit ilsos.gov or call (217) 782-7044.

SEPARATE YOUR TEMPORARY CREDENTIAL AT PERFORATIONS

3524051028527523

Rev. 09/17/2015
02/08/1978

| Blood Type RH Factor |
| Medical Information/ Living Will Seal Area |

ilsos.gov

FOR IDENTIFICATION PURPOSES ONLY
NOT A LICENSE TO DRIVE

VERIFY PRESENCE OF PAPER WATERMARK. HOLD TO LIGHT TO VIEW.

**ILLINOIS**    Alexi Giannoulias • Secretary of State    USA

**IDENTIFICATION CARD**

5257-9278-039J
02/08/1978
11/05/2024          08/07/2024
JOHNSON
STERLING L
601 SW ADAMS ST
PEORIA, IL 61602

M    6'-03"
280 lbs    BRN    DUP
20240807201PO4180

# Alexi Giannoulias • Illinois Secretary of State

Driver's License/Identification Card Number: 5257-9278-039J

Name: STERLING L JOHNSON

Date Issued: 11/28/2023          201PO8843

## KEEP THIS RECEIPT UNTIL YOUR PERMANENT CARD ARRIVES IN THE MAIL.

You should receive your Driver's License / CLP / ID Card within 15 business days
from the date issued (above) unless you have received correspondence stating otherwise.

YOU WILL NOT RECEIVE YOUR NEW CARD IF YOU DO NOT LIVE AT THE ADDRESS LISTED BELOW ON THIS DOCUMENT. THE U.S. POST OFFICE CANNOT FORWARD DRIVER'S LICENSE, CLP OR ID CARDS. ILLINOIS LAW REQUIRES YOU TO NOTIFY THE SECRETARY OF STATE'S OFFICE OF AN ADDRESS CHANGE.

**ilsos.gov**    To check the delivery status of your card, visit ilsos.gov or call (217) 782-7044.

SEPARATE YOUR TEMPORARY CREDENTIAL AT PERFORATIONS

3523186026765838

Rev. 09/17/2015
02/08/1978

| Blood Type RH Factor |
| Medical Information/ Living Will Seal Area |

ilsos.gov

### FOR IDENTIFICATION PURPOSES ONLY
### NOT A LICENSE TO DRIVE

Alexi Giannoulias • Secretary of State    USA

**ILLINOIS**    **IDENTIFICATION CARD**

No. 5257-9278-039J
02/08/1978
EXP 02/26/2024    ISS 11/28/2023
JOHNSON
STERLING L
601 SW ADAMS ST
PEORIA, IL 61602

M    6'-03"
280 lbs    BRN    ORG