E-FILED
Thursday, 13 August, 2026 01:40:22 PM
Clerk, U.S. District Court, ILCD

ECTRONIC FILING SYSTEM - U.S. District Court ILCD

MIME-Version:1.0
From:ECF_Returns@ilcd.uscourts.gov
To:ECF_Notices
Bcc:
--Case Participants: Magistrate Judge Ronalc
District Judge Jonathan E Hawley (chambers.h
jonathan_e_hawley@ilcd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:<5380639@ilcd.uscourts.gov>
Subject:Activity in Case 1:26-cv-01223-JEH-R
Content-Type: text/html

**This is an automatic e-mail message generated by this e-mail because the mail box is unattended. ***NOTE TO PUBLIC ACCESS USERS*** Judi attorneys of record and parties in a case (including all documents filed electronically, if receipt is requ apply to all other users. To avoid later charges, dov viewing. However, if the referenced document is a t apply.**

**U.S. Di**

**CENTRAL DIST**

## Notice of Electronic Filing

The following transaction was entered on 5/28/2026 at

**Case Name:** Johnson et al v. Musk et al
**Case Number:** 1:26-cv-01223-JEH-RLH
**Filer:**
**Document Number:** 9(No document attached)

**Docket Text:**
**TEXT ORDER: Plaintiff's [1] Complaint contain P. 5.2, however, private information of that kin DIRECTED to SEAL Exhibit B, (Doc. [1-2]), to P Judge Ronald L. Hanna on May 28, 2026. (NL)**

**1:26-cv-01223-JEH-RLH Notice has been electronic**

**1:26-cv-01223-JEH-RLH Notice has been delivered**

Sterling L Johnson
601 SW Adams Street
Peoria, IL 61602

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
OFFICE OF THE CLERK
ROOM 305
FEDERAL BUILDING
100 N.E. MONROE
PEORIA, ILLINOIS 61602
OFFICIAL BUSINESS

Sterling L Johnson
601 SW Adams Street
Peoria, IL 61602

PEORIA IL 616
11 JUN 2026 AM 1 L

FILED
AUG 13 2026
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

NIXIE 601 FE 1 0008/11/26
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 61602105380 *2676-06376-11-21

UTF


L30372.16
FIRST-CLASS
FROM 61602