E-FILED
Friday, 11 September, 2026 11:18:44 AM
Clerk, U.S. District Court, ILCD

Need to Create email

CSR INITIALS: Jc DATE: 2/10/26

INTAKE

Veteran or spouse of a Veteran? Yes____ No____

- ☐ Check ID/DL
- ☐ Name: Sterling Johnson

CID: 7408262 Email: __________

*MUST BE CURRENT EMAIL (CHECK IBIS)

- ☐ Check CSR Tool
  - Check MFA info (same phone number?)
  - EMAIL REGISTERED? LINKED TO ANY OTHER IBIS ID? CROSS-CHECK WITH IBIS

- ☐ Check for 500B Identity (follow 500B procedures sheet)
  - Fraudulent claim filed with the last year? Remove wages/paper claim
  - Over a year? – can file

UI

FILED
SEP 11 2026
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

26-cv-1223

Please mark what claimant needs:

- ☐ Registered/Linked
- ☐ File claim
- ☐ Certify
- ☐ DD

IJL

- ☐ Username? __________
- ☐ Has Reset code for new password? (good for 15 mins)__________
- ☐ 500A deny?
  - Appeal form
  - Resume completed on IJL

(OVER FOR RESOURCE ROOM)

RESOURCE ROOM PR INITIALS ______________

Resource room

Find in IBIS/CSR Tool

UI

- ☐ Registered or Sign in
- ☐ See FOS w/ error messages
- ☐ Check DD after File claim

IJL/ES

- ☐ Help with resume
  - o PUBLISH
- ☐ Make sure registered (if UI)
- ☐ Print copies of resume if needed

Check Out

- ☐ Find claim in Internet Claims (if necessary FILE)
- ☐ Verify phone/Address/Sep Details/Dates/End of Employment
- ☐ Check issues
- ☐ Make claimant aware of Adjud issues (interview date/time)
- ☐ Certification day/date
- ☐ BRI – Benefit Rights Information

Demographics questions for IJL Services

How many people in Household?________

Claimant receiving SS or disability?_______

Claimant receiving SNAP or TANF?_______

Do you have barriers to finding employment?

Such as: Child care issues, transportation issues, arrest or criminal record

Type of barrier:__________________________________

Who ever does check out for claimant needs to take IJL services for claimant.

**☐ IJL SERVICES TAKEN? CSR INITIALS:__________**

SOCIAL SECURITY

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

THIS NUMBER HAS BEEN ESTABLISHED FOR

STERLING L JOHNSON

SIGNATURE 10/23/

YOUR SOCIAL SECU

ADULTS: Sign this card in ink immediate

CHILDREN: Do not sign until age 18 or yo whichever is earlier.

Keep your card in a safe place to prevent loss

DO NOT CARRY THIS CARD WITH YOU.

Do not laminate.

Improper imprisonm Security at 1-877

STERLING L JOHNSON
WICC
# K70633
2500 ROUTE 99 S
MOUNT STERLING IL 62353-1462

Keep this stub with your personal records. The other side contains important information.

Pl note: The date we issued this card is shown below the signature line.

cid 7409262

ILLINOIS

Alexi Giannoulias • Secretary of State USA

IDENTIFICATION CARD

Federal Limits Apply

4d LIC NO: 5257-9278-039J
3 DOB: 02/08/1978
4b EXP: 02/08/2029 4a ISS: 11/28/2023
1 JOHNSON
2 STERLING L
8 601 SW ADAMS ST
PEORIA, IL 61602
9 CLASS:
15 SEX: M 16 HGT: 6'-03"
17 WGT: 280 lbs 18 EYES: BRN TYPE: ORG
5 DD 20231128201PO8843

RECEIVED
FEB 10 2026
PEORIA LOCAL OFFICE


ILLINOIS
Alexi Giannoulias • Secretary of State
USA
IDENTIFICATION CARD
Federal Limits Apply
4d LIC NO: 5257-9278-039J
3 DOB: 02/08/1978
4b EXP: 02/08/2029
4a ISS: 11/28/2023
1 JOHNSON
2 STERLING L
8 601 SW ADAMS ST
PEORIA, IL 61602
9 CLASS:
15 SEX: M
16 HGT: 6'-03"
17 WGT: 280 lbs
18 EYES: BRN
TYPE: ORG
5 DD 20231128201PO8843

Rev. 09/17/2015
02/08/1978

ilsos.gov

| Blood Type RH Factor | Medical Information/Living Will Seal Area |
| --- | --- |

FOR IDENTIFICATION PURPOSES ONLY
NOT A LICENSE TO DRIVE

RECEIVED
FEB 10 2026
PEORIA LOCAL OFFICE

Cid
7409262

62579278039J
ILMD7M01
Rev. 09/17/2015
02/08/1978

ilsos.gov

| Blood Type RH Factor | Medical Information/Living Will Seal Area |
| --- | --- |

FOR IDENTIFICATION PURPOSES ONLY
NOT A LICENSE TO DRIVE

STERLING L JOHNSON

PLAINTIFF,

VS

PEOPLE OF THE STATE OF ILLINOIS

JUDGE; CARYN J KAMP ; CASE NO; 2026-MT-0000277,

TAMPER WITH; LIBRARY PC RESERVATION RECEIPT

FILED
ROBERT M. SPEARS
APR 06 2026
CLERK OF THE CIRCUIT COURT
PEORIA COUNTY, ILLINOIS

PIN;8331

PC;MPUBLIC10

NEW PC NUMBER; PC RESERVATION RECEIPT

PC;MPUBLIC10

DATE; 4/6/2026

TIME; 2;30

MOTION; CONSTITUTION/ AND CONSTUTION'S AND THE DNA OF THEN AND NOW THE IDENTIFICATION OF CITIZEN/CITIZEN'S WERE THE UNITED STATE TIME OF THEN THE CONSTITUTION BECAME THE THEN INTO THE NOW WITH THE TIME OF TO DAY THAT CAN PLACE THE DNA OF THE CITIZEN BY DNA AND ALSO BY THE TIMING IN ONE THE OWNER AND FOUNDER'S OF THE BLACK REPBLICAN PARTY .

BLACK REPUBLICAN PARTY MEMBER; STERLING LEWIS JOHNSON

Sterling L Johnson

Owner of Newfoundland / The Cut off point of the land of Mexico THAT CONNECTS TO CANADA THAT SEPARATE CANADA FROM MY NEWFOUNDLAND THAT CONNECT TO MEXICO AND COME TOGETHER WITH THE NEWFOUNDLAND ON THE ENDING POINT OF CANADA THAT COME TOGETHER ALL BEING NEWFOUNDLAND THAT NOW OWNER BEING STERLING L JOHNSON.

ON the outside of Mexico Land that separate The United State of America ; American from Mexico THE Wall Newfoundland point that connects with Canada where the Newfoundland Connect with Canada ending point of Canada AND The Newfoundland began entail water is discovered And that Newfoundland become Own by Sterling L Johnson my Newfoundland become Visual to the eye owner being Sterling l JOHNSON.

Record Office; Peoria Illinois Robert Spears

4/17/2026

Time 10;27

FILED
ROBERT M. SPEARS
APR 17 2026
CLERK OF THE CIRCUIT COURT
PEORIA COUNTY, ILLINOIS

RECEIVED
APR 17 2026
STATE'S ATTORNEY'S OFFICE
PEORIA IL


ILLINOIS
DRIVER'S LICENSE


ILLINOIS
Alexi Giannoulias • Secretary of State
USA
DRIVER'S LICENSE
Federal Limits Apply
4d LIC NO: J525-7927-8039
3 DOB: 02/08/1978
4b EXP: 02/08/2030
4a ISS: 12/02/2025
1 JOHNSON
2 STERLING L
8 601 SW ADAMS ST
PEORIA, IL 61602
9 CLASS: D
9a END: NONE
12 REST: NONE
15 SEX: M
16 HGT: 6'-03"
17 WGT: 280 lbs
18 EYES: BRN
TYPE: ORG
5 DD 20251202201PO3513

11:08

Back

September 10, 2026 at 11:07 AM

# Sterling L Johnson

Vs

The People Of

The State Of Illinois

Motion: Smartlink

Deoxygenated Right Side The Left side

Oxygenated / Atrium

Smartlink Nerulink Monitor And Recorded

Without Permission

The Blood Flows Around Our Body In The Circulatory System, This Is Powered By The Heart, Which Pumps The Blood Throughout The Body's Network Of Blood Vessels, The Tissues That Makes Up The Heart Is Called Cardiac Muscle, Like The Smooth Muscle That Surrounds Hollow Organs, Such As The Intestines, Cardiac Muscle, Yet , Like The Muscles Attached To Your Bones Skeletal Muscles, So Cardiac Muscle Is A Cross Between Smooth Muscle And Skeletal Muscle Also Has Unique

11:27

Back

And Skeletal Muscle Also Has Unique Connections Between Its Cells That Help All The Hearts Muscle Cells Contract Rapidly And At The Same Time, On Average, The Adult Heart Beats Around 72 Time Per Minute, Around 3 Fluid Ounces 80ml Of Blood Are Pumped Into The Main Artery With Each Beat, So The Heart Usually Pumps Up To 1%.1.2 Gallons 7Liters Of Blood Per Minute, During Strenuous Exercise Such As Running, That Can Rise To 6 Gallons (27 Liters) Per Minute, The Heart Receives Blood From Veins And Pumps It Out Through Arteries, It Has Four Chambers Two Ventricles, The Hearts Left And Right Side Are Separate, The Right Side Receives Deoxygenated The Left Get Oxygenated Blood From The Lungs Via The Pulmonary Vein, And Pumps It Into The (Aorta) For Distribution, Each Atrium Opens Into Its Corresponding Ventricle Via A Valve

11:51

Folders

(On The Right) The Tricuspid Value, And The Bicuspid Value On The Left, When The Ventricle Contracts To Stop Blood Flowing Back Into The Atrium The Aorta And Pulmonary Trunk Also Have Valves So Moderna Pfizer Is About Recognizing Sex Offenders And Tracking Them My Situation The Evidence Is Clear To Ask A Question About The CDC-PPD Release My Smartlink Nerulink Because Of Trauma And Being Tracked By Sex Offenders

**IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT OF ILLINOIS PEORIA COUNTY**

**PEOPLE**
**vs**
**Johnson, Sterling L**

| | |
|---|---|
| Case No. | 2026CM448 |
| Incident No. | 26-18725 |
| Booking No. | 2605693 |
| Arresting Agency | Peoria County Sheriff's Office |

| Offense Code | Description |
|---|---|
| CO04440 | FAILURE TO APPEAR |

The undersigned, as Defendant-Principal and surety, respectively, jointly, and severally acknowledge themselves to be indebted to the People of the State of Illinois in the sum of **CRT ORD REL** (to be levied upon their property, of whatever kind and wherever situated.) The undersigned Defendant, being charged with a statutory or ordinance violation, and now being admitted to bail in the aforesaid sum, undertakes the following conditions of his bail pursuant to 725 ILCS 5/110-10(a) and 725 ILCS 5/110-12:

1. *SAID DEFENDANT SHALL APPEAR ON* **OCT 14, 2026** at **9:00 AM** In Courtroom **321** Peoria County Courthouse Peoria, Illinois for above charges and shall appear thereafter as ordered by the Court until discharge or final order of the court;
2. Said Defendant shall submit himself to the orders and process of the Court;
3. Said Defendant shall NOT DEPART THIS STATE without leave of the Court;
4. Said Defendant shall GIVE WRITTEN NOTICE TO THE CLERK of the Court of any CHANGE IN HIS ADDRESS within 24 hours after such;
5. Said Defendant shall NOT VIOLATE ANY CRIMINAL STATUTE of any jurisdiction; and
6. Other (refer to court order in court file for special conditions of bail):__________
7. Said Defendant is being released

**TYPE OF BOND POSTED**

- [ ] 10% DEPOSIT, purs. to 725 ILCS 5/110-7.
- [ ] FULL CASH BOND, purs. to 725 ILCS 5/110-8
- [ ] PERSONAL RECOGNIZANCE BOND, purs. to 725 ILCS 5/110-2.
- [ ] REAL ESTATE BOND, purs. to 725 ILCS 5/110-8.
- [ ] DEPOSIT OF STOCKS OR BONDS, purs. to 725 ILCS 5/110-8
- [ ] BAIL BOND REFORM ACT purs to Public Act 100-001 (SB2034)

NOTICE TO DEFENDANT-PRINCIPAL: If you are released on bond and at any time fail to appear in court when required, your failure to appear is a waiver of your right to confront the witness against you and trial may proceed in your absence. Signing the bail bond is acknowledging that you understand this consequence of failure to appear as required.

If the victim of the incident complained of is a household member as defined in 725 ILCS 5/112A-3 (3): Said Defendant is not to initiate contact or communicate with the victim for 72 hours after release from custody. Said Defendant is not to contact or communicate with the victim, or enter or remain within the victim's residence for 72 hours after release from custody.

The undersigned taking bail acknowledges receipt hereof as follows:

- [ ] , being 10% deposit.
- [ ] $________, being full cash bond.

Stocks, Real Estate, and bonds listed in accordance with attached schedule, which is made a part of this bond.

**NOTICE: A bond deposit is conclusively presumed to be property of the defendant. Bond money may be used for court costs, fine, or restitution. Therefore, money posted by defendant or by someone else in his behalf may or may not be returned at the conclusion of the case. 10% of such deposit will be retained by the Clerk as statutory bond costs, the balance to be returned, less any amount applied to payment of costs and fine if any or other purposes authorized by the court.**

THE UNDERSIGNED CERTIFY THEY HAVE READ THE FOREGOING AND UNDERSTAND THE CONDITIONS OF BAIL STATED AND HEREBY AGREE TO FOLLOW SAID CONDITIONS. ALL COURT NOITICES WILL BE SENT TO THE ADDRESS YOU LIST BELOW.

**JOHNSON, STERLING L**
DEFENDANT PRINCIPAL

707 NE MADISON APT A10
PEORIA IL 61603
ADDRESS

Home: 309-512-1687
TELEPHONE NUMBER

SURETY

ADDRESS

TELEPHONE NUMBER

TAKEN BEFORE ME:

CLERK OF THE CIRCUIT COURT
( ) Circuit Clerk (X) Designated Officer ( ) Judge

Date

**ASSIGNMENT OF BAIL BOND BY THE DEFENDANT**

I hereby authorized the return of the monies posted above to the person shown on this bail bond as having provided monies for my bail after all conditions of this bail bond have been met.

Signature of Defendant

IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT
STATE OF ILLINOIS, PEORIA COUNTY

| | |
|---|---|
| PEOPLE OF THE STATE OF ILLINOIS<br>Plaintiff,<br><br>VS.<br><br>STERLING L JOHNSON, | Case No: 2026-CM-0000448,<br><br>Judge: David A Brown<br>ASA: :MLN<br>Def Atty: APD JMD<br>Ct. Clerk: Ct. Rep.:<br>Defendant. Interpreter:<br>Courtroom 321 |

## INTERIM ORDER

**THE COURT FINDS:**

- ☒ 1. The Defendant appearing out of custody;
- ☐ 2. The Defendant is informed of the charge(s) in the Information and furnished a copy thereof;
- ☐ 3. The Defendant desires Court appointed counsel and the Court determines that the Defendant is indigent;
- ☒ 4. The Defendant requests additional time for private counsel to appear;
- ☒ 5. Counsel identified above appears for the Defendant;
- ☐ 6. The Defendant waives the reading or explanation of the charge(s);
- ☐ 7. The Defendant moves that the People furnish Discovery pursuant to the Illinois Supreme Court Rules;
- ☐ 8. The People move that the Defendant furnish Discovery pursuant to the Illinois Supreme Court Rules;
- ☐ 9. The Defendant enters a plea of Not Guilty to each count of the charge(s);
- ☐ 10. The Defendant is advised pursuant to 725 ILCS 5/115-4.1 of the consequences of failing to appear for trial and sentencing;
- ☐ 11. The Defendant waives a Jury Trial and requests a Bench Trial after admonition;
- ☒ 12. The Defendant move(s) for a continuance;
- ☐ 13. The Defendant moves for a reduction of bail;
- ☐ 14. The Defendant fails to appear;
- ☐ 15. Hearing held on People's Motion for: ______;
- ☐ 16. Probable cause to detain is: ______;
- ☒ 17. Other: **DEF WISHES TO HIRE PRIVATE COUNSEL ON THIS CASE. FOR PURPOSES OF SANCTIONS PETITION, APD AND STATE AGREE TO 2 DAYS TIME SERVED ON SANCTIONS. DEF TO BE RELEASED FROM CUSTODY ON THIS CASE TODAY.**

**IT IS HEREBY ORDERED THAT:**

- ☐ A. The Public Defender is appointed to represent the Defendant.
- ☒ B. This matter is continued on the Defendant's Motion to **OCTOBER 14TH, 2026 AT 9:00 AM for ATTORNEY APPEARANCE.**
- ☐ C. The People are to furnish Discovery pursuant to Supreme Court Rules by ______.
- ☐ D. The People's Motion ______.
- ☐ E. The Scheduling Conference is set for ______.
- ☐ F. The Jury Trial is set for ______.
- ☐ G. The Defendant's Motion for bond reduction is denied. Bail set at $______.
- ☐ H. A Warrant of Arrest for the Defendant issue with bail set at $______.
- ☐ I. Trial Date of ______ is vacated.
- ☐ J. Subpoenas to remain in full force and effect.
- ☐ K. The Defendant must report to Pretrial Services to be fingerprinted immediately following court.
- ☐ L. The Bailiff called the case three times and the Defendant is more than 30 minutes late.
- ☐ M. Bail credit of $30 per day under the Bail Reform Act is inapplicable and hereby denied.
- ☐ N. Other:

[signature]

JUDGE OF THE TENTH JUDICIAL CIRCUIT

ENTERED :9/9/2026

**IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT**
**STATE OF ILLINOIS, PEORIA COUNTY**

Case No: 2026-CM-0000448
Defendant: STERLING L JOHNSON

# ADMISSION TO VIOLATION OF CONDITIONS OF RELEASE UNDER THE PRETRIAL FAIRNESS ACT

I, STERLING L JOHNSON, DOB: 2/8/1978, understand that I have been charged with violation of the terms and conditions of my release under the Pre-Trial Fairness Act pursuant to 725 ILCS 5/110-10(a), et al.. By my own choice, I voluntarily admit that I violated the terms of my release conditions, or I stipulate that the State's evidence is sufficient to prove that I did so, as alleged in the State's Petition to Revoke Release and/or for Sanctions.

I also state that no one has threatened me to cause me to admit that I violated the terms of my release as stated against me, or to stipulate that the State's evidence is sufficient to prove that I did so, and no one has promised me anything in return, other than the terms stated in open court today.

I also fully understand the following:

(1) The specific allegations in the Petition to Revoke Release and/or Sanctions, and the State's burden to prove its allegations against me by clear and convincing evidence;
(2) The possible consequences I face if I proceeded to a hearing on the State's Petition to Revoke Release and/or Sanctions;
(3) The right that I have to counsel, and that if I cannot afford an attorney and face the possibility of jail or prison, I may request that an attorney be appointed to represent me free of charge;
(4) The right that I have a hearing by a judge on the allegations against me, to confront and cross examine the State's witnesses and to call witnesses and present evidence on my own behalf and testify if I choose to do so;
(5) The fact that if I admit to violation of my release conditions, or stipulate to the sufficiency of the State's evidence, there will be no such hearing and the State will not have the burden of proving its allegations against me;
(6) The right that I have to appeal a Petition to Revoke Release, even if this admission or stipulation is offered voluntarily or by agreement; and I understand that I have the right to have counsel on such an appeal, and that if I cannot afford an attorney, I may request that an attorney be appointed to represent me free of charge in which case I would also be entitled to a free copy of the transcripts in my case.

Understanding all the above, it is my free and voluntary choice to admit to the allegations in the Petition to Revoke Release Conditions and/or Sanctions, or stipulate to the sufficiency of the State's evidence of violation(s) against me.

________________________________ 9/9/2026
DEFENDANT'S SIGNATURE

State of Illinois
Department of Human Services
Department of Healthcare and Family Services

| | |
|---|---|
| Date of Notice: | September 08, 2026 |
| Case Number: | 725670457 |
| Client Name: | STERLING JOHNSON |
| Individual ID: | 1004176447 |
| Office Name: | PEORIA WOODFORD COUNTY FC |
| Office Address: | 103 NE JEFFERSON AVE<br>PEORIA, IL 61602 |
| Phone: | 309-671-8100 |
| TTY: | 866-451-5763 |
| Fax: | 844-736-3563 |

STERLING JOHNSON
95 STATE ST
GENERAL DELIVERY
PEORIA, IL 61601

**You can manage your case online at abe.illinois.gov**

**Esta notificación está disponible en Español. Usted puede solicitarla por Internet en abe.illinois.gov o llame al 1-800-843-6154 (TTY 1-866-324-5553)**

# Notice of Decision

For information about the individual(s) you requested to add to **Medical Benefits**, read the Medical Benefits section of this notice.

We reviewed your application for SNAP and Medical benefits. This notice explains our decision. The notice also tells you how you can appeal if you think our decision is wrong.

Your application for **SNAP** benefits filed on September 08, 2026 is **approved**. For information about who is approved and the amount of SNAP benefits you will get, read the Food Assistance Benefits section of this notice.

## How To Use Your Benefits

Cash, SNAP and State Food Benefits are available on the Illinois Link Card. Unless you received a card at the office where you applied one will be mailed to you. To choose your PIN or request a replacement card contact the Illinois LINK Help Line at 1-800-678-LINK (5465) TTY 1-877-765-3459 or go to the Illinois LINK card website at www.link.illinois.gov

The last page of this notice is your Medical Card. That page also tells you how to use your medical benefits. Be sure to keep that page.

You can manage your case online through ABE (www.abe.illinois.gov). To learn how, read the **Manage My Case Online** section in this notice.

This notice contains important information. If you cannot read this notice, please call us at 1-800-843-6154 (TTY 1-866-324-5553) for help. Please stay on the line while you are connected with an interpreter.

Turn this page over to read more information on the back.

# Food Assistance Benefits

The person(s) listed below have been **approved** for Food Assistance benefits. The actual amount you get will be lower if your benefits are being reduced to pay back a prior overpayment. We will send a notice to let you know when it's time to renew your benefits.

| Approval Period | Monthly Benefit Amount | Eligible Person(s) | Type of Assistance |
|---|---|---|---|
| Sep 08, 2026 - Sep 30, 2026 | $228.00 | STERLING JOHNSON | SNAP |
| Oct 01, 2026 - Feb 28, 2027 | $306.00 | STERLING JOHNSON | SNAP |

Your regular monthly Food Assistance benefits will be available approximately October 07, 2026.

| SNAP Income Eligibility Determination | | Sep 2026 | Oct 2026 |
|---|---|---|---|
| Total Gross Earned Income | | $0.00 | $0.00 |
| Total Unearned Income | + | $0.00 | $0.00 |
| Self Employment Income | + | $0.00 | $0.00 |
| Child Support Exclusion Deduction | - | $0.00 | $0.00 |
| Gross Monthly Income | = | $0.00 | $0.00 |
| **SNAP Income Eligibility Determination** | | **Sep 2026** | **Oct 2026** |
| Gross Monthly Income Standard For Household Size | = | $2152.00 | $2195.00 |
| Members aged 60 or older or disabled | | No | No |
| Gross Earned Income | = | $0.00 | $0.00 |
| Earned Income Deduction | - | $0.00 | $0.00 |
| Unearned Income | + | $0.00 | $0.00 |
| Farm Loss Income | - | $0.00 | $0.00 |

| | | | |
|---|---|---|---|
| Standard Income Deduction | - | $205.00 | $213.00 |
| Medical Standard/Expenses (Members aged 60 or older or disabled) | - | $0.00 | $0.00 |
| Dependent Care Deduction | - | $0.00 | $0.00 |
| Child Support Exclusion Deduction | - | $0.00 | $0.00 |
| Adjusted Net Income | = | $0.00 | $0.00 |
| Excess Shelter Deduction** | - | $0.00 | $0.00 |
| Homeless Shelter Standard | - | $0.00 | $0.00 |
| Household Net SNAP Income | = | $0.00 | $0.00 |
| Maximum Net Income Allowable | | $1305.00 | $1330.00 |
| SNAP Benefit Amount | = | $228.00 | $306.00 |

** Computation of Excess Shelter Deduction: For households without a member age 60 or older or a disabled member, this amount may be less than the amount of your Total Excess Shelter Deduction shown above.

| **Computation of Excess Shelter Deduction** | | **Sep 2026** | **Oct 2026** |
|---|---|---|---|
| Rent or Mortgage | | $0.00 | $0.00 |
| Utility Cost/Standard | + | $0.00 | $0.00 |
| Total Shelter Expenses | = | $0.00 | $0.00 |
| ½ of Adjusted Net Income | - | $0.00 | $0.00 |
| Total Excess Shelter Costs | = | $0.00 | $0.00 |

Turn this page over to read more information on the back.

# Medical Benefits

The person(s) listed in the table below have been **approved** for ongoing Medical benefits.

| Name | Birth Date | Medical ID (RIN) | Medical Group | Start of Ongoing Coverage |
|---|---|---|---|---|
| STERLING JOHNSON | Feb 08, 1978 | 177522273 | ACA Adult | Oct 01, 2026 |

The last page of this notice is your Medical Card. This page also tells you how to use your medical benefits. Be sure to keep that page.

## Your Responsibilities

### SNAP and/or State Food Simplified Reporting Requirements

YOU MUST REPORT THE CHANGES BELOW BY THE 10TH DAY OF THE MONTH AFTER THE MONTH THAT THE INCOME OR WINNINGS WERE RECEIVED:

- IF YOUR GROSS INCOME BEFORE DEDUCTIONS IS MORE THAN $1729.
- IF YOU OR SOMEONE IN YOUR HOUSEHOLD RECEIVES ANY MONEY FROM LOTTERY OR GAMBLING WINNINGS OF MORE THAN $4500.
- WHENEVER ABLE-BODIED ADULTS SUBJECT TO THE TIME LIMIT HAVE WORK HOURS FALL BELOW 20 HOURS PER WEEK, AVERAGED MONTHLY.

### Medical Change Reporting Requirements

YOU ARE RESPONSIBLE FOR TELLING US WITHIN 10 DAYS OF THE DATE YOU LEARN OF A CHANGE LISTED BELOW.

- You move or change your mailing address;
- You or someone in your household's income changes, for any reason;
- You or someone in your household becomes pregnant or has a baby;
- You or someone in your household gets married or divorced;
- The size of your family or the number of persons in your household changes;
- Someone in your household dies;
- Someone in your household goes to jail or prison, or is released;
- You or someone in your family gets other health insurance or loses other health insurance;

You must report changes to your DHS or HFS office listed on the first page of this notice by telephone, by mail, or online at **abe.illinois.gov**. Read the 'Manage My Case Online' section of this notice to learn more about reporting changes online.

## Your Rights

YOU HAVE CERTAIN RIGHTS
CASH AND MEDICAL

If you were denied cash or medical benefits, you have the right to talk with a DHS or HFS caseworker to ask about the reason for denial. The talk will be informal. Any added information you have should be presented at that time. You have the right to be represented at this meeting by any person(s) you choose. If you wish such a meeting, contact the office named on the first page of this notice. You should do this right away. If you choose not to have an informal meeting, you still have a right to appeal this action.

SNAP

If Your SNAP Application Was Denied

You may apply for SNAP benefits again any time you think you may be eligible. If you don't agree with our decision to deny your application, you may ask for a fair hearing. You will not receive any SNAP benefits just because you ask for a fair hearing. You will have the chance to explain your disagreement to a Family Community Resource Center worker and later to a hearing officer. If it is decided that you are right, you may be entitled to SNAP benefits from the date you applied.

If Your SNAP Application Was Approved

You may ask for a fair hearing if you don't agree with the decision. You will then have the chance to explain your disagreement to a Family Community Resource Center worker and later to a hearing officer.

Turn this page over to read more information on the back.

## YOU HAVE THE RIGHT TO APPEAL THIS DECISION

If you do not agree with our decision, you have the right to appeal and be given a fair hearing. You may represent yourself at this hearing or you can ask someone else, such as a lawyer, relative or friend to represent you. If you are appealing the decision on your cash and/or medical benefits decision you must do so within 60 days after the "Date of Notice." If you are appealing a decision about SNAP and/or State Food you must do so within 90 days after the "Date of Notice." You can ask for a fair hearing by calling (800) 435-0774, if you use a TTY, by calling (877) 734-7429, going online to abe.illinois.gov/abe/access/appeals, emailing DHS.BAH@Illinois.gov, faxing (312) 793-3387, or in writing to IDHS Bureau of Hearings, 69 W. Washington, Suite 901, Chicago, IL 60602.

For information concerning free legal services, you may

- ✓ Call the IDHS Help Line at 1-800-843-6154 and select option 7 from the main menu; or
- ✓ Visit the IDHS Office Locator at dhs.illinois.gov/freelegalservices

## Manage My Case Online

Go to **abe.illinois.gov** and click on the Manage My Case button to set up your online account right now! You'll need the individual ID displayed to the right in order to access information in ABE Manage My Case. Once you're set up, you'll be able to do all of the following online: report changes, renew your benefits, check the status of your case, and more!

| Name | Individual ID |
|---|---|
| STERLING JOHNSON | 1004176447 |

**USDA Nondiscrimination Statement**

In accordance with federal civil rights law and U.S. Department of Agriculture (USDA) civil rights regulations and policies, this institution is prohibited from discriminating on the basis of race, color, national origin, sex (including gender identity and sexual orientation), religious creed, disability, age, political beliefs, or reprisal or retaliation for prior civil rights activity.

Program information may be made available in languages other than English. Persons with disabilities who require alternative means of communication to obtain program information (e.g., Braille, large print, audiotape, American Sign Language), should contact the agency (state or local) where they applied for benefits. Individuals who are deaf, hard of hearing or have speech disabilities may contact USDA through the Federal Relay Service at (800) 877-8339.

To file a program discrimination complaint, a Complainant should complete a Form AD-3027, USDA Program Discrimination Complaint Form which can be obtained online at: https://www.usda.gov/sites/default/files/documents/ad-3027.pdf, from any USDA office, by calling (833) 620-1071, or by writing a letter addressed to USDA. The letter must contain the complainant's name, address, telephone number, and a written description of the alleged discriminatory action in sufficient detail to inform the Assistant Secretary for Civil Rights (ASCR) about the nature and date of an alleged civil rights violation. The completed AD-3027 form or letter must be submitted to:

1. **mail:**
   Food and Nutrition Service, USDA
   1320 Braddock Place, Room 334
   Alexandria, VA 22314; or
2. **fax:**
   (833) 256-1665 or (202) 690-7442; or
3. **email:**
   FNSCIVILRIGHTSCOMPLAINTS@usda.gov

**Do not send applications or any forms to this address.**

This institution is an equal opportunity provider.



1028532654

**State of Illinois - Healthcare and Family Services**
**Medical Card**

**For questions or to report changes call:**
Para preguntas o reportar cambios llame al:
**1-800-843-6154**
(Next Talk:866-324-5553
or email:
dhs.webbits@illinois.gov)

**Keep this card.**
Guarde esta tarjeta.

STERLING JOHNSON
95 STATE ST
GENERAL DELIVERY
PEORIA, IL 61601

HFS

**Check eligibility online at ABE.illinois.gov or call 1-855-828-4995 to check on the automated phone system.**
**Compruebe su elegibilidad por Internet en ABE.illinois.gov o use el sistema automatizado, llamando al: 1-855-828-4995.**

---

The top part of this page is your Medical Card. The people named on the back of the card qualify for health coverage. Please read the front and back of this page. Cut on the dotted line and carry your card with you. You may have to show it and a picture ID when you go for medical care.

The Medical Card does not guarantee that you are covered. Your doctor or pharmacy or other medical provider can use the information on the card to check your coverage. You can check your coverage anytime in your account online at ABE.illinois.gov. You can also call 1-855-828-4995 anytime to check through the automated phone system.

To check eligibility you will need the Recipient Identification Number **(RIN)** next to each person's name on the back of the Medical Card. You can also check using the person's name, Social Security Number and date of birth.

**What happens next?**

If this is the first time you qualify for Medicaid or if you used to have Medicaid coverage but it ended more than three months ago, you may be required to enroll in a health plan. Watch your mail for another notice that will tell you how to pick a health plan and a primary care doctor or clinic. Until then, you can use this Medical Card to get medical services.

If you already have Medicaid or your Medicaid ended less than three months ago, you probably chose a health plan before. If this is true for your household, you may keep the same health plan. If you have questions about your health plan, call the number on the back of your health plan card or visit the health plan's website.

If you do not know if you have a health plan, you can call the Health Benefits Hotline at 1-800-226-0768 (TTY: 1-877-204-1012) to find out.

If you are required to enroll in a health plan, Client Enrollment Services will send you an enrollment packet. Not all Medicaid clients are required to join a health plan.

**If I need to see a doctor right away, what should I do?** If you do not already have a health plan or a primary doctor or clinic and you need help to find a doctor right away, call the Health Benefits Hotline at 1-800-226-0768 (TTY: 1-877-204-1012).

➔ Read the back of this page for more important information.➔

**THE FOLLOWING PERSONS ARE COVERED:** **MEDICAL CARD PAGE 2**

STERLING JOHNSON Recipient Identification Number (RIN) 177522273 DOB: 02-08-78

*********************************************************************************************************************************

**THIS CARD DOES NOT GUARANTEE ELIGIBILITY OR PAYMENT FOR SERVICES.** Medical providers must verify identity and eligibility when you need care.

**ESTA TARJETA NO GARANTIZA LA ELEGIBILIDAD O PAGO.** Los proveedores médicos deben verificar la identidad y elegibilidad cuando necesite atención médica.

Notice to Providers: to verify eligibility or determine health plan enrollment on the date of service for the person(s) named above, use the MEDI web site at https://hfs.illinois.gov/medicalproviders/edi/medi.html or your EDI vendor or HFS's automated Voice Response System (AVRS).

HFS 469 (R-09-15) 1028532654 09082026 IL478-0234

**You must report any of the changes in the list below that happen in your household.**

Tell us if you move or change your mailing address.
Tell us if someone in your household gets more monthly income.
Tell us if a new family member moves in with you or if someone moves out.
Tell us if someone gets other health insurance or loses other health insurance.
Tell us if someone in your household gets married, divorced, pregnant or has a baby.
Tell us if someone in your household dies or goes to jail or prison or is released.

You can report changes online anytime at ABE.illinois.gov. If you do not have an ABE account, you can call 1-800-843-6154 (NexTalk: 1-866-324-5553 or email: dhs.webbits@illinois.gov).

**Is All Kids the same as Medicaid?** Yes. All Kids is Medicaid for children.

**If I have a different card from a Medicaid health plan, do I need both cards?** Yes. Keep both cards. You may be asked to show them when you go to the doctor or need other health care.

**If I have a Link Card, do I also need a Medical Card?** Yes. The Link Card and the Medical Card cover different benefits. If you have a Link Card, keep it. You will need it to get your cash and SNAP (food stamp) benefits.

**If I have a spenddown, can I use the Medical Card to get health care?** You can use your Medical Card if your spenddown amount is met. Read the instructions under the Spenddown section in the notice that came with this page for more information. Most people who get Medicaid do not have a spenddown.

**If I have a Medical Card through Department of Children and Family Services, who do I call for help?** For questions about your card if you get foster care, KinGap or adoption assistance, call the Department of Children and Family Services at 1-800-228-6533.

**What if I lose my Medical Card?** You can ask for a new card online through your account at ABE.illinois.gov.You can also call 1-800-843-6154 (NexTalk:1-866-324-5553 or email: dhs.webbits@illinois.gov) to ask for a new card.

DIAL 2-1-1
YOUR COMMUNITY HELP LINE
GET NEEDED ANSWERS | GET ON THE RIGHT TRACK

LIVE UNITED
United Way

# Community Resources

**Employment Services**

| | | |
|---|---|---|
| Tri-County Urban League | 317 N MacArthur Hwy. Peoria, IL 61605 | 309-673-7474 |
| Career Link | 406 Elm St. Peoria, IL 61605 | 309-495-8900 |
| DRS Office | 211 Fulton St. Ste 207 Peoria, IL 61602 | 309-686-6000 |
| Goodwill | 2319 E War Memorial Dr, Peoria, IL | 309-682-1113 |
| Metec | 2605 W. Krause St. Peoria, IL 61605 | 309-676-3832 |

**G.E.D**

| | | |
|---|---|---|
| ICC Downtown Campus | Perley Bld. 115 SW Adams Peoria, IL 61635 | 309-673-8703 |
| Friendship House | 816 N.E. Madison Ave. Peoria, IL 61603 | 309-671-5200 |
| Harrison Resource Center | 2605 W. Krause Ave. Peoria, IL 61605 | 309-672-6522 |
| ICC North Campus | 5407 N. University Street Peoria, IL 61614 | 309-690-6800 |
| Tri-County Urban League | 317 N MacArthur Hwy. Peoria, IL 61605 | 309-673-7474 |

**Transportation**

CityLink / CityLift 2105 NE Jefferson Ave Peoria, IL 61603 309-676-4040
To schedule a trip 309-999-3667
Central Illinois Agency on Aging 700 Hamilton Blvd Peoria, IL 61603 309-674-2071
*Help with License Plate Discount, Seniors and Disabled Free Transit Ride

**Food Resources**

SNAP/Food Stamps 103 NE Jefferson Ave. Peoria, IL 61602 800-843-6154
Friendship House 800 NE Madison Ave Peoria, IL 61603 309-671-5200
*Food Panty: Monday -Friday 9:00-3:00*
Neighborhood House 1020 S. Mathews St., Peoria, IL 61605 309-674-1131
*Food Pantry*: 2nd and 4th Thursday from 10:00-Noon *Meals on Wheels Program*- Call to sign up
The Salvation Army 417 NE Adams St. Peoria, IL 61603 309-655-7220
*Food Pantry: Monday, Tuesday & Thursday 9:00-11:00 and 1:00-4:00 Sack Lunch Mon-Friday 12:00-1:00 Bring ID.*
Southside Mission 1127 S. Laramie St. Peoria, IL 61695 309-676-4604
*Drop-In Meal: 11:45-1:00 *Please be there by 11:45-Noon- Cannot serve you past Noon. Bring ID.*
St. Sharbel's Church 2914 W. Scenic, Peoria, IL 61615 309-688-0398
*Food Pantry: Monday-Friday 10:00-3:00, Closed Holidays. No ID needed*
Redeemer Lutheran Church 6801 N. Allen Rd. Peoria, IL 61614 309-691-2333
*Food Pantry*: Monday 1-3 & Friday 9:00-11:00 *No ID needed*

**Rent Assistance**

Society of St. Vincent De Paul 6001 N. University St. Peoria, IL 61614 309-677-7696 -- Open 9:00-1:00 for calls, closed on Friday
Peoria Community Action 711 W. McBean St. Peoria, IL 61605 309-671-3900
The Salvation Army 417 NE Adams St. Peoria, IL 61603 309-655-7272 Call in Date- First Monday-starts at 8:00 a.m.
Mortgage Assistance https://www.ihda.org/
Metec 2605 W. Krause St. Peoria, IL 61605 309-676-3832 -- Housing counseling, foreclosure assistance.
Tazwood Community Services 7625 N. University St. Suite B-2 Peoria, IL 61614 309-266-9941 – (Community Block Grant)

**Utility Assistance**

Tazwood Community Services (**LIHEAP**) 7625 N. University St. Suite B-2 Peoria, IL 61614 309-266-9941
- Open 8:00-4:00 – closed for lunch from 12:00-1:00

Redeemer Lutheran Church 6801 N. Allen Rd. Peoria, IL 61614 309-691-2333

**Legal Services**

| | | |
|---|---|---|
| Prairie State Legal | 411 Hamilton Blvd. Ste. 1812 Peoria, IL 61602 | 309-674-9831 |
| Attorney General | 324 Main St Peoria, IL 61602 | 309-671-3129 |

Midwest Disability Group
855-952-2027

**Counseling & Crisis Support**

| | | |
|---|---|---|
| Human Service Center | 600 Fayette St. Peoria, IL 61654 | 309-671-8000 |
| Catholic Charities | 419 NE Madison Ave. Peoria | 309-636-8000 |
| Lutheran Social Services | 3000 W Rohmann Ave. West Peoria, IL 61604 | 309-671-0308 |

UnityPlace Addiction Recovery 309-671-8084
IL Warmline (mental health/substance abuse) 866-359-7953

## State & City Services

DHS Statewide Call Center 800-843-6154
*to apply for SNAP & Medicaid and complete your casework with live caseworkers on the phone.*
DHS Local Office 309-671-8100
103 NE Jefferson Ave. Peoria, IL 61602

| | |
|---|---|
| To Report FRAUD | 800-814-0513 |
| Medicaid or Welfare Fraud | 844-453-7283 |
| PEBT Helpline | 833-621-0737 |
| LINK Helpline | 800-678-5465 |
| DCFS Local Office | 309-671-7900 |
| Child Support | 800-447-4278 |
| IDES/Unemployment | 800-244-5631 |
| HFS Enrollment | 877-912-8880 |
| HFS Provider Questions | 877-782-5565 |
| Social Security Office | 800-772-1213 |

815 W. Pioneer Pkwy Peoria, IL 61615
Peoria Township 309-674-8237
427 W. Main St. Peoria, IL 61606

**Peoria Health Dept- WIC Program** (Birth – 5 years)
**Call 309-679-6076** to Apply and make an appointment
Address: 2116 N. Sheridan Rd. Peoria, IL 61604
https://www.pcchd.org/174/WIC-Women-Infants-Children-Nutrition

Center for Prevention of Abuse 720 W. Joan Ct. Peoria, IL 61614 309-651-0551
National Suicide Hotline 800-273-8255 Text Line: 988 (available 24/7)
Veterans Crisis Line 800-273-8255 Text Line:838255 (available 24/7)
Emergency Response at Human Services Center 309-671-8084
IL CARES Line- *Children at risk of harming themselves or others* 800-345-9049

Long-Term Care Ombudsman (report abuse) 309-272-2917
Adult Protective Services 309-637-3905
Report Child Abuse 800-252-2873
National Violence Hotline 800-799-7233

**Disabilities**
Center for Independent Living 614 W. Glen Ave. Peoria, IL 61614 309-682-3500
EPIC 1913 W Townline Rd, Peoria, IL 61615 309-691-3800
DRS Division of Rehabilitation 211 Fulton St #207 Peoria, IL 61602 309-691-8580
Department on Aging 700 Hamilton Blvd, Peoria, IL 61603 309-674-2071
Department on Aging IL SENIOR HELPLINE 1-800-252-8966

**State of IL Ombudsman** 1-800-252-8966

**National Youth Advocate Program**
1-877-692-7226
6517 North Sheridan Road Peoria IL 61604

**Youth & Family Services** (309) 323-6600
2610 W Richwoods Blvd, Peoria, IL 61604
have volunteers who will help with daily needs (shopping, cleaning, etc)

**Furniture**
Catholic Charities 419 NE Madison Peoria, IL 61603 309-636-7921
Society of St. Vincent DePaul 6001 N. University St. Peoria, IL 61614 309-677-7696
Habitat for Humanity Restore 804 W. Main St. Peoria, IL 61606 & 3015 N. Sterling Ave. Peoria, IL 61604 309-676-8402

**Basic Needs**
Southside Mission Thrift Store 603 E. War Memorial Dr. Peoria, IL 61614 309-839-1670
Friendship House 800 NE Madison Peoria, IL 61603 309- 671-5200 (sometimes mattresses & furniture)
Enough Stuff Club 422 E Washington St. #300, East Peoria, IL 61611 309-868-2684 https://www.enoughstuffclub.com/

**Clothing**
Southside Mission Thrift Store 603 E. War Memorial Dr. Peoria, IL 61614 309-839-1670
Goodwill 2319 E War Memorial Dr, Peoria, IL 309-682-1113

**Vision**
Tazwood Community Services 309-266-9941

**Dental Services**
Tazwood Community Services 7625 N. University St. Suite B-2 Peoria, IL 61614 309-266-9941 -- (Community Block Grant)
Peoria County Health Dept 2116 N Sheridan Rd. Peoria, IL 61604 309-679-6141

| | | | | | |
|---|---|---|---|---|---|
| Dental Lifeline Network | 855-486-6541 | American Dental Association | 312-440-2500 | U of I College of Dentistry | 312-996-7555 |
| DentaQuest | 888-286-2447 | Oral Health America | 312-836-990 | Illinois Dental Society | 217-525-1406 |
| | | | | Illinois Dept. Public Health | 217-785-4899 |

**Health Care Resources**
OSF Community Health Care 320 E. Armstrong Peoria, IL 61603 309-624-9690
Heartland Health Services *(Serves everyone-including uninsured individuals)* 309-680-7600
Heartland at Garden 1701 W. Garden St. Peoria, IL. 61605 (walk-in from 8:00-4:30)
Heartland at Carver Clinic 711 W. John Gwynn Jr. Ave. Peoria, IL 61605
Heartland at East Bluff 2321 N. Wisconsin Ave. Peoria, IL 61603
*Heartland at Knoxville-* 1800 N Knoxville Ave., Suite A, Peoria IL 61603 (8:00-4:30 M-F) After Hours (5:00-8:00 M-TH)
Meridian customer service 1-855-580-1689
Molina customer service 1-855-687-7861
Aetna customer service 1-866-600-2139
Blue Cross Blue Shield customer service 1-877-723-7702
Humana customer service 1-800-787-3311

**Free Phone Service**
Safelink Wireless *Free phone-unlimited Talk and Text* https://www.safelinkwireless.com 1-800-723-3546
Access Wireless 1-800-464-6010
Assurance Wireless *Free phone-unlimited Talk and Text* http://www.assurancewireless.com 1-888-321-5880

**Childcare**
Peoria Community Action 711 W. McBean St. Peoria, IL 61605 309-671-3900 (6 weeks – 5 years)
Tri-County Urban League 317 N MacArthur Hwy. Peoria, IL 61605 309-673-7474 (6 weeks- 5 years)
Westminster Infant Care 1420 Moss Ave. Peoria, IL 61606 309-674-6701 (6 weeks-3 years for High School parents)
Crittenton Centers 442 W. John Gwynn Jr. Ave Peoria, IL 61605 309-674-4125 (birth- 6 years)
Child Care Connection 3425 N. Dries Ln. Peoria, IL 61604 309-686-3750

**Contact 2-1-1 Help Line if you need any further information**
If 2-1-1 isn't working, try 309-999-4029.

11:34

26CM448

Notes

September 8, 2026 at 11:33 AM

# Sterling L Johnson

Plaintiff

Vs

The State Attorney

Office Of Jodi Hoos

FILED
ROBERT M. SPEARS
SEP 08 2026
CLERK OF THE CIRCUIT COURT
PEORIA COUNTY, ILLINOIS

Motion

The Constitution

The U Constitution 1 Of 2

The Earth Is Flat And The Constitution Oversees The Land That The Constitution Oversee With Officials That Work Under Government And The Citizens That Is Protected Under The Constitution Of The United States 1 The Constitution U Of 2 That Oversee The Flat Land Connected To Earth That The Atmosphere Changes One Earth Go Into Land And Atmosphere That Is Different Than Constitution 1 And The Constitution U Of 2 The Difference Between Earth And Land Is The Soil Of Atmosphere

11:34

Notes

That Is Different From Earth Walking Into
The Atmosphere You Feel The Difference
Between Earth And Land We Coming Into
Walking Not Flying Scientist That Monitors
Atmosphere Can Speak About The
Difference In The To One Entering Into
The Difference As Scientist Study The
Atmosphere And Soil As These
Environments Become Different From
Earth Land Planets These Studies Help
Earth To Understand Climate Changes And
Climate That Are Different From Earth
The Constitution Of The United States And
Countries That Are Under The Constitution
The U Constitution 1 Of 2 Is The Universe
Of Land And Atmosphere Climate Are
Different From Earth And Earth Is Land
So Together They Work Together
The Constitution
And
The U Constitution

To The Courts

3:11

Notes

September 9, 2026 at 3:05 PM

**Sterling L Johnson** 2026 CM 448

Vs

The People Of

The State Of Illinois

FILED
ROBERT M. SPEARS
SEP 09 2026
CLERK OF THE CIRCUIT COURT
PEORIA COUNTY, ILLINOIS

Motion Tampering
Salvation Army Shelter
Surveillance Cameras
March 31, 2026
400 Block Of
Jefferson Ave, Peoria Illinois

The Definition Of Evidence Is Also Very Broad It Includes Any Object, Documents, Or Recording That Is Useful To An Investigation, Regardless Of Whether It Is Dismissed, Pending Or Ongoing, Nearly Any Item Connected To A Case Can Become The Target Of Tampering, If Someone Attempts To Alter Or Hide, Mislead, Investigators Or The Court, Police Officers Or Employees Of The Federal Government Tampering, Comes With The Knowledge Of Knowing Of The Documents Evidence Of The Investigation Of The Incident, That On

3:06

Folders

Or About March 31, 2026
Incident Is On Surveillance At The Salvation Army Shelter For Men Altercation With Myself Sterling L Johnson Outside, Report 2026-00015774 Peoria Police Department (309)673-4521
Sexual Assault Evidence Collection Kit,67589046 Saint Francis Hospital Evidence Kit Victim Sterling L Johnson
Report 25-8977 Officer Wallace
Kit,51A08588 Saint Francis Hospital Victim Sterling L Johnson
Incident Report Officer Mitchell 23-19083 Sexual Assaulted
Butt Cracking Connection To My Sterling L Johnson Commerce Bank Account Primary Account Number 1300739270 Debit Card Purchase 6092241019 NJ FanDuel Stardustcasino Tran Date 04-04
Debit Card Purchases 6092241019 NJ FanDuel Stardustcasino Tran 04-09 Date Paid 04-10

3:39

Notes

Teller Transfer To Sav 135325660000
U87112 R230 B0481 D8166 Sq005
2300000058166 Tran Date 04-06 Date
Paid 04-06
ACH Debit 23100006011353
Stardust Fanduel Inc
084003996859641 Tran Date 04-10 Date
Paid 04-10
ACH Debit 23100006011355
Startdust Fanduel Inc
084003996860967
Under Federal law

11:08

Back

September 10, 2026 at 11:07 AM

2026
CM 448

FILED
ROBERT M. SPEARS
SEP 10 2026
CLERK OF THE CIRCUIT COURT
PEORIA COUNTY, ILLINOIS

# Sterling L Johnson

Vs

The People Of

The State Of Illinois

Motion: Smartlink

Deoxygenated Right Side The Left side

Oxygenated / Atrium

Smartlink Nerulink Monitor And Recorded

Without Permission

The Blood Flows Around Our Body In The Circulatory System, This Is Powered By The Heart, Which Pumps The Blood Throughout The Body's Network Of Blood Vessels, The Tissues That Makes Up The Heart Is Called Cardiac Muscle, Like The Smooth Muscle That Surrounds Hollow Organs, Such As The Intestines, Cardiac Muscle, Yet , Like The Muscles Attached To Your Bones Skeletal Muscles, So Cardiac Muscle Is A Cross Between Smooth Muscle And Skeletal Muscle Also Has Unique

11:27

Back

And Skeletal Muscle Also Has Unique Connections Between Its Cells That Help All The Hearts Muscle Cells Contract Rapidly And At The Same Time, On Average, The Adult Heart Beats Around 72 Time Per Minute, Around 3 Fluid Ounces 80ml Of Blood Are Pumped Into The Main Artery With Each Beat, So The Heart Usually Pumps Up To 1%.1.2 Gallons 7Liters Of Blood Per Minute, During Strenuous Exercise Such As Running, That Can Rise To 6 Gallons (27 Liters) Per Minute, The Heart Receives Blood From Veins And Pumps It Out Through Arteries, It Has Four Chambers Two Ventricles, The Hearts Left And Right Side Are Separate, The Right Side Receives Deoxygenated The Left Get Oxygenated Blood From The Lungs Via The Pulmonary Vein, And Pumps It Into The (Aorta) For Distribution, Each Atrium Opens Into Its Corresponding Ventricle Via A Valve

11:51

Folders

(On The Right) The Tricuspid Value, And The Bicuspid Value On The Left, When The Ventricle Contracts To Stop Blood Flowing Back Into The Atrium The Aorta And Pulmonary Trunk Also Have Valves So Moderna Pfizer Is About Recognizing Sex Offenders And Tracking Them My Situation The Evidence Is Clear To Ask A Question About The CDC-PPD Release My Smartlink Nerulink Because Of Trauma And Being Tracked By Sex Offenders

**STATE OF ILLINOIS, PEORIA COUNTY**
**IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT**

THE PEOPLE OF THE STATE OF ILLINOIS — CASE NO: 2026CM448
vs. — City of Peoria Police Department 26-16517
STERLING L JOHNSON

AKA X DAMEKA, STERLING JOHNSON, STERLING A JOHNSON, STERLING DAMON JOHNSON, STERLING EARL JOHNSON, STERLING L JOHNSON, STERLING LOUIS JOHNSON, STERLING REMON JOHNSON, JOHNSON, STERLING L, JOHNSON, STERLING LO, DERRICK O PAYTON P35017461252 , DERRICK PAYTON, JOHNSON STERLING, JOHNSON L STERLING, LOUIS JOHNSON STERLING
414 NE JEFFERSON
PEORIA IL 61603

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| DOB: | 02/08/1978 | RACE: | BLACK | SEX: | MALE | | |
| HGT: | 6 Ft. 3 In. | WGT: | 273 Lbs. | EYES: | BROWN | HAIR: | BLACK |

NTA 5-13-2026 10:00 A.M. COURTROOM 321
DEFENDANT

FILED
ROBERT M. SPEARS
MAY 0 8 2026
CLERK OF THE CIRCUIT COURT
PEORIA COUNTY, ILLINOIS

## INFORMATION

**The undersigned charges in Count 1 of 1 that on or about March 31, 2026**

**In said Peoria County, State of Illinois,**

**STERLING L JOHNSON**

**Committed the offense of**

**BATTERY** — **a Class A Misdemeanor**

**IN THAT HE, WITHOUT LEGAL JUSTIFICATION, KNOWINGLY MADE PHYSICAL CONTACT OF AN INSULTING OR PROVOKING NATURE WITH BRANDON KNIGHT, IN THAT HE STRUCK BRANDON KNIGHT WHILE AT THE 400 BLOCK OF JEFFERSON AVE, PEORIA, ILLINOIS**

**In violation of**
**720 ILCS 5/12-3(a)(2)** **Illinois Compiled Statutes**

**The undersigned, on oath, states that the allegations herein are true.** JODI HOOS, STATE'S ATTORNEY

Sworn to me on 5/7/2026 (Date) By [signature] Assistant State's Attorney

OFFICIAL SEAL
LYNN E CRAIG
Notary Public, State of Illinois
Commission No. 921747
My Commission Expires December 06, 2028

Lynn E Craig
Notary Public (seal)

☐ Based on matters presented, the Court finds probable cause for pretrial detention and bond is set at $________.
☐ Clerk shall prepare and issue a Warrant for Arrest based on a finding of probably cause and bond is set at $________.
☐ Summons to issue for Appearance on at AM/PM Courtroom________.
☐ Other: ________

Entered (date) **Judge**

Greyhound

BOOKING NUMBER
337 283 3407

BOARDING PASS
Valid in both print and digital form

PAGE 1/6

## Peoria - Davenport
**Thursday, Jul 09, 2026**

09:55 AM — Peoria (City Link Building)
407 Sw Adams, 61602 Peoria

Route [JL_1401] Jefferson Lines
Direction Des Moines

Operated by concession owner Jefferson Partners L.P. dba Jefferson Lines

12:30 PM — Davenport (Ground Transportation)

You have **30 Min.** for your transfer

Continued on next page

Adult
Sterling Johnson

Seat
**Unassigned**

**1 × Small duffle bag or backpack**
25 lbs· 16.5×12×7 in

**1 × Stored bag(s)**
50 lbs · 31.5×20×12 in

**Additional information**

Total price: **USD 239.73**

Manage My Booking: shop.greyhound.com/rebooking

Track your trip: greyhound.com/track/order/3372833407

FAQ: greyhound.com/help-and-info

If you are unable to sit in your reserved seat, view how you can obtain a refund of the seat reservation fee: help.flixbus.com/s/article/PSSP-My-seat-reservation-was-cancelled-What-should-I-do?language=en_US

**Download our app for real-time updates!**

- Track your trip, access the seatmap, and receive notifications.
- Simply click here or scan the QR code with your mobile.

**Your checklist for your trip**

- [ ] Arrive on time for boarding (usually 15 mins prior to departure)
- [ ] Double check dimensions and print baggage tag. More information at: greyhound.com/travel-info/baggage
- [ ] Safety first! Fastening seatbelts is obligatory during the ride.

**Your departure station**

**Peoria (City Link Building)**, 407 Sw Adams, 61602 Peoria



Greyhound

BOOKING NUMBER
337 283 3407

BOARDING PASS
Valid in both print and digital form



## Chicago - Minneapolis
**Thursday, Jul 09, 2026**

10:00 PM — Chicago Bus Station
630 W Harrison St, 60607 Chicago

Route US0150 Greyhound
Direction Minneapolis Bus Station

Operated by concession owner Greyhound Lines, Inc

06:20 AM
Jul 10 — Minneapolis Bus Station

You have **25 Min.** for your transfer

→ Continued on next page

Adult
Sterling Johnson

Seat
**7D**

**1 × Small duffle bag or backpack**
25 lbs· 16.5×12×7 in

**1 × Stored bag(s)**
50 lbs · 31.5×20×12 in

**Additional information**

Total price: **USD 239.73**

Manage My Booking: shop.greyhound.com/rebooking

Track your trip: greyhound.com/track/order/3372833407

FAQ: greyhound.com/help-and-info

If you are unable to sit in your reserved seat, view how you can obtain a refund of the seat reservation fee: help.flixbus.com/s/article/PSSP-My-seat-reservation-was-cancelled-What-should-I-do?language=en_US

**Download our app for real-time updates!**

✓ Track your trip, access the seatmap, and receive notifications.

✓ Simply click here or scan the QR code with your mobile.

**Your checklist for your trip**

- [ ] Arrive on time for boarding (usually 15 mins prior to departure)
- [ ] Double check dimensions and print baggage tag. More information at: greyhound.com/travel-info/baggage
- [ ] Safety first! Fastening seatbelts is obligatory during the ride.

**Your departure station**

**Chicago Bus Station**, 630 W Harrison St, 60607 Chicago
Terminal is on Howard St. between S. Desplaines St and S. Jefferson St.



Greyhound

BOOKING NUMBER
337 283 3407

BOARDING PASS
Valid in both print and digital form

PAGE 4/6

## Minneapolis - Billings
**Friday, Jul 10, 2026**

06:45 AM
Jul 10

Minneapolis Bus Station
516 2nd Ave North, 55403 Minneapolis

Route [JL_701] **Jefferson Lines**
Direction Billings

Operated by concession owner Jefferson Partners L.P. dba Jefferson Lines

12:25 AM
Jul 11

Billings

You have **1 Hrs. 5 Min.** for your transfer

Continued on next page

Adult
Sterling Johnson

Seat
**Unassigned**

**1 × Small duffle bag or backpack**
25 lbs · 16.5×12×7 in

**1 × Stored bag(s)**
50 lbs · 31.5×20×12 in

**Additional information**

- Total price: **USD 239.73**
- Manage My Booking: shop.greyhound.com/rebooking
- Track your trip: greyhound.com/track/order/3372833407
- FAQ: greyhound.com/help-and-info
- If you are unable to sit in your reserved seat, view how you can obtain a refund of the seat reservation fee: help.flixbus.com/s/article/PSSP-My-seat-reservation-was-cancelled-What-should-I-do?language=en_US

**Download our app for real-time updates!**

- ✓ Track your trip, access the seatmap, and receive notifications.
- ✓ Simply click here or scan the QR code with your mobile.

**Your checklist for your trip**

- ☐ Arrive on time for boarding (usually 15 mins prior to departure)
- ☐ Double check dimensions and print baggage tag. More information at: greyhound.com/travel-info/baggage
- ☐ Safety first! Fastening seatbelts is obligatory during the ride.

**Your departure station**

**Minneapolis Bus Station**, 516 2nd Ave North, 55403 Minneapolis
Located in the lower level of the Metro Transit station (Ramp B).



Greyhound

BOOKING NUMBER
337 283 3407

BOARDING PASS
Valid in both print and digital form



## Billings - Spokane
## Saturday, Jul 11, 2026

01:30 AM
Jul 11

Billings
1830 4th Ave North, 59101 Billings

Route [JL_943] Jefferson Lines
Direction Spokane Station

Operated by concession owner Jefferson Partners L.P. dba Jefferson Lines

10:30 AM
Jul 11

Spokane Station

You have **15 Min.** for your transfer

Continued on next page

Adult
Sterling Johnson

Seat
**Unassigned**

**1 × Small duffle bag or backpack**
25 lbs· 16.5×12×7 in

**1 × Stored bag(s)**
50 lbs · 31.5×20×12 in

**Additional information**

Total price: **USD 239.73**

Manage My Booking: shop.greyhound.com/rebooking

Track your trip: greyhound.com/track/order/3372833407

FAQ: greyhound.com/help-and-info

If you are unable to sit in your reserved seat, view how you can obtain a refund of the seat reservation fee: help.flixbus.com/s/article/PSSP-My-seat-reservation-was-cancelled-What-should-I-do?language=en_US

**Download our app for real-time updates!**

- Track your trip, access the seatmap, and receive notifications.
- Simply click here or scan the QR code with your mobile.

**Your checklist for your trip**

- [ ] Arrive on time for boarding (usually 15 mins prior to departure)
- [ ] Double check dimensions and print baggage tag. More information at: greyhound.com/travel-info/baggage
- [ ] Safety first! Fastening seatbelts is obligatory during the ride.

**Your departure station**

**Billings**, 1830 4th Ave North, 59101 Billings
The bus will stop at Jefferson Lines Building on the corner of 3rd Ave and N 18th St.



Greyhound

BOOKING NUMBER
337 283 3407

BOARDING PASS
Valid in both print and digital form

PAGE 6/6

## Spokane - Seattle
## Saturday, Jul 11, 2026

10:45 AM
Jul 11

Spokane Station
221 W 1st Ave, 99201 Spokane

Route [NWL_736] Northwestern
Direction Tacoma (G St & Puyallup Ave)

Operated by concession owner NORTHWESTERN STAGE LINES INC

06:35 PM
Jul 11

Seattle Train Station
303 S. Jackson St @King St, 98104 Seattle

Adult
Sterling Johnson

Seat
**Unassigned**

**1 × Small duffle bag or backpack**
25 lbs· 16.5×12×7 in

**1 × Stored bag(s)**
50 lbs · 31.5×20×12 in

**Additional information**

Total price: **USD 239.73**

Manage My Booking: shop.greyhound.com/rebooking

Track your trip: greyhound.com/track/order/3372833407

FAQ: greyhound.com/help-and-info

If you are unable to sit in your reserved seat, view how you can obtain a refund of the seat reservation fee: help.flixbus.com/s/article/PSSP-My-seat-reservation-was-cancelled-What-should-I-do?language=en_US

**Download our app for real-time updates!**

- Track your trip, access the seatmap, and receive notifications.
- Simply click here or scan the QR code with your mobile.

**Your checklist for your trip**

- [ ] Arrive on time for boarding (usually 15 mins prior to departure)
- [ ] Double check dimensions and print baggage tag.
More information at: greyhound.com/travel-info/baggage
- [ ] Safety first! Fastening seatbelts is obligatory during the ride.

**Your departure station**

**Spokane Station,** 221 W 1st Ave, 99201 Spokane
The bus will board in the back of Spokane Station at the two bus slips outside of Gate 1. Enter the station through the front doors and follow the stairs to Floor 2 to find Gate 1. Look for FlixBus signage.



2026 CH 448

Civil No Contact Order

Other Incidents of Abuse

FILED
ROBERT M. SPEARS
SEP 10 2026
CLERK OF THE CIRCUIT COURT
PEORIA COUNTY, ILLINOIS

Other instances of abuse, in addition to the one listed on the petition, are:

| Date | Location | Incident of Abuse |
|---|---|---|
| cont | cont | this is not a process where rape becomes a social media plate where the word process give you right to rape for fun and the supreme court and the united nations was posted on there post and reposted so you can find these individual working as a criminals against the citizens of the united state. |

Smartlink.

Vaccine Covid 19 - Maderna -

- Check w/ states attorneys office.

11:08

Back

September 10, 2026 at 11:07 AM

2026
CM 448

FILED
ROBERT M. SPEARS
SEP 10 2026
CLERK OF THE CIRCUIT COURT
PEORIA COUNTY, ILLINOIS

# Sterling L Johnson

Vs

The People Of

The State Of Illinois

Motion: Smartlink

Deoxygenated Right Side The Left side

Oxygenated / Atrium

Smartlink Nerulink Monitor And Recorded

Without Permission

The Blood Flows Around Our Body In The Circulatory System, This Is Powered By The Heart, Which Pumps The Blood Throughout The Body's Network Of Blood Vessels, The Tissues That Makes Up The Heart Is Called Cardiac Muscle, Like The Smooth Muscle That Surrounds Hollow Organs, Such As The Intestines, Cardiac Muscle, Yet , Like The Muscles Attached To Your Bones Skeletal Muscles, So Cardiac Muscle Is A Cross Between Smooth Muscle And Skeletal Muscle Also Has Unique

11:27

Back

And Skeletal Muscle Also Has Unique Connections Between Its Cells That Help All The Hearts Muscle Cells Contract Rapidly And At The Same Time, On Average, The Adult Heart Beats Around 72 Time Per Minute, Around 3 Fluid Ounces 80ml Of Blood Are Pumped Into The Main Artery With Each Beat, So The Heart Usually Pumps Up To 1%.1.2 Gallons 7Liters Of Blood Per Minute, During Strenuous Exercise Such As Running, That Can Rise To 6 Gallons (27 Liters) Per Minute, The Heart Receives Blood From Veins And Pumps It Out Through Arteries, It Has Four Chambers Two Ventricles, The Hearts Left And Right Side Are Separate, The Right Side Receives Deoxygenated The Left Get Oxygenated Blood From The Lungs Via The Pulmonary Vein, And Pumps It Into The (Aorta) For Distribution, Each Atrium Opens Into Its Corresponding Ventricle Via A Valve

11:51

Folders

(On The Right) The Tricuspid Value, And The Bicuspid Value On The Left, When The Ventricle Contracts To Stop Blood Flowing Back Into The Atrium The Aorta And Pulmonary Trunk Also Have Valves So Moderna Pfizer Is About Recognizing Sex Offenders And Tracking Them My Situation The Evidence Is Clear To Ask A Question About The CDC-PPD Release My Smartlink Nerulink Because Of Trauma And Being Tracked By Sex Offenders

2026 CM 448

Cleveland Clinic

FILED
ROBERT M. SPEARS
SEP 10 2026
CLERK OF THE CIRCUIT COURT
PEORIA COUNTY, ILLINOIS

# Aphasia

Aphasia is a language disorder that affects your ability to speak and understand what others say. You might have trouble reading or writing. It usually happens suddenly after a stroke or traumatic brain injury. Treatment options are available to help you adapt if symptoms are permanent.

## What Is Aphasia?

**Image content:** This image is available to view online.

View image online (https://my.clevelandclinic.org/-/scassets/images/org/health/articles/aphasia)

Broca's area, which controls speaking ability, and Wernicke's area, which controls word selection and understanding, are commonly affected by aphasia.

Aphasia is a language disorder that affects how you use and understand language. With this disorder, it's hard to express yourself, understand what others say to you, or read or write.

Typically, you develop aphasia because you have a condition that damages Broca's area and Wernicke's area. These are your brain's language centers. Broca's area is in your frontal lobe. It controls the muscles you use to speak. Wernicke's area is in your temporal lobe. It controls your ability to understand and use the right words when you talk.

Stroke and head injuries that damage the language center of your brain are common causes. You may have aphasia if you have a condition that disrupts how your brain works. Aphasia can affect anyone. But it's more common in people aged 65 and older. The effects of aphasia can be temporary, like during a migraine, or more long-lasting, like after a traumatic brain injury. Speech therapy may help.

### Types of aphasia

There are many types of this condition, including:

- Anomic aphasia
- Broca's aphasia
- Conduction aphasia
- Global aphasia
- Primary progressive aphasia (PPA)
- Wernicke's aphasia (receptive aphasia)

There are types of aphasia that don't involve your language centers. Transcortical aphasias affect areas just outside the Broca and Wernicke areas in your brain.

## Symptoms and Causes

**Image content:** This image is available to view online.

View image online (https://my.clevelandclinic.org/-/scassets/images/org/health/articles/aphasia-table-final)

The type of aphasia you have depends on how it affects your ability to speak and understand what others are saying.

## Symptoms of aphasia

Your symptoms will vary depending on the type of aphasia. With aphasia, it may be difficult for you to:

- **Express yourself**: It may be hard for you to find the right words. You may say the wrong word or make new words. You may switch letter sounds, repeat words or phrases, or use single words instead of communicating with full sentences. Healthcare providers may call this expressive aphasia.
- **Understand language**: The words people speak may become a jumble of sounds. You may not know how to name objects or what words mean. It can be hard to follow conversations or listen to more than one person at a time.
- **Read and write**: It may be challenging to understand words written on signs, computer screens or in books. You may have issues spelling words or forming sentences. Numbers may be confusing, so you can't tell time, count money or add and subtract.

## Aphasia causes

Aphasia may be a complication of conditions that damage the language centers in your brain. These may include:

- Brain infection or inflammation
- Brain tumor
- Progressive neurological diseases, like Alzheimer's disease or dementia
- Stroke
- Traumatic brain injury

You can develop aphasia if you have a condition that keeps your brain from working as it should. That can happen if you have conditions like:

- Aneurysm
- Cerebral hypoxia
- Concussion
- Epilepsy
- Inherited disorders, like Wilson's disease
- Migraine
- Transient ischemic attack

Aphasia may be a complication of brain surgery or cancer treatments, like chemotherapy or radiation therapy. Exposure to toxins can also cause it.

## Complications of aphasia

Aphasia can affect your quality of life. Struggling to communicate may make you feel frustrated or angry. You may develop depression because you feel isolated.

# Diagnosis and Tests

## How doctors diagnose aphasia

A healthcare provider will do a physical exam. They'll ask about your symptoms and medical history. Aphasia may make it hard for you to understand and communicate. If that's your situation, ask a family member or friend to come to the appointment with you. They may be able to share helpful information.

Your provider may do tests, including:

- Blood tests to check for conditions that may cause aphasia
- Electroencephalogram (EEG) to track your brain's electrical signals
- Evoked potentials test to diagnose neurological conditions
- Imaging tests, like CT, MRI or PET scans

Your provider may refer you to a speech-language pathologist (SLP). This specialist may do tests to find out what type of aphasia you have. The tests may check whether you can understand language (listen), speak and hold a conversation. The tests also check your ability to express your thoughts, read and write.

# Management and Treatment

## How is aphasia treated?

Your healthcare provider will treat the underlying cause. For example, a stroke may cause aphasia by keeping blood from getting to your brain. Quickly restoring blood flow may limit the damage and your risk of long-term aphasia. Typically, aphasia symptoms get better as your brain heals.

Your provider may recommend speech therapy if you have long-term or permanent brain damage. This treatment builds or rebuilds your understanding of language and teaches you skills to adapt to specific symptoms. Speech therapy can also involve caregivers and loved ones, so they know how best to communicate with and help you.

## Recovery time

Your recovery will depend on factors like your symptoms and what caused aphasia. In some cases, the condition goes away. But it can be a lifelong condition if there's permanent damage to the language centers in your brain. In that case, speech therapy may make your symptoms less noticeable. Your healthcare provider is the best person to ask what you can expect.

## When should I see my healthcare provider?

Talk to a healthcare provider if you or others notice language issues. If you have aphasia, tell your provider about symptoms that get worse over time.

## When should I go to the emergency room?

Get medical care right away if you suddenly have aphasia symptoms. Your symptoms may mean you're having a stroke. Call 911 or emergency services if you have stroke symptoms like:

- Weakness, numbness or paralysis on one side of your body
- Drooping on one side of your face or vision loss in one eye
- Trouble swallowing

- Confusion, irritability or agitation
- Trouble focusing, thinking or remembering
- Sudden headache that's severe or keeps you from going about your usual activities

## Outlook / Prognosis

### What's the life expectancy for someone with aphasia?

Aphasia doesn't affect how long you'll live. But some conditions that cause it, like stroke or a brain tumor, may be life-threatening.

## Additional Common Questions

### What other conditions cause the same symptoms as aphasia?

Alexia, agraphia and auditory verbal agnosia are examples of conditions that cause similar symptoms:

- **Alexia and agraphia**: Alexia is word blindness. Agraphia is the inability to write. The conditions happen if something damages the language centers in your brain.
- **Auditory verbal agnosia**: In this case, your brain can't process sensory information, like interpreting spoken language.

### A note from Cleveland Clinic

Having aphasia is like trying to communicate in another language. But in this case, the language you use every day suddenly becomes foreign. No matter how hard you try, you can't find the right words to say what you mean. Or you may not understand what people say. Even writing and reading are challenging. Many things may cause aphasia. Some are more serious than others. Managing the underlying condition is the first step toward recovering from aphasia. And speech therapy may help you feel more confident about communicating.

### Experts You Can Trust

**Medically Reviewed.** Last updated on 05/23/2026.

### References

Cleveland Clinic's health articles are based on evidence-backed information and review by medical professionals to ensure accuracy, reliability and up-to-date clinical standards.


- American Speech-Language-Hearing Association. Aphasia *(https://www.asha.org/Practice-Portal/Clinical-Topics/Aphasia/#collapse_9)*. Accessed 5/23/2026.
- Brust JM. Chapter 5: Aphasia, Apraxia, & Agnosia. In: Brust JM, ed. *CURRENT Diagnosis & Treatment: Neurology*. 3rd ed. McGraw Hill; 2019.
- Le H, Lui MY. Aphasia *(https://www.ncbi.nlm.nih.gov/books/NBK559315/)*. 2024 Oct 29. In: *StatPearls* [Internet]. Treasure Island (FL): StatPearls Publishing; 2026 Jan-. Accessed 5/23/2026.
- National Aphasia Association (U.S.). What is Aphasia? *(https://aphasia.org/what-is-aphasia/)* Updated 8/28/2025. Accessed 5/23/2026.
- National Library of Medicine (U.S.). Aphasia *(https://medlineplus.gov/aphasia.html)*. Updated 4/22/2024. Accessed 5/23/2026.

Call: 800.223.2273 | 9500 Euclid Avenue, Cleveland, Ohio 44195 | © **2026 Cleveland Clinic.** All Rights Reserved.

12:48 SOS

New post

District Attorney
State Attorneys

Victim Sterling L Johnson
The Constitution And
The Laws
The Universe Is The Planet That
Are Connected To The Constitution
And
The Universe That Connect With
The Land And Atmosphere That Changed
To The Point Where Scientist Can Speak
Under Oath In Court Of The Laws Under
Every Law There And Case Law Where
The Judge Have Stated With
The Technology That Experts Scientist
Or A Lie Can Only Say A Bipolar Person
Is In The Court Room Did I Say A Word
A Good Just Tesla Little Words On Camera

Owner:) USA President Sterling L Johnson
And The Constitution Motion That's On
Record For My Due Process Into The U
Under
The Constitution That Breakthrough
Atmosphere That Change One Scientist Of
Atmosphere And Land And The Planets
Under
The U Constitution One
Changing Atmosphere And Land

Next

8:19

X **New post**



**Sterling L Johnson**

Music People Location Feeling/a

The Earth Is
Flat And Will
Be Taken Ownership
Of The Universe And
Content To Earth And
Planets That Connect
On Land And Atmosphere
And Be Studied By Scientists
And Atmosphere Changes
Into A Different Timeline
Earth Connected To
The Universe

Owner:) Universe Sterling L Johnson
Owner:) USA President Sterling L Johnson
The Constitution
And
The U Constitution
Universe

Next

12:47 SOS

New post

Court Date
One Case Investigated
Seattle Washington
Under Kent Police Department
Attorney General
District Attorney
State Attorneys

Victim Sterling L Johnson
The Constitution And
The Laws
The Universe Is The Planet That
Are Connected To The Constitution
And
The Universe That Connect With
The Land And Atmosphere That Changed
To The Point Where Scientist Can Speak
Under Oath In Court Of The Laws Under
Every Law There And Case Law Where
The Judge Have Stated With
The Technology That Experts Scientist
Or A Lie Can Only Say A Bipolar Person
Is In The Court Room Did I Say A Word
A Good Just Tesla Little Words On Camera

Owner:) USA President Sterling L Johnson
And The Constitution Motion That's On
Record For My Due Process Into The U
Under
The Constitution That Breakthrough
Atmosphere That Change One Scientist Of

Next

7:37

New post



**Sterling L Johnson**

Music People Location Feeling/a

And
To The Public Defender Office
That Attorney
In Judge C.Kamp
Courtroom
On Surveillance Cameras
Walking Me Not Into
The Holding Room For
Attorney
But Into The Hallway
Under Surveillance
Victim Sterling L Johnson

Next

Cleveland Clinic

FILED
ROBERT M. SPEARS
SEP 10 2026
CLERK OF THE CIRCUIT COURT
PEORIA COUNTY, ILLINOIS

2026
CM 448

# Sympathetic Nervous System (SNS)

Your sympathetic nervous system is a network of nerves that helps your body activate its "fight-or-flight" response. This system's activity increases when you're stressed, in danger or physically active. Its effects include increasing your heart rate and breathing ability, improving your eyesight and slowing down processes like digestion.

## Overview

### What is the sympathetic nervous system (SNS)?

Your sympathetic nervous system is part of your autonomic nervous system. It could be called your "automatic" nervous system, as it is responsible for many functions that you don't have to think about to control. This can include control of your heart rate, blood pressure, digestion, urination and sweating, among other functions.

Your sympathetic nervous system is best known for its role in responding to dangerous or stressful situations. In these situations, your sympathetic nervous system activates to speed up your heart rate, deliver more blood to areas of your body that need more oxygen or other responses to help your get out of danger.

## Function

### What does the sympathetic nervous system do?

Your sympathetic nervous system controls your "fight-or-flight" response. Danger or stress activates your sympathetic nervous system, which can cause several things to happen in your body. In response to danger or stress, your sympathetic nervous system may affect your:

- **Eyes**. Enlarge your pupils to let more light in and improve your vision.
- **Heart**. Increase your heart rate to improve the delivery of oxygen to other parts of your body.
- **Lungs**. Relax your airway muscles to improve oxygen delivery to your lungs.
- **Digestive tract**. Slow down your digestion so its energy is diverted to other areas of your body.
- **Liver**. Activate energy stores in your liver to an energy that can be used quickly.

These effects help you in situations where you might need to think or act quickl eyesight, reflexes, endurance and strength. Your sympathetic nervous system a your body's under strain, like when you're exercising or are sick.

Let's Chat!
Cleveland Clinic

Your sympathetic nervous system activity also affects your immune system and your body's repair processes. These effects can help your body start repairs on an injury quickly if you get hurt.

### Neurotransmitters

Your sympathetic nervous system uses chemicals called neurotransmitters to communicate. Specifically, these chemicals are norepinephrine, epinephrine and acetylcholine.

### What's the difference between the sympathetic and parasympathetic nervous systems?

Your sympathetic and parasympathetic nervous systems have opposite roles. While your sympathetic nervous system carries signals that put your body's systems on alert, your parasympathetic carries signals that relax those systems.

The two systems work together to keep your body in balance. Your sympathetic nervous system takes the lead for as long as is necessary to get you through a period of danger. Then, your parasympathetic nervous system steps in and returns things to normal.

## Anatomy

### Where is your sympathetic nervous system located?

Most of the signals that your sympathetic nervous system sends start in your spinal cord. The signals leave your spinal cord and activate structures called ganglia. Your sympathetic ganglia then send the necessary signals far and wide to different parts of your body. This could include your heart, lungs, arteries, sweat glands and digestive system.

### What is it made of?

The components of your sympathetic nervous system are similar to those found in other parts of your nervous system. The main type of cell is a neuron, which can generate and receive signals.

## Conditions and Disorders

### What are the common conditions and disorders that affect the sympathetic nervous system?

There are many conditions and causes of sympathetic nervous system problems. Common examples include:

- **Type 2 diabetes**. Uncontrolled Type 2 diabetes can damage your autonomic nervous system, including your sympathetic nervous system. An example of this is orthostatic hypotension, where your blood pressure drops when you stand up. Diabetes-related neuropathy can damage the nerves that normally trigger a blood pressure increase reflex when you stand.
- **Anxiety disorders and chronic stress**. Anxiety and chronic stress can strain your sympathetic nervous system. Over time, that can increase your risk of obesity and other metabolic problems.
- **Cancer**. Pheochromocytomas are a type of cancer that affects your adrenal glands, which are at the top of your kidneys. Your adrenal glands produce neurotransmitters, like adrenaline and norepinephrine. This kind of cancer makes these glands release too much adrenaline and norepinephrine, which keeps your sympathetic nervous system far more active than needed.
- **Genetic conditions**. Genetic conditions like amyloidosis can affect your sympathetic nervous system.
- **Horner's syndrome**. This condition affects a small part of the sympathetic nervous connections in your face. This can cause a small pupil, a lack of facial sweating and eyelid drooping.

- **Infections**. Nerve damage can happen because of viruses and certain bacteria.
- **Multiple system atrophy**. This severe condition is similar to Parkinson's disease, damaging autonomic nerves over time.
- **Sexual dysfunction**. Your sympathetic and parasympathetic nervous systems play a role in sexual function. Individuals with a penis with sympathetic nervous system damage may experience priapism, an erection lasting at least four hours. Without treatment, priapism can lead to permanent erectile dysfunction.
- **Trauma**. Injuries can cause nerve damage, which may be long-term or even permanent. This is especially the case when you have injuries to your spinal cord that damage or cut off sympathetic nervous system connections farther down.

## What are some common signs and symptoms of sympathetic nervous system problems?

Several potential symptoms can happen with sympathetic nervous system conditions, including:

- Heart rhythm issues (including arrhythmias).
- Constipation.
- Dizziness or passing out when standing up.
- Eyelid droop (ptosis).
- Fast heart rate (tachycardia), even when resting.
- Sexual dysfunction, including priapism.
- Sweating too much (hyperhidrosis) or not sweating enough (anhidrosis).
- Trouble digesting food (including gastroparesis).
- Trouble swallowing (dysphagia).

## What are some common tests to check sympathetic nervous system functions?

Potential tests include:

- Blood tests (these can detect many problems, ranging from immune system issues to excessive amounts of neurotransmitters in your blood).
- Blood pressure tests (including ones where your position changes, like the tilt table test).
- Electrocardiogram (EKG).
- Electroencephalogram (EEG).
- Electromyogram (nerve conduction test).
- Genetic testing.
- Magnetic resonance imaging (MRI).
- Autonomic nervous system testing (this series of tests checks your body's ability to control heart rate, blood pressure and sweating).

## What are the common treatments for sympathetic nervous system conditions?

Sympathetic nervous system condition treatments can take many different forms, and ultimately, there's no one type of treatment or approach to these conditions. Some might be as simple as medication or lifestyle changes. Others can be more complicated.

Some treatments focus on an underlying cause, which may resolve your sympathetic nervous system problem at least partially. If a condition isn't curable, treatments would likely focus on the symptoms and minimizing the condition's effects and progress.

## Care

### How can I prevent conditions and problems that affect the sympathetic nervous system?

Prevention can make a big difference with conditions that affect your sympathetic nervous system. In some cases, there's a chance to delay conditions that aren't otherwise preventable. Unfortunately, some conditions aren't preventable, such as those you inherit or have when you're born.

The best preventive measures include:

- **Eat a variety of healthy foods**. Vitamin deficiencies, especially vitamin B12, can damage your nervous system. You should also avoid overusing vitamins (especially B6, which has toxic effects on your nervous systems at high levels).
- **Avoid using drugs and alcohol**. Prescription and recreational drug abuse, as well as frequent heavy drinking, can have toxic effects and damage your sympathetic nervous system.
- **Stay physically active and a weight weight that's healthy for you**. Type 2 diabetes damages your autonomic nerves over time. That's why preventing it, or at least delaying when it starts, can make a big difference in your overall well-being.
- **Wear safety equipment as needed**. Safety equipment can be a big help if you want to prevent nerve damage from injuries, regardless of whether you use the equipment during work or play activities.
- **Manage chronic conditions as recommended**. If you have a chronic condition that can damage your nervous system, you should take steps to manage this condition. Your healthcare provider can help guide you on how to do that. That guidance can make a big difference in helping you limit the condition's progress or how it affects your life.

### A note from Cleveland Clinic

Your sympathetic nervous system is the part of your nervous system that carries signals related to your "fight-or-flight" response. That makes it a key part of your response to stressful situations. Unfortunately, like the rest of your nervous system, this subdivision of your autonomic nervous system is prone to damage from other conditions and injuries. That means taking care of your nervous system overall, including your sympathetic nervous system, is something that'll go a long way to helping you live a long, healthy life.

### Experts You Can Trust

**Medically Reviewed.** Last updated on 06/06/2022.

### References

Cleveland Clinic's health articles are based on evidence-backed information and review by medical professionals to ensure accuracy, reliability and up-to-date clinical standards.


- Alshak MN, M Das J. Neuroanatomy, Sympathetic Nervous System *(https://www.ncbi.nlm.nih.gov/books/NBK542195/)*. [Updated 2021 Jul 26]. In: StatPearls [Internet]. Treasure Island (FL): StatPearls Publishing; 2022 Jan-. Accessed 6/6/2022.

- Amthor FR. Chapter 18: Autonomic Nervous System: Sympathetic, Parasympathetic, & Enteric *(https://neurology-mhmedical-com.ccmain.ohionet.org/content.aspx?sectionid=247989153&bookid=2938&Resultclick=2#1174243517)*. In: Amthor FR, Theibert AB, Standaert DG, Roberson ED. eds. *Essentials of Modern Neuroscience*. McGraw Hill; 2020. Accessed 6/6/2022.
- Autonomic Nervous System. In: Nestler EJ, Kenny PJ, Russo SJ, Schaefer A. eds. *Nestler, Hyman & Malenka's Molecular Neuropharmacology: A Foundation for Clinical Neuroscience, 4e*. McGraw Hill; 2020. Accessed 6/6/2022.
- Beck-Yoo K. Chapter 19: The nervous system *(https://accessmedicine-mhmedical-com.ccmain.ohionet.org/content.aspx?sectionid=185845454&bookid=2355#1152119010)*. In: Janson LW, Tischler ME. eds. *The Big Picture: Medical Biochemistry*. McGraw Hill; 2018. Accessed 6/6/2022.
- Goldberger JJ, Arora R, Buckley U, Shivkumar K. Autonomic Nervous System Dysfunction: JACC Focus Seminar *(https://www.ncbi.nlm.nih.gov/pmc/articles/PMC6958998/)*. *J Am Coll Cardiol*. 2019;73(10):1189-1206. Accessed 6/6/2022.
- LeBouef T, Yaker Z, Whited L. Physiology, Autonomic Nervous System *(https://www.ncbi.nlm.nih.gov/books/NBK538516/)*. [Updated 2021 May 9]. In: StatPearls [Internet]. Treasure Island (FL): StatPearls Publishing; 2022 Jan-. Accessed 6/6/2022.
- The Autonomic Nervous System. In: Waxman SG. eds. *Clinical Neuroanatomy, 29e*. McGraw Hill; 2020. Accessed 6/6/2022.
- Vaillancourt M, Chia P, Sarji S, et al. Autonomic nervous system involvement in pulmonary arterial hypertension *(https://pubmed.ncbi.nlm.nih.gov/29202826/#:~:text=PAH%20is%20associated%20with%20increased,patients%20associated%20with%20clinical%20worsening.)*. *Respir Res*. 2017;18(1):201. Published 2017 Dec 4. Accessed 6/6/2022.
- Waxenbaum JA, Reddy V, Varacallo M. Anatomy, Autonomic Nervous System *(https://www.ncbi.nlm.nih.gov/books/NBK539845/)*. [Updated 2021 Jul 29]. In: StatPearls [Internet]. Treasure Island (FL): StatPearls Publishing; 2022 Jan-. Accessed 6/6/2022.


Call: 800.223.2273 | 9500 Euclid Avenue, Cleveland, Ohio 44195 | © **2026 Cleveland Clinic.** All Rights Reserved.

An official website of the United States government Here's how you know

2026 CM 448

**NIH Websites Are Changing**

Later this year, NIH will start introducing a new website experience designed to make it easier to find health information, research, funding opportunities, and other resources. During the transition, you may notice changes to navigation, page layouts, and where some information is located. Learn more and get the latest updates in our Frequently Asked Questions.

NIH National Institute of Mental Health

FILED
ROBERT M. SPEARS
SEP 10 2026
CLERK OF THE CIRCUIT COURT
PEORIA COUNTY, ILLINOIS

# Brain Stimulation Therapies

## What are brain stimulation therapies?

Brain stimulation therapies can play an important role in treating mental disorders. These therapies work by activating or inhibiting the brain with electricity. The electricity can be given directly through electrodes implanted in the brain or indirectly through electrodes placed on the scalp. The electricity can also be induced by applying magnetic fields to the head.

This video from the National Institute of Mental Health (NIMH) provides an overview of brain stimulation therapies and how they can be used to treat mental disorders.

Discover NIMH: Personalized and Targeted Brain Stimulation Therapies
National Institute of Mental Health (NIMH)

From a US national research authority

Watch on

This page provides basic information about brain stimulation therapies. It does not cover all forms of therapy or all mental disorders for which a therapy might be used. The information should not be used as a guide for making medical decisions. Research is ongoing to determine the best use of these therapies and if they are effective treatments for other disorders and conditions.

The page is divided into therapies that are authorized by the U.S. Food and Drug Administration (FDA) to treat specific mental disorders, including depression, bipolar disorder, and obsessive-compulsive disorder (OCD), versus therapies that are newer and still considered experimental.

The authorized therapies covered on this page are:

- Electroconvulsive therapy

f X in

- Repetitive transcranial magnetic stimulation
- Vagus nerve stimulation

The experimental therapies covered on this page are:

- Magnetic seizure therapy
- Deep brain stimulation

Other brain stimulation therapies not discussed here may also hold promise for treating mental disorders. Information about these therapies is updated frequently. See the FDA website for the latest information, warnings, and guidance on brain stimulation devices and announcements about new ones.

## How do brain stimulation therapies work?

## What is electroconvulsive therapy?

## What is repetitive transcranial magnetic stimulation?

## What is vagus nerve stimulation?

## What is magnetic seizure therapy?

## What is deep brain stimulation?

## Are there other types of brain stimulation therapy?

## How can I find a clinical trial for brain stimulation therapy?

## Where can I learn more about brain stimulation therapies?

Unless otherwise specified, the information on our website and in our publications is in the public domain and may be reused or copied without permission. However, you may not reuse or copy images. Please cite the National Institute of Mental Health as the source. Read our copyright policy to learn more about our guidelines for reusing NIMH content.

Science Updates

Developing Tools for Measuring Mental Health Outcomes

f X in


How the Brain Creates New Memories While Maintaining Old Ones


Predictive Models Show Promise in Preventing Suicide

MORE

## Disclaimer

We link to external websites for informational purposes only, but we do not endorse or guarantee their accuracy. Once you leave our site, you will be subject to the new website's privacy policy. Read NIMH's full external linking policy for more information.

### NIMH Resources

Health Topics
Brochures and Fact Sheets
Contact Us
Información en español

### Policies and Notices

Privacy Policy
Website Policies
FOIA
Accessibility
HHS Vulnerability Disclosure

### Federal Resources

National Institutes of Health (NIH)
NIH Virtual Tour
U.S. Department of Health and Human Services
USA.gov

The National Institute of Mental Health (NIMH) is part of NIH, a component of the U.S. Department of Health and Human Services.

## NOTICE OF VEHICLE IMPOUNDMENT / NOTICE OF SEIZED PROPERTY

The vehicle identified below is being impounded by the City of Peoria because it was used in violation of city ordinance(s):

**(check all that apply)**

- ☐ Drugs 20-106
- ☐ Weapons 20-107
- ☐ Prostitution 20-105
- ☐ DUI 20-108
- ☒ Suspended DL 20-109
- ☐ Revoked DL 20-109
- ☐ Hit and Run 20-109
- ☐ Fleeing and Eluding 20-109
- ☐ Loud Music 15-75
- ☐ Reckless Driving 20-109
- ☐ Other ______

Incident No.: 26-2230 Date: 2-6-26

Officer(s): K. Cooper Badge No.: 1359

Vehicle Towed From: 200 N. MacArthur

Tow Company: Dependable Towing

Registered Owner: Sterling L. Johnson Phone Number: 309 453 1877

Owner's Address: Homeless City: ______ State: ______

Operator's Name: Owner Phone Number: ______

Operator's Address: ______ City: ______ State: ______

*Operators's Relationship to Owner: ______

### VEHICLE IDENTIFICATION

V.I.N.: KMHDU46D27U263709

MAKE/MODEL: Hyundai Elantra YEAR: 2007 COLOR: Gold BODY STYLE: Sedan

LIC. PLATE NO.: 734-AC-971 STATE: IL EXP. DATE: 3-1-25

**NOTE: ANY PERSON INTERFERING WITH AN IMPOUNDED VEHICLE OR SEIZED PROPERTY IS SUBJECT TO ARREST AND PROSECUTION**

### SEIZED PROPERTY

Date: ______ Incident No.: ______ Owner's Name: ______

Currency Amount Seized: ______ Officer's Name: ______

Property Seized: ______

FILED
ROBERT M. SPEARS
APR 09 2026
CLERK OF THE CIRCUIT COURT
PEORIA COUNTY, ILLINOIS

**PLEASE READ THE IMPORTANT NOTICES ON THE BACK**

White Copy – Asset Forfeiture Officer Yellow Copy – Police Records Pink Copy – Respondent

870-054 REV 3/10/22

ILLINOIS CITATION AND COMPLAINT

**COMPLAINT**

CITY OF PEORIA

26-001384-01-02

DCN

VIOLATOR

Case No. | Employer ID: 20900 | Issuing Agency: 20900

County of: PEORIA | Township of:

PEOPLE STATE OF ILLINOIS vs.

**DEFENDANT**

Name: Last JOHNSON First STERLING Middle Name L

Address: Street HOMELESS | Eyes BRO | Sex M Male

City State Zip PEORIA IL 61603 | Hair BLK | Height 6'03" | Weight 240 lbs.

Dr. Lic. J52579278039 | State IL | CDL N | Exp. Date 02/08/2030 | DOB 02/08/1978

The Undersigned states that on 02/06/2026 at 01:49 AM

Defendant did unlawfully operate:

**VEHICLE**

Reg. No. 734 AC 971 | State IL | Mo/Year | Expire

Make HYUNDA! | Year 2007 | Color GOLD

Type PA... NGER CAR

Vehicle Use: Commercial Motor Vehicle Yes ☐ No ☒; Placarded Hazardous Material Yes ☐ No ☒; 16 or More Passenger Vehicle Yes ☐ No ☒

On a Public Highway or other Location Specifically: 200 N MAC ARTHUR HWY RD-

Located in the County and State Aforesaid and Did Then and There Commit the Following Offense:

**VIOLATION**

☒ ILCS

625 ILCS 50/6-303(a)

Chapter 625 Act 50 Section 6-303(a)

Nature of Offense: DRIVING ON SUSPENDED LICENSE

**INCIDENT**

CRASH TYPE:

Injured No. | CAD No.

Visibility | Road Conditions

Method | Residence

**NOTICE TO APPEAR**

METHOD OF RELEASE NOTICE TO APPEAR

See instructions in column to the right

CIRCUIT COURT LOCATION, DATE AND TIME

Court Location: CIRCUIT COURT OF PEORIA COUNTY COURTHOUSE 324 MAIN ST, COURTROOM 121, PEORIA, IL 61602

Date 03/03/2026 Time: 09:00 AM

Under penalties as provided by law for false certification pursuant to Section 1-109 of the Code of Civil Procedure and perjury pursuant to Section 32-2 of the Criminal Code of 2012, the undersigned certifies that the statements set forth in this instrument are true and correct.

02/06/2026 [signature] 1359

MONTH DAY YEAR OFFICER'S SIGNATURE I.D. NO.

READ THESE INSTRUCTIONS CAREFULLY

Your ticket has been marked ☒ COURT APPEARANCE REQUIRED. You are required to come to court on the date, time and place noted in the COURT PLACE/DATE section on the ticket.

However, if you want to plead "NOT GUILTY", complete the portion of these instructions entitled "Avoid Multiple Court Appearances" and mail to the clerk of the circuit court identified in the COURT PLACE/DATE section.

NOTICE TO APPEAR

The result of your failure to appear or pay this ticket is based on whether your ticket is marked "Court Appearance Required" or "No Court Appearance Required" and may result in either a judgment of conviction being entered against you for fine, penalties, assessments, and costs as provided in the NOTICE OF CONSENT FOR ENTRY OF JUDGMENT; or, the court may order a warrant to be i... significant consequences affecting your driving privileges, or y... ...ed and sentenced in your absence.

To plead guilty and pay online please scan the QR code

NOTICE OF CONSENT FOR ENTRY OF JUDGMENT

If you were charged with an offense which does not require a court appearance, YOU ARE HEREBY NOTIFIED THAT:

If you do not satisfy the charge(s) against you prior to the date set for your appearance or any date to which the case is continued, you do not submit a written plea of guilty to the clerk at least (3) days before that date, and you fail to answer the charge(s) or appear in court when required, you thereby consent to the entry of a judgment of conviction against you in the amount of the statutory fine, plus the assessment in the applicable schedule for the charged offense as provided in the Criminal and Traffic Assessment Act (705 ILCS 135/1 et seq.). The total amount assessed may be greater than the amount assessed on a guilty plea.

FILED
ROBERT M. SPEARS
APR 09 2026
CLERK OF THE CIRCUIT COURT
PEORIA COUNTY, ILLINOIS

ILLINOIS CITATION AND COMPLAINT

COMPLAINT

CITY OF PEORIA 26-001384-02-02

VIOLATOR

REPORT CN: 20900 | FIRST ASSIGN: 20900

PEORIA

PEOPLE STATE OF ILLINOIS

DEFENDANT

NAME
LAST: JOHNSON FIRST: STERLING MIDDLE NAME: L

ADDRESS
STREET: HOMELESS
EYES: BRO SEX: M - Male
CITY AND STATE: PEORIA IL 61603 HAIR: BLK HEIGHT: 6'03" WEIGHT: 240 lbs.
DL: I52579278039 STATE: IL CDL: N EXPIRES: 02/08/2030 DOB: 02/08/1978

The Undersigned states that on 02/06/2026 at 01:49 AM
Defendant did unlawfully operate:

VEHICLE

LICENSE: 734 AC 971 STATE: IL
MAKE: HYUNDAI YEAR: 2007 COLOR: GOLD
TYPE: PASSENGER CAR

VEHICLE USE
COMMERCIAL MOTOR VEHICLE YES ☐ NO ☒
PLACARDED HAZARDOUS MATERIAL YES ☐ NO ☒
16 OR MORE PASSENGER VEHICLE YES ☐ NO ☒

Or as a Pedestrian or Passenger, and upon a Public Highway or other Location, Specifically
200 N MAC ARTHUR HWY RD
Located in the County and State Aforesaid and Did Then and There Commit the Following Offense:

VIOLATION

☒ ILCS
625 ILCS 5/11-709(a)
Chapter 625 Act 5 Section 11-709(a)
Nature of Offense: IMPROPER TRAFFIC LANE USAGE

INCIDENT

CRASH TYPE
CAD No
Road Conditions

NOTICE TO APPEAR

METHOD OF RELEASE NOTICE TO APPEAR

See instructions in column to the right

CIRCUIT COURT LOCATION, DATE AND TIME
Court Location: CIRCUIT COURT OF PEORIA COUNTY COURTHOUSE
324 MAIN ST, COURTROOM 121, PEORIA, IL 61602
Date: 03/03/2026 Time: 09:00 AM

Under penalties as provided by law for false certification pursuant to Section 1-109 of the Code of Civil Procedure and perjury pursuant to Section 32-2 of the Criminal Code of 2012, the undersigned certifies that the statements set forth in this instrument are true and correct.

02/06/2026 [signature] 1359
MONTH DAY YEAR OFFICER'S SIGNATURE I.D. NO.

READ THESE INSTRUCTIONS CAREFULLY

Your ticket has been marked ☒ COURT APPEARANCE REQUIRED. You are required to come to court on the date, time and place listed in the COURT PLACE/DATE section on the ticket.

However, if you want to plead "NOT GUILTY", complete this portion of these instructions entitled "Avoid Multiple Court Appearances" and mail to the clerk of the circuit court identified in the COURT PLACE/DATE section.

## NOTICE TO APPEAR

The result of your failure to appear or pay this ticket is based on whether your ticket is marked "Court Appearance Required" or "No Court Appearance Required" and may result in either a judgment of conviction being entered against you for fine, penalties, assessments, and costs as provided in the NOTICE OF CONSENT FOR ENTRY OF JUDGMENT, or, the court may order a warrant to be issued, other significant consequences affecting your driving privileges or your ... in your absence.

To plead guilty and pay online please scan the QR code

## NOTICE OF CONSENT FOR ENTRY OF JUDGMENT

If you were charged with an offense which does not require a court appearance, YOU ARE HEREBY NOTIFIED THAT:

If you do not satisfy the charge(s) against you prior to the date set for your appearance or any date to which the case is continued, you do not submit a written plea of guilty to the clerk at least (3) days before that date, and you fail to answer the charge(s) or appear in court when required, you thereby consent to the entry of a judgment of conviction against you in the amount of the statutory fine, plus the assessments in the applicable schedule for the charged offense as provided in the Criminal and Traffic Assessment Act (705 ILCS 135/1 et seq.). The total amount assessed may not be greater than the amount assessed on a guilty plea.

FILED
ROBERT M. SPEARS
APR 09 2026
CLERK OF THE CIRCUIT COURT
PEORIA COUNTY, ILLINOIS

C
2026 CM 448

CIRCUIT COURT OF ILLINOIS

TENTH JUDICIAL CIRCUIT

PEORIA COUNTY

FILED
ROBERT M. SPEARS
SEP 10 2026
CLERK OF THE CIRCUIT COURT
PEORIA COUNTY, ILLINOIS

sterling lewis johnson
**Petitioner's Name** (person completing form)

**Name(s) of other protected parties**

☒ Independent
☐ Criminal
☐ Juvenile

*Check if filing on behalf of:*
☐ a minor child, or ☐ an adult who because of age, disability, health, or inaccessibility cannot file the petition *(list name(s) below)*

(file stamp)

vs.
elon musk
**Respondent's Name** (person you want protection from)
If the Respondent is under age 18 and if remedy #4 is requested the name(s) of minor ☐ parent(s) or ☐ legal guardian(s)

Case # ____________
(to be completed by Court)

☐ *Notice to School Board(s) if remedy #4 is requested*

# VERIFIED PETITION FOR CIVIL NO CONTACT ORDER

**(Sexual Conduct and/or Penetration)**

## PETITIONER INFORMATION

**Petitioner's Address:** 601 Southwest Adams Street, Peoria, IL 61602
(Street/P.O. Box) (City) (State) (Zip Code)

☒ Disclosure of Petitioner's and/or protected party'(s) address would risk further abuse. The address listed above is Petitioner's and/or protected party'(s) alternative address for service of notice.

Other protected persons (persons to be included in the Civil No Contact Order), in addition to the Petitioner are:

**Name:** ____________

**Address:** ____________
(Street/P.O. Box) (City) (State) (Zip Code)

**Name:** ____________

**Address:** ____________
(Street/P.O. Box) (City) (State) (Zip Code)

orm approved by the Conference of Chief Circuit
es. Effective December 6, 2024
uired after January 1, 2025

## RESPONDENT INFORMATION

(if known)

**Name:** elon musk **DOB:** do not know

**Gender:** Male **Race:** White **Height:** ______ **Weight:** ______

**Hair Color:** ______ **Eye Color:** ______ **Social Security #:** XXX-XX-______ (last 4 numbers)

**Driver's License #:** ______ **License Plate #:** ______

**Other Numeric Identifier:** ______ (number - optional) **Description:** ______ (e.g. passport #, military serial # or other)

☐ **Home Address:** ______ (Street/P.O. Box) (City) (State) (Zip)

**Name of Workplace:** ______ **Work Hours:** ______

☐ **Work Address:** ______ (Street/P.O. Box) (City) (State) (Zip)

**Distinguishing Physical Features:**

______

**Respondent is incarcerated at:** ______

☐ **Respondent's address is unknown. Service by publication is requested (Section 2-206 (a) of the Code of Civil Procedure). (Reasonable efforts to accomplish actual service must be shown by evidence or affidavit. (740 ILCS 22/208(c))**

**Respondent may be**

- ☒ considered armed and/or dangerous
- ☐ suicidal
- ☐ considered armed, dangerous and suicidal

I am requesting a Civil No Contact Order because on or about jan 17 (date), at around 8;30

peoria ploice deperment, (location)

the following occurred: **(Be specific as to dates, events and locations)**

as i look over my social media acct a dog appear having sex with a women that was posted by these individuals that is under investigation by the peoria state attorney office a crime with a dog and also a cat where a rape kite was taking at osf and the evidences of knowing of these crimes could be tracked down by finding the poster you find the identification and there acct i have 3 phone and a sim card with other accts that ties back to the years of this suffer of been sexual assaulted by elon musk ands other

(additional pages may be added)

See attached page for additional incidents

**Venue** is appropriate in this county because: ☐ the Petitioner resides here; ☐ the Respondent resides here; ☒ the alleged non-consensual sexual conduct or non-consensual sexual penetration occurred here (check all that apply).

**REMEDIES SECTION** (740 ILCS 22/213)

Pursuant to the Civil No Contact Order Act, the Petitioner seeks the following remedies:

1. ☒ That the Respondent be ordered to stay at least 300 feet away from the Petitioner and/or other protected persons. That Respondent be prohibited from entering or remaining at the Petitioner's and/or other protected persons':

   ☒ place of residence, located at 601 Southwest Adams Street, Peoria, IL 61602

   ☒ place(s) of employment, located at my social medi, 601 Southwest Adams Street, Peoria, IL 61602

   ☐ school(s) and/or daycare, located at

   ☒ and any of the following specified places, when Petitioner and/or other protected persons are present: my family members

2. ☒ That the Respondent refrain from contact with Petitioner and/or other protected persons in any way, directly, indirectly or through third parties, including, but not limited to, phone, written notes, mail, email, or fax.

3. ☒ That Respondent stay away from and be prohibited from taking, transferring, encumbering, concealing, damaging, or otherwise disposing of the Petitioner and/or other protected persons' real and/or personal property or animal(s).

4. ☐ That the Respondent be restrained from attending ____________________ school at ____________________ (address) attended by the Petitioner. (740 ILCS 22/213(b-6))

5. ☒ Other injunctive relief as follows:
   keep me out his head

**WHEREFORE,** Petitioner moves the Court to grant the relief requested in this petition.

## DEFINITION OF TERMS USED IN THIS PETITION

1. **Civil No Contact Order:** an emergency order or plenary order granted under this Act, which includes a remedy authorized by (740 ILCS 22/213) of this Act.

2. **Family or Household Members:** include spouses, parents, children, stepchildren, and persons who share a common dwelling.

3. **Non-consensual:** a lack of freely given agreement.

4. **Petitioner:** may mean not only any named petitioner for the civil no contact order and any named victim of non-consensual sexual conduct or non-consensual sexual penetration on whose behalf the petition is brought, but also any other person sought to be protected by this Act.

5. **Protected Persons:** The following persons are protected by this Act:
(a) any victim of non-consensual sexual conduct or non-consensual sexual penetration on whose behalf the petition is brought;
(b) any family or household member of the named victim; and
(c) any employee of or volunteer at a rape crisis center that is providing services to the petitioner or the petitioner's family or household member.

6. **Respondent:** may mean not only the person alleged to have committed an act of non-consensual sexual conduct or non-consensual sexual penetration against the petitioner, but also any other named person alleged to have aided and abetted such an act of non-consensual sexual conduct or non-consensual sexual penetration.

7. **Sexual Conduct:** any intentional or knowing touching or fondling by the Petitioner or the Respondent, either directly or through clothing, of the sex organs, anus, or breast of the Petitioner or the Respondent, or any part of the body of a child under 13 years of age, or any transfer or transmission of semen by the respondent upon any part of the clothed or unclothed body of the petitioner, for the purpose of sexual gratification or arousal of the Petitioner or the Respondent.

8. **Sexual Penetration:** any contact, however slight, between the sex organ or anus of one person by an object, the sex organ, mouth or anus of another person, or any intrusion, however slight, of any part of the body of one person or of any animal or object into the sex organ or anus of another person, including but not limited to cunnilingus, fellatio or anal penetration. Evidence of emission of semen is not required to prove sexual penetration.

9. **Stay Away:** to refrain from both physical presence and nonphysical contact with the Petitioner directly, indirectly, or through third parties who may or may not know of the order. "Nonphysical contact" includes, but is not limited to, telephone calls, mail, e-mail, fax, and written notes.

2026 CM 448



FILED
ROBERT M. SPEARS
MAY 11 2026
CLERK OF THE CIRCUIT COURT
PEORIA COUNTY, ILLINOIS

## Index


| | |
|---|---|
| Ack Orders | Active Orders |
| Signed and Held | Curent Meds |
| I/O & Lab Results | Req Doc |
| Tasks | Problem List |
| Allergies | History |
| Tx Team | Blood Admin |
| Documents | SmartLink Reference |
| SBAR | Immunizations |
| Procedure Notes | CDC PPD Interpretation |
| Patient Belongings | Covid Vax Form (1st Dose) |


## Medications

### Scheduled

| Medication | Ordered Dose/Rate, Route, Frequency | Last Action |
|---|---|---|
| divalproex (DEPAKOTE) ER tablet 500 mg | 500 mg, PO, Q12H SCH | Ordered |
| risperiDONE (RisperDAL) tablet 1 mg | 1 mg, PO, BID | Ordered |
| thiamine (VITAMIN B-1) injection 100 mg | 100 mg, IM, Daily | Ordered |

### PRN

| Medication | Ordered Dose/Rate, Route, Frequency | Last Action |
|---|---|---|
| acetaminophen (TYLENOL) tablet 1,000 mg | 1,000 mg, PO, Q6H PRN | Ordered |
| albuterol inhaler 2 puff | 2 puff, IN, Q4H PRN | Ordered |
| aluminum-magnesium hydroxide-simethicone (MAALOX PLUS) 200-200-20 MG/5ML suspension 30 mL | 30 mL, PO, Q6H PRN | Ordered |
| haloperidol (HALDOL) tablet 5 mg | 5 mg, PO, Q6H PRN | Ordered |
| LORazepam (ATIVAN) tablet 2 mg | 2 mg, PO, Q6H PRN | Ordered |
| nicotine (COMMIT) lozenge 4 mg | 4 mg, MT, Q4H PRN | Ordered |
| sennosides (SENOKOT) tablet 17.2 mg | 17.2 mg, PO, Nightly PRN | Ordered |
| traZODone (DESYREL) tablet 50 mg | 50 mg, PO, Nightly PRN | Ordered |

FILED
ROBERT M. SPEARS
SEP 10 2026
CLERK OF THE CIRCUIT COURT
PEORIA COUNTY, ILLINOIS

2026 CM 448

| | | |
|---|---|---|
| **JOHNSON, STERLING L** | SO 00090326 | DL IL-J52579278039 |
| a.k.a. JOHNSON, S | DOB 02/08/1978 | SSN 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 |
| | Desc B M 6'3" 273 | State IIL-IL34469130 |
| | Person ID 109175;157633;17 | Party ID 54788 |

| | | | | | |
|---|---|---|---|---|---|
| **2603264** | Booked 05/27/2026 | Released | Days Confined 2 | | |
| | FAILURE TO APPEAR | | | (L) | 05/27/2026 |
| **2601970** | Booked 03/31/2026 | Released 04/01/2026 | Days Confined 2 | | |
| | BATTERY-bodily harm | | | (A) | 03/31/2026 |
| **2601827** | Booked 03/24/2026 | Released 03/26/2026 | Days Confined 3 | | |
| | FAILURE TO APPEAR | | | (L) | 03/24/2026 |
| **2600773** | Booked 02/06/2026 | Released 02/06/2026 | Days Confined 1 | | |
| | DRIVING ON SUSPENDED LICENSE | | | (A) | 02/06/2026 |
| | IMPROPER TRAFFIC LANE USAGE | | | (P) | 02/06/2026 |
| **2404775** | Booked 08/11/2024 | Released 08/13/2024 | Days Confined 3 | | |
| | HOLD DEPT CORRECTIONS | | | (L) | 08/11/2024 |
| **2402511** | Booked 05/04/2024 | Released 05/04/2024 | Days Confined 1 | | |
| | BATTERY-bodily harm | | | (A) | 05/03/2024 |
| **2402339** | Booked 04/25/2024 | Released 04/26/2024 | Days Confined 2 | | |
| | FAILURE TO APPEAR | | | (L) | 04/25/2024 |
| **2400942** | Booked 02/19/2024 | Released 02/20/2024 | Days Confined 2 | | |
| | RETAIL THEFT<$300/PRECONV | | | (A) | 02/19/2024 |
| **1603645** | Booked 05/16/2016 | Released 09/27/2018 | Days Confined 865 | | |
| | HOME INVASION/FIREARM | | | (X) | 05/16/2016 |
| | UNLAWFUL POSSESSION OF WEAPON BY A FELON | | | (3) | 05/16/2016 |
| | POSSESSION OF A STOLEN FIREARM | | | (2) | 05/16/2016 |
| **1603144** | Booked 04/27/2016 | Released 04/27/2016 | Days Confined 1 | | |
| | CRIM TRESPASS TO STATE LAND | | | (A) | 04/27/2016 |

FILED
ROBERT M. SPEARS
SEP 10 2026
CLERK OF THE CIRCUIT COURT
PEORIA COUNTY, ILLINOIS

| | | |
|---|---|---|
| **JOHNSON, STERLING L** | SO 00090326 | DL IL-J52579278039 |
| a.k.a. JOHNSON, S | DOB 02/08/1978 | SSN 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 |
| | Desc B M 6'3" 273 | State IIL-IL34469130 |
| | Person ID 109175;157633;17 | Party ID 54788 |

**1403825** Booked 05/20/2014 Released 09/18/2014 Days Confined 122

| | | |
|---|---|---|
| AGGRAVATED ASSAULT CORR/PROBATION OFF | (4) | 05/20/2014 |
| CRIM TRESPASS TO STATE LAND | (A) | 05/20/2014 |
| AGG INTIMIDATION CORR EMPLOYEE | (2) | 05/20/2014 |
| HOLD DEPT CORRECTIONS | (L) | 05/21/2014 |

**071560734** Booked 07/24/2007 Released 09/27/2007 Days Confined 66

| | | |
|---|---|---|
| AGG BATTERY/GREAT BODILY HARM | (3) | 07/24/2007 |
| MISD ESCAPE/PEACE OFFICER | (A) | 07/24/2007 |
| RESIST/PEACE OFFICER/CORR EMP | (A) | 07/24/2007 |

**07155159X** Booked 07/04/2007 Released 07/05/2007 Days Confined 2

| | | |
|---|---|---|
| CRIM TRESPASS TO STATE LAND | (A) | 07/04/2007 |

**071468951** Booked 12/27/2006 Released 06/09/2007 Days Confined 165

| | | |
|---|---|---|
| FAILURE TO APPEAR | (L) | 12/27/2006 |
| FAILURE TO APPEAR | (L) | 12/27/2006 |
| FAILURE TO APPEAR | (L) | 12/27/2006 |
| FAILURE TO APPEAR | (L) | 12/27/2006 |
| FAILURE TO APPEAR | (L) | 12/27/2006 |
| FAILURE TO APPEAR | (L) | 12/27/2006 |
| FAILURE TO APPEAR | (L) | 12/27/2006 |
| FAILURE TO APPEAR | (L) | 12/27/2006 |
| FAILURE TO APPEAR | (L) | 12/27/2006 |
| CRIMINAL TRESPASS TO LAND | (B) | 12/27/2006 |
| RESIST/PEACE OFFICER/CORR EMP | (A) | 12/27/2006 |
| CRIM TRES TO RES/PERS PRESENT | (4) | 12/27/2006 |

**071451641** Booked 11/10/2006 Released 11/11/2006 Days Confined 2

| | | |
|---|---|---|
| OBSTRUCTING AN OFFICER | (A) | 11/10/2006 |
| FAILURE TO APPEAR | (L) | 11/10/2006 |
| FAILURE TO APPEAR | (L) | 11/10/2006 |
| RESIST/PEACE OFFICER/CORR EMP | (A) | 11/10/2006 |

**071442286** Booked 10/21/2006 Released 10/21/2006 Days Confined 1

| | | |
|---|---|---|
| CRIMINAL TRESPASS TO LAND | (B) | 10/20/2006 |

**071411739** Booked 08/21/2006 Released 08/28/2006 Days Confined 8

| | | |
|---|---|---|
| AGG BATTERY/GREAT BODILY HARM | (3) | 08/21/2006 |
| MOB ACTION/VIOLENCE | (4) | 08/21/2006 |
| FAILURE TO APPEAR | (L) | 08/21/2006 |
| FAILURE TO APPEAR | (L) | 08/21/2006 |
| FAILURE TO APPEAR | (L) | 08/21/2006 |
| FAILURE TO APPEAR | (L) | 08/21/2006 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | OPERATE UNINSURED MTR VEHICLE | | | | (U) | 08/21/2006 |
| | DRIVING ON SUSPENDED LICENSE | | | | (A) | 08/21/2006 |
| | HEAD/TAIL/SIDELIGHT/1ST,2ND | | | | (P) | 08/21/2006 |
| | RECKLESS DRIVING | | | | (A) | 08/21/2006 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **071404856** | Booked 08/07/2006 | Released 08/07/2006 | Days Confined 1 | | | |
| | FAILURE TO APPEAR | | | | (L) | 08/07/2006 |
| | FAILURE TO APPEAR | | | | (L) | 08/07/2006 |
| | FAILURE TO APPEAR | | | | (L) | 08/07/2006 |
| | FAILURE TO APPEAR | | | | (L) | 08/07/2006 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **071395555** | Booked 07/22/2006 | Released 07/22/2006 | Days Confined 1 | | | |
| | OBSTRCT JUSTICE/INDUCE WITNESS | | | | (4) | 07/21/2006 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **071394540** | Booked 07/20/2006 | Released 07/20/2006 | Days Confined 1 | | | |
| | DRIVING ON SUSPENDED LICENSE | | | | (A) | 07/20/2006 |

**JOHNSON, STERLING L** a.k.a. JOHNSON, S

SO 00090326 DL IL-J52579278039

DOB 02/08/1978 SSN 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

Desc B M 6'3" 273 State IIL-IL34469130

Person ID 109175;157633;1; Party ID 54788

| | | | |
|---|---|---|---|
| **071386696** | Booked 07/05/2006 Released 07/05/2006 Days Confined 1 | | |
| | IMPROPER TRAFFIC LANE USAGE | (P) | 07/05/2006 |
| | DRIVING ON SUSPENDED LICENSE | (A) | 07/05/2006 |
| | OPERATE UNINSURED MTR VEHICLE | (U) | 07/05/2006 |
| **07133713X** | Booked 03/26/2006 Released 04/19/2006 Days Confined 25 | | |
| | RESIST/PEACE OFFICER/CORR EMP | (A) | 03/26/2006 |
| | AGG BTRY/OFFICER/EMPL/GOVT | (3) | 03/26/2006 |
| | DISORDERLY CONDUCT | (C) | 03/26/2006 |
| | FELON POSS/USE WEAPON/FIREARM | (3) | 03/26/2006 |
| | FIREARM W/O VALID FOID/ELIG | (A) | 03/26/2006 |
| | OBSTRUCTING AN OFFICER | (A) | 03/26/2006 |
| | FAILURE TO APPEAR | (L) | 03/26/2006 |
| | FAILURE TO APPEAR | (L) | 03/26/2006 |
| **071325263** | Booked 03/02/2006 Released 03/02/2006 Days Confined 1 | | |
| | FAILURE TO APPEAR | (L) | 03/02/2006 |
| | FAILURE TO APPEAR | (L) | 03/02/2006 |
| | FAILURE TO APPEAR | (L) | 03/02/2006 |
| | FAILURE TO APPEAR | (L) | 03/02/2006 |
| **071305858** | Booked 01/23/2006 Released 01/24/2006 Days Confined 2 | | |
| | DRIVING ON SUSPENDED LICENSE | (A) | 01/23/2006 |
| | OPERATE UNINSURED MTR VEHICLE | (U) | 01/23/2006 |
| **071285520** | Booked 12/10/2005 Released 12/10/2005 Days Confined 1 | | |
| | DRIVING ON SUSPENDED LICENSE | (A) | 12/10/2005 |
| **071264418** | Booked 10/24/2005 Released 10/26/2005 Days Confined 3 | | |
| | POSS AMT CON SUB EXCEPT(A)/(D) | (4) | 10/24/2005 |
| | OBSTRUCTING AN OFFICER | (A) | 10/24/2005 |
| | OPERATE UNINSURED MTR VEHICLE | (U) | 10/24/2005 |
| | DRIVING ON SUSPENDED LICENSE | (A) | 10/24/2005 |
| **071262423** | Booked 10/20/2005 Released 10/20/2005 Days Confined 1 | | |
| | OPERATE UNINSURED MTR VEHICLE | (U) | 10/20/2005 |
| | DRIVING ON SUSPENDED LICENSE | (A) | 10/20/2005 |
| | DISP REGIS PLATE/DECAL/1ST,2ND | (P) | 10/20/2005 |
| **071233466** | Booked 08/25/2005 Released 08/26/2005 Days Confined 2 | | |
| | HOME INVASION/ARMED/FORCE | (X) | 08/25/2005 |
| | FELON POSS/USE WEAPON/FIREARM | (3) | 08/25/2005 |
| **071209751** | Booked 07/12/2005 Released 07/12/2005 Days Confined 1 | | |
| | FAILURE TO APPEAR | (L) | 07/12/2005 |

| | | | |
|---|---|---|---|
| **071183353** | Booked 05/21/2005 Released 05/21/2005 Days Confined 1 | | |
| | RECKLESS DRIVING | (A) | 05/21/2005 |
| | DISREG OFFL TRAFFIC-CON DEVICE | (P) | 05/21/2005 |
| | FAIL OBEY STOP SIGN | (P) | 05/21/2005 |

**JOHNSON, STERLING L** SO 00090326 DL IL-J52579278039

a.k.a. JOHNSON, S DOB 02/08/1978 SSN 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

Desc B M 6'3" 273 State IIL-IL34469130

Person ID 109175;157633;17 Party ID 54788

| | | | |
|---|---|---|---|
| **071169210** | Booked 04/20/2005 Released 04/22/2005 Days Confined 3 | | |
| | AGG DISCHARGE FIREARM/OCC VEH | (1) | 04/20/2005 |
| | FELON POSS/USE WEAPON/FIREARM | (3) | 04/20/2005 |

| | | | |
|---|---|---|---|
| **07112506X** | Booked 01/13/2005 Released 01/13/2005 Days Confined 1 | | |
| | FAILURE TO APPEAR | (L) | 01/13/2005 |

| | | | |
|---|---|---|---|
| **071006788** | Booked 04/24/2004 Released 04/28/2004 Days Confined 5 | | |
| | PAROLE HOLD | (L) | 04/24/2004 |
| | POSSESS DRUG PARAPHERNALIA | (A) | 04/24/2004 |

| | | | |
|---|---|---|---|
| **070844127** | Booked 05/10/2003 Released 05/15/2003 Days Confined 6 | | |
| | POSS CANNABIS/30-500 GRAM/1ST | (4) | 05/09/2003 |
| | CAS DEL CAN/30-500 GRAMS/1ST | (4) | 05/09/2003 |
| | FELON POSS/USE WEAPON/FIREARM | (3) | 05/09/2003 |
| | HOLD DEPT CORRECTIONS | (L) | 05/09/2003 |

| | | |
|---|---|---|
| **070006768** | Booked 08/28/1998 Released 01/07/1999 Days Confined 133 | |
| | VIO PROBATION | (L) |
| | AGG DISCHARGE FIREARM/OCC BLDG | (1) |
| | AGG ASSAULT/CORRECTIONAL OFF | (4) |
| | KNOWINGLY DAMAGE PROP<$300 | (A) |
| | AGG BATTERY/PEACE OFF/FIREMAN | (3) |

| | | |
|---|---|---|
| **069989818** | Booked 07/21/1998 Released 08/07/1998 Days Confined 18 | |
| | MURDER/OTHER FORCIBLE FELONY | (M) |
| | MURDER/OTHER FORCIBLE FELONY | (M) |
| | FELON POSS/USE WEAPON/FIREARM | (3) |
| | AGG BATTERY/GREAT BODILY HARM | (3) |
| | AGG BATTERY/GREAT BODILY HARM | (3) |
| | MOB ACTION/VIOLENCE | (4) |
| | INTIMIDATION/PHYSICAL HARM | (3) |
| | AGG DISCHARGE FIREARM/OCC BLDG | (1) |
| | AGG BATTERY W/FIREARM/PERSON | (X) |
| | AGG DISCHARGE FIREARM/OCC VEH | (1) |
| | AGG BATTERY/GREAT BODILY HARM | (3) |
| | AGG BATTERY/WEAPON/NO FIREARM | (3) |
| | FELON POSS/USE WEAPON/FIREARM | (3) |

| | | |
|---|---|---|
| **069982961** | Booked 07/09/1998 Released 07/09/1998 Days Confined 1 | |
| | CRIMINAL TRESPASS TO LAND | (B) |
| | DISORDERLY CONDUCT | (C) |

| | | |
|---|---|---|
| **069949689** | Booked 05/07/1998 Released 06/24/1998 Days Confined 49 | |
| | AGG DISCHARGE FIREARM/OCC VEH | (1) |

| | | |
|---|---|---|
| | FAILURE TO APPEAR | (L) |
| | DRIVING ON REVOKED LICENSE | (A) |
| | OPERATE UNINSURED MTR VEHICLE | (U) |
| | OPERATE UNINSURED MTR VEHICLE | (U) |

| | | |
|---|---|---|
| **069943672** | Booked 04/24/1998 Released 04/24/1998 Days Confined 1 | |
| | FAILURE TO APPEAR | (L) |
| | CRIM TRESPASS TO STATE LAND | (A) |
| | DRIVING ON REVOKED LICENSE | (A) |
| | FAIL YIELD R-WAY/EMER ALLEY | (P) |

| | | |
|---|---|---|
| **06994234X** | Booked 04/21/1998 Released 04/21/1998 Days Confined 1 | |
| | FAILURE TO APPEAR | (L) |

| | | | |
|---|---|---|---|
| **JOHNSON, STERLING L** | SO 00090326 | DL IL-J52579278039 | |
| a.k.a. JOHNSON, ST | DOB 02/08/1978 | SSN 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 | |
| | Desc B M 6'3" 273 | State IIIL-IL34469130 | |
| | Person ID 109175;157633;17: | Party ID 54788 | |

| | | | |
|---|---|---|---|
| **069936137** | Booked 04/09/1998 Released 04/09/1998 | Days Confined 1 | |
| | CRIM TRESPASS REMAIN ON LAND | | (B) |
| **069932115** | Booked 04/01/1998 Released 04/01/1998 | Days Confined 1 | |
| | FAILURE TO APPEAR | | (L) |
| **06992435X** | Booked 03/16/1998 Released 03/16/1998 | Days Confined 1 | |
| | DISREG OFFL TRAFFIC-CON DEVICE | | (P) |
| | DRIVING REVOKED/SUSPENDED 2ND+ | | (4) |
| | OPERATE UNINSURED MTR VEHICLE | | (U) |
| **069922357** | Booked 03/11/1998 Released 03/11/1998 | Days Confined 1 | |
| | CRIM TRESPASS TO STATE LAND | | (A) |
| | FAILURE TO APPEAR | | (L) |
| **069903972** | Booked 02/02/1998 Released 02/02/1998 | Days Confined 1 | |
| | DRIVING ON REVOKED LICENSE | | (A) |
| | UNSAFE EQUIPMENT/1ST & 2ND | | (P) |
| | OPERATE UNINSURED MTR VEHICLE | | (U) |
| | AGG DISCH FIR/VEH/PC OFF/FRMAN | | (X) |
| | AGG BATTERY/GREAT BODILY HARM | | (3) |
| | AGG BATTERY/GREAT BODILY HARM | | (3) |
| | FELON POSS/USE WEAPON/FIREARM | | (3) |
| | DEFACE FIREARM ID MARKINGS | | (2) |
| **069890293** | Booked 01/05/1998 Released 01/05/1998 | Days Confined 1 | |
| | CRIM TRESPASS TO STATE LAND | | (A) |
| **069805814** | Booked 07/13/1997 Released 12/10/1997 | Days Confined 151 | |
| | OBSTRCT JUSTICE/INDUCE WITNESS | | (4) |
| | MURDER/STRONG PROB KILL/INJURE | | (M) |
| | AGG BATTERY W/FIREARM/PERSON | | (X) |
| | AGG DISCHARGE FIREARM/OCC VEH | | (1) |
| | MOB ACTION/FORCE/2+ PERSONS | | (4) |
| **069804656** | Booked 07/11/1997 Released 07/11/1997 | Days Confined 1 | |
| | MOB ACTION/VIOLENCE | | (4) |
| | AGG BATTERY/GREAT BODILY HARM | | (3) |
| **069767378** | Booked 04/29/1997 Released 04/29/1997 | Days Confined 1 | |
| | CRIM TRESPASS TO STATE LAND | | (A) |
| **06974291X** | Booked 03/10/1997 Released 04/20/1997 | Days Confined 42 | |
| | AGG BATTERY/GREAT BODILY HARM | | (3) |
| | FAILURE TO APPEAR | | (L) |
| | DRIVING ON SUSPENDED LICENSE | | (A) |

| | | |
|---|---|---|
| **JOHNSON, STERLING L** | SO 00090326 | DL IL-J52579278039 |
| *a.k.a.* JOHNSON, ST | DOB 02/08/1978 | SSN 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 |
| | Desc B M 6'3" 273 | State IIIL-IL34469130 |
| | Person ID 109175;157633;17; | Party ID 54788 |

| | | |
|---|---|---|
| **069738238** | Booked 03/01/1997 Released 03/01/1997 Days Confined 1 | |
| | FAILURE TO APPEAR | (L) |
| | DRIVING ON SUSPENDED LICENSE | (A) |
| **069727317** | Booked 02/07/1997 Released 02/07/1997 Days Confined 1 | |
| | FAIL RIGHT-OF-WAY/INTERSECTION | (P) |
| | UNLICENSED | (P) |
| | FAILURE TO APPEAR | (L) |
| **069719012** | Booked 01/22/1997 Released 01/24/1997 Days Confined 3 | |
| | DRIVING ON SUSPENDED LICENSE | (A) |
| | VEHICLE THEFT CONSPIRACY/1ST | (3) |
| **069712352** | Booked 01/07/1997 Released 01/07/1997 Days Confined 1 | |
| | CRIM TRESPASS TO STATE LAND | (A) |
| **069709068** | Booked 12/31/1996 Released 01/01/1997 Days Confined 2 | |
| | FIREARM W/O VALID FOID/ELIG | (A) |
| | FELON POSS/USE WEAPON/FIREARM | (3) |
| **069705976** | Booked 12/23/1996 Released 12/23/1996 Days Confined 1 | |
| | FAILURE TO APPEAR | (L) |
| **069664404** | Booked 10/01/1996 Released 11/05/1996 Days Confined 36 | |
| | MURDER/OTHER FORCIBLE FELONY | (M) |
| | MOB ACTION/VIOLENCE | (4) |
| | AGG BATTERY W/FIREARM/PERSON | (X) |
| | AGG DISCHARGE FIREARM/OCC VEH | (1) |
| | AGG BATTERY W/FIREARM/PERSON | (X) |
| | AGG ASSAULT/DEADLY WEAPON | (A) |
| | AGG ASSAULT/DEADLY WEAPON | (A) |
| | CARRY/POSSESS CONCEALED GUN | (4) |
| | AGG DISCHARGE FIREARM/OCC VEH | (1) |
| | AGG BATTERY/WEAPON/NO FIREARM | (3) |
| | AGG BATTERY/GREAT BODILY HARM | (3) |
| | CARRY/POSSESS FIREARM/1ST | (4) |
| | FAILURE TO APPEAR | (L) |
| **069650527** | Booked 09/06/1996 Released 09/06/1996 Days Confined 1 | |
| | FAILURE TO APPEAR | (L) |
| **069645485** | Booked 08/27/1996 Released 08/27/1996 Days Confined 1 | |
| | FAILURE TO APPEAR | (L) |
| **069628009** | Booked 07/27/1996 Released 07/27/1996 Days Confined 1 | |
| | CRIM TRESPASS TO STATE LAND | (A) |

**JOHNSON, STERLING L** SO 00090326 DL IL-J52579278039

a.k.a. JOHNSON, S DOB 02/08/1978 SSN 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

Desc B M 6'3" 273 State IIL-IL34469130

Person ID 109175;157633;17 Party ID 54788

| | | | |
|---|---|---|---|
| **069617201** | Booked 07/07/1996 Released 07/07/1996 Days Confined 1 | | |
| | DISORDERLY CONDUCT | (C) | |
| | AGG ASSAULT/DEADLY WEAPON | (A) | |
| **069588775** | Booked 05/14/1996 Released 05/15/1996 Days Confined 2 | | |
| | HOLD FOR OTHER AGENCY | (L) | |
| | CRIM TRESPASS TO STATE LAND | (A) | |
| | OBSTRCT JUSTICE/INDUCE WITNESS | (4) | |
| **069586772** | Booked 05/10/1996 Released 05/10/1996 Days Confined 1 | | |
| | UNLICENSED | (P) | |
| | OPERATE UNINSURED MTR VEHICLE | (U) | |
| **069581096** | Booked 04/28/1996 Released 04/28/1996 Days Confined 1 | | |
| | UNLAWFUL USE OF WEAPONS | (O) | |
| | FIREARM W/O VALID FOID/ELIG | (A) | |
| **069576181** | Booked 04/18/1996 Released 04/18/1996 Days Confined 1 | | |
| | CRIM TRESPASS TO STATE LAND | (A) | |
| **06957068X** | Booked 04/07/1996 Released 04/07/1996 Days Confined 1 | | |
| | FAILURE TO APPEAR | (L) | |
| **069501548** | Booked 11/04/1995 Released 02/21/1996 Days Confined 110 | | |
| | MURDER/OTHER FORCIBLE FELONY | (M) | |
| | AGG DISCHARGE FIREARM/OCC BLDG | (1) | |
| | CARRY/POSS CONCEALED GUN/2ND | (3) | |
| | AGG BATTERY W/FIREARM/PERSON | (X) | |
| | AGG BATTERY W/FIREARM/PERSON | (X) | |
| | AGG DISCHARGE FIREARM/OCC VEH | (1) | |
| | FAILURE TO APPEAR | (L) | |
| **069488126** | Booked 10/07/1995 Released 10/07/1995 Days Confined 1 | | |
| | DISORDERLY CONDUCT | (C) | |
| **069480214** | Booked 09/20/1995 Released 09/20/1995 Days Confined 1 | | |
| | OPERATE UNINSURED MTR VEHICLE | (U) | |
| | DRIVING 15-20 MPH ABOVE LIMIT | (P) | |
| | UNLICENSED | (P) | |
| **069472092** | Booked 09/03/1995 Released 09/03/1995 Days Confined 1 | | |
| | FAILURE TO APPEAR | (L) | |

**JOHNSON, STERLING L** SO 00090326 DL IL-J52579278039
*a.k.a.* JOHNSON, S DOB 02/08/1978 SSN 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
Desc B M 6'3" 273 State IIL-IL34469130
Person ID 109175;157633;17 Party ID 54788

| | | | |
|---|---|---|---|
| **069417237** | Booked 06/09/1995 | Released 06/15/1995 | Days Confined 7 |
| | FAILURE TO APPEAR | (L) | |
| | FAILURE TO APPEAR | (L) | |
| | FAILURE TO APPEAR | (L) | |

| | | | |
|---|---|---|---|
| **069417180** | Booked 06/09/1995 | Released 06/09/1995 | Days Confined 1 |
| | FAILURE TO APPEAR | (L) | |
| | FAILURE TO APPEAR | (L) | |
| | FAILURE TO APPEAR | (L) | |

| | | | |
|---|---|---|---|
| **069245401** | Booked 05/29/1994 | Released 05/29/1994 | Days Confined 1 |
| | THEFT/STOLEN/<$300 | (A) | |

**JOHNSON, STERLING L,** SO 00167427 DL IL-J52579294326
*a.k.a.* JOHNSON, STEF DOB 11/16/1994 SSN 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
Desc B M 5'10" 265 State IIL-IL19503411
Person ID 90494 Party ID 1342738

| | | | | |
|---|---|---|---|---|
| **1705668** | Booked 08/07/2017 | Released 08/07/2017 | Days Confined 1 | |
| | HOLD FOR OTHER AGENCY | (L) | 08/07/2017 | |

| | | | | |
|---|---|---|---|---|
| **1609606** | Booked 12/29/2016 | Released 12/29/2016 | Days Confined 1 | |
| | HOLD FOR OTHER AGENCY | (L) | 12/28/2016 | |

2026 CM 4451 9-11-2023 Based

FILED
ROBERT M. SPEARS
SEP 10 2026
CLERK OF THE CIRCUIT COURT
PEORIA COUNTY, ILLINOIS

**Immunocompromised individuals 6 months through 11 years of age:**
Additional doses of Moderna COVID-19 Vaccine may be administered. For more information, talk to your child's healthcare provider.

**WHO SHOULD NOT GET MODERNA COVID-19 VACCINE?**
Your child should not get Moderna COVID-19 Vaccine if your child had:

- a severe allergic reaction after a previous dose of any Moderna COVID-19 vaccine.
- a severe allergic reaction to any ingredient in these vaccines.

**WHAT ARE THE INGREDIENTS IN THIS VACCINE?**
Moderna COVID-19 Vaccine contains the following ingredients: messenger ribonucleic acid (mRNA), lipids (SM-102, polyethylene glycol [PEG] 2000 dimyristoyl glycerol [DMG], cholesterol, and 1,2-distearoyl-sn-glycero-3-phosphocholine [DSPC]), tromethamine, tromethamine hydrochloride, acetic acid, sodium acetate trihydrate, and sucrose.

**HAS THIS VACCINE BEEN USED BEFORE?**
Millions of individuals 6 months of age and older have received a Moderna COVID-19 vaccine under EUA. In clinical trials, approximately 5,000 individuals 6 months through 5 years of age, 4,000 individuals 6 years through 11 years of age, and 30,000 individuals 12 years of age and older have received at least 1 dose of Moderna COVID-19 Vaccine (Original monovalent).[4]

**WHAT ARE THE BENEFITS OF MODERNA COVID-19 VACCINE?**
FDA has authorized Moderna COVID-19 Vaccine to provide protection against COVID-19.

The duration of protection against COVID-19 is currently unknown.

**WHAT ARE THE RISKS OF MODERNA COVID-19 VACCINE?**
There is a remote chance that the vaccine could cause a severe allergic reaction. A severe allergic reaction would usually occur within a few minutes to one hour after getting a dose. For this reason, the vaccination provider may ask your child to stay at the place where your child received the vaccine for monitoring after vaccination. Signs of a severe allergic reaction can include:

- Difficulty breathing
- Swelling of the face and throat
- A fast heartbeat
- A bad rash all over the body
- Dizziness and weakness

Myocarditis (inflammation of the heart muscle) and pericarditis (inflammation of the lining outside the heart) have occurred in some people who have received mRNA COVID-19 vaccines, including Moderna COVID-19 Vaccine. Myocarditis and pericarditis following administration of mRNA COVID-19 vaccines have occurred most commonly in males 12 years through 24 years of age. In most of these people, symptoms began within a week following vaccination. Based on available

---

[4] Moderna COVID-19 Vaccine (Original monovalent) refers to Moderna COVID-19 Vaccine that encodes the spike protein of only the Original SARS-CoV-2. This vaccine is no longer authorized for use in the United States.

data, estimated rates of myocarditis and/or pericarditis from 1 through 7 days after getting a dose of the 2023-2024 Formula of mRNA COVID-19 vaccines were approximately 8 cases per million doses in people 6 months through 64 years of age and approximately 27 cases per million doses in males 12 years through 24 years of age.

In most people who have had myocarditis or pericarditis after receiving an mRNA COVID-19 vaccine, symptoms have gone away a few days after receiving treatment with medicines used to reduce inflammation.

In a study, follow-up information was collected on people who developed myocarditis after receiving the original formula of a COVID-19 vaccine; most people had received an mRNA COVID-19 vaccine. Some people in the study reported having heart symptoms approximately 3 months after developing myocarditis. Some people in the study had heart MRIs (scans that show detailed images of the heart muscle) initially after developing myocarditis and again approximately 5 months later. The initial and follow-up heart MRIs commonly showed signs of injury to the heart muscle, with improvement over time in most people. It is not known if these heart MRI findings might predict long-term heart effects of myocarditis. Studies are underway to find out if there are long-term heart effects in people who have had myocarditis after receiving an mRNA COVID-19 vaccine.

You should seek medical attention right away if your child has any of the following symptoms after receiving Moderna COVID-19 Vaccine, particularly during the 2 weeks after your child receives a dose of the vaccine:

- Chest pain
- Shortness of breath or difficulty breathing
- Feelings of having a fast-beating, fluttering, or pounding heart

These could be symptoms of myocarditis or pericarditis.

Additional symptoms, particularly in children, may include:

- Fainting
- Unusual and persistent irritability
- Unusual and persistent poor feeding
- Unusual and persistent fatigue or lack of energy
- Persistent vomiting
- Persistent pain in the abdomen
- Unusual and persistent cool, pale skin

Side effects that have been reported in clinical trials with Moderna COVID-19 vaccines include:

- Injection site reactions: pain, tenderness and swelling of the lymph nodes in the same arm of the injection or in the groin, swelling (hardness), and redness
- General side effects: fatigue, headache, muscle pain, joint pain, chills, nausea and vomiting, fever, rash, irritability/crying, sleepiness, and loss of appetite

2026 CM 448

FILED
ROBERT M. SPEARS
SEP 10 2026
CLERK OF THE CIRCUIT COURT
PEORIA COUNTY, ILLINOIS

FDA NEWS RELEASE

# Coronavirus (COVID-19) Update: FDA Authorizes Changes to Simplify Use of Bivalent mRNA COVID-19 Vaccines

More Press Announcements (/news-events/newsroom/press-announcements)

**For Immediate Release:**

April 18, 2023

Español (/news-events/press-announcements/actualizacion-sobre-el-coronavirus-covid-19-la-fda-autoriza-cambios-para-simplificar-el-uso-de)

Today, the U.S. Food and Drug Administration amended the emergency use authorizations (EUAs) of the Moderna and Pfizer-BioNTech COVID-19 bivalent mRNA vaccines to simplify the vaccination schedule for most individuals. This action includes authorizing the current bivalent vaccines (original and omicron BA.4/BA.5 strains) to be used for all doses administered to individuals 6 months of age and older, including for an additional dose or doses for certain populations. The monovalent Moderna and Pfizer-BioNTech COVID-19 vaccines are no longer authorized for use in the United States.

**What You Need to Know:**

- **Most individuals, depending on age, previously vaccinated with a monovalent COVID-19 vaccine** who have not yet received a dose of a bivalent vaccine may receive a single dose of a bivalent vaccine.
- **Most individuals who have already received a single dose of the bivalent vaccine** are not currently eligible for another dose. The FDA intends to make decisions about future vaccination after receiving recommendations on the fall strain composition at an FDA advisory committee in June.
- **Individuals 65 years of age and older who have received a single dose of a bivalent vaccine** may receive one additional dose at least four months following their initial bivalent dose.
- **Most individuals with certain kinds of immunocompromise who have received a bivalent COVID-19 vaccine** may receive a single additional dose of a bivalent COVID-19 vaccine at least 2 months following a dose of a bivalent COVID-19 vaccine, and additional doses may be administered at the discretion of, and at intervals determined by, their healthcare provider. However, for immunocompromised individuals 6 months through 4 years of age, eligibility for additional doses will depend on the vaccine previously received.
- **Most unvaccinated individuals** may receive a single dose of a bivalent vaccine, rather than multiple doses of the original monovalent mRNA vaccines.
- **Children 6 months through 5 years of age who are unvaccinated** may receive a two-dose series of the Moderna bivalent vaccine (6 months through 5 years of age) OR a three-dose series of the Pfizer-BioNTech bivalent vaccine (6 months through 4 years of age). Children who are 5 years of age may receive two doses of the Moderna bivalent vaccine or a single dose of the Pfizer-BioNTech bivalent vaccine.
- **Children 6 months through 5 years of age who have received one, two or three doses of a monovalent COVID-19 vaccine** may receive a bivalent vaccine, but the number of doses that they receive will depend on the vaccine and their vaccination history.

Feedback

**"At this stage of the pandemic, data support simplifying the use of the authorized mRNA bivalent COVID-19 vaccines and the agency believes that this approach will help encourage future vaccination," said Peter Marks, M.D., Ph.D., director of the FDA's Center for Biologics Evaluation and Research. "Evidence is now available that most of the U.S. population 5 years of age and older has antibodies to SARS-CoV-2, the virus that causes COVID-19, either from vaccination or infection that can serve as a foundation for the protection provided by the bivalent vaccines. COVID-19 continues to be a very real risk for many people, and we encourage individuals to consider staying current with vaccination, including with a bivalent COVID-19 vaccine. The available data continue to demonstrate that vaccines prevent the most serious outcomes of COVID-19, which are severe illness, hospitalization, and death."**

Available data show that almost all of the U.S. population 5 years of age and older now have antibodies as a result of either vaccination or infection against SARS-CoV-2. The use of bivalent COVID-19 vaccines for all doses administered to individuals 6 months of age and older is supported by the data described below, as well as post-marketing data, including real-world data, with the monovalent and bivalent mRNA COVID-19 vaccines, which have been administered to millions of people, including young children. A second bivalent dose for individuals 65 years of age and older is supported by data showing the waning of immunity in this population over time and its restoration by an additional dose. Additionally, based on evidence from studies conducted previously, immunocompromised individuals may require additional doses.

**Moderna COVID-19 Vaccine, Bivalent**

The safety and effectiveness of Moderna COVID-19 Vaccine, Bivalent is based on FDA's previous analyses of clinical trials data of monovalent Moderna COVID-19 Vaccine in individuals 6 months of age and older and an investigational bivalent Moderna COVID-19 vaccine (original and omicron BA.1) in individuals 18 years of age and older.

In addition, effectiveness of a single dose is supported by the FDA's analysis of immune response data from clinical studies in which 145 individuals 6 years of age and older who had evidence of prior SARS-CoV-2 infection and 1,376 individuals 6 years of age and older without evidence of prior SARS-CoV-2 infection had received two doses of monovalent Moderna COVID-19 Vaccine. The immune response after one dose of vaccine among participants with evidence of prior infection was comparable to the immune response after two doses among participants without evidence of prior infection.

The data accrued with the investigational bivalent Moderna COVID-19 vaccine (original and omicron BA.1) and with the monovalent Moderna COVID-19 Vaccine are relevant to the Moderna COVID-19 Vaccine, Bivalent because these vaccines are manufactured using the same process.

**Pfizer-BioNTech COVID-19 Vaccine, Bivalent**

The safety and effectiveness of Pfizer-BioNTech COVID-19 Vaccine, Bivalent is based on the FDA's previous analyses of clinical trials data of monovalent Pfizer-BioNTech COVID-19 Vaccine for use in individuals 6 months of age and older, an investigational bivalent Pfizer-BioNTech COVID-19 vaccine (original and omicron BA.1) in individuals greater than 55 years of age, as well as safety data with Pfizer-BioNTech COVID-19 Vaccine, Bivalent (original and omicron BA.4/BA.5) in individuals 6 months of age and older and immune response data in individuals 6 months through 4 years of age.

In addition, effectiveness of a single dose is supported by observational data from England on the effectiveness of one dose of monovalent Pfizer-BioNTech COVID-19 Vaccine. Among individuals 12 to 17 years of age who had received only one dose of Pfizer-BioNTech COVID-19 Vaccine, those who had evidence of previous infection with alpha, delta or omicron variants had increased protection against symptomatic omicron infection compared with those with no evidence of previous infection.

The data accrued with the investigational Pfizer-BioNTech bivalent COVID-19 vaccine (original and omicron BA.1) and with the monovalent Pfizer-BioNTech COVID-19 Vaccine are relevant to the Pfizer-BioNTech COVID-19 Vaccine, Bivalent because these vaccines are manufactured using the same process.

With today's authorizations, the fact sheets have been updated and consolidated for the Moderna COVID-19 Vaccine, Bivalent and the Pfizer-BioNTech COVID-19 Vaccine, Bivalent. Each vaccine now has one fact sheet for healthcare providers and one fact sheet for recipients and caregivers, rather than different fact sheets for the various authorized age groups.

**Vaccines and Related Biological Products Advisory Committee**

Today's authorizations follow discussions that occurred during a meeting with the FDA's Vaccines and Related Biological Products Advisory Committee (VRBPAC) on Jan. 26. At that time, by a unanimous vote, the committee recommended harmonizing the strain composition of COVID-19 vaccines used in the U.S. There was also support for simplifying the vaccine dosing schedule.

In June, the FDA will hold a meeting of its VRBPAC to discuss the strain composition of the COVID-19 vaccines for fall of 2023. Much like the FDA does yearly with the influenza vaccines, the agency will seek input from the committee on which SARS-CoV-2 variants and lineages are most likely to circulate in the upcoming year. Once the specific strains are selected for the COVID-19 vaccines, the FDA expects manufacturers to make updated formulations of the vaccines for availability this fall.

The amendments to the EUAs were issued to ModernaTX Inc. and Pfizer Inc.

## Related Information

- Pfizer-BioNTech COVID-19 Vaccines (https://www.fda.gov/emergency-preparedness-and-response/coronavirus-disease-2019-covid-19/comirnaty-and-pfizer-biontech-covid-19-vaccine)
- Moderna COVID-19 Vaccines (https://www.fda.gov/emergency-preparedness-and-response/coronavirus-disease-2019-covid-19/moderna-covid-19-vaccines)
- COVID-19 Vaccines (https://www.fda.gov/emergency-preparedness-and-response/coronavirus-disease-2019-covid-19/covid-19-vaccines)
- Emergency Use Authorization for Vaccines Explained (https://www.fda.gov/vaccines-blood-biologics/vaccines/emergency-use-authorization-vaccines-explained)

###

The FDA, an agency within the U.S. Department of Health and Human Services, protects the public health by assuring the safety, effectiveness, and security of human and veterinary drugs, vaccines and other biological products for human use, and medical devices. The agency also is responsible for the safety and security of our nation's food supply, cosmetics, dietary supplements, products that give off electronic radiation, and for regulating tobacco products.

Was this page helpful? * (required)

Yes

No

**Submit**

An official form of the United States government. Provided by Touchpoints

**Hepatitis B prevention:**

- ☐ You have received your 1st Hepatitis B vaccine today
  Follow up vaccine schedule:
  2nd dose of the vaccine is due in 1-2 months
  3rd dose of the vaccine is due in 4-6 months
- ☒ You **DID NOT** receive the Hepatitis B vaccine today because you have been previously immunized
- ☐ You **DID NOT** receive the Hepatitis B vaccine today **AND** are not previously immunized and should follow up at your PCP or other healthcare provider to begin the 3 shot series.

**Strangulation:**

- ☐ ~~Strangulation Discharge Instructions provided~~

**Advocacy:**

- ☐ Your Advocacy Agency is:
  - ☐ SACPC: 253-474-7273 or 800-756-7273
  - ☒ King County SARC: 888-998-6423
    - ☒ Handout provided ☐ Release signed and patient contact information sent to KSARC

**Safety Plan:**

- ☒ Safety plan reviewed (explain): Use resources given.
  If there are safety concerns, a plan including an advocate and law enforcement (if the patient requests law enforcement involvement) should be arranged prior to discharge.

**Law Enforcement:**

- ☒ You **DID** report to law enforcement, and evidence was collected on your behalf. It was given to (Law Enforcement Agency/Phone Number) Kent PD 253-856-5800
  ~~Case~~ # Incident # KP26-51500 for investigative purposes.
- ☐ You **DID NOT** report to law enforcement. You may choose to make a report by contacting your local law enforcement agency. Evidence will be stored for 20 years and then destroyed if no report is made to law enforcement. Law Enforcement Agency/phone number where the evidence will be stored
  ______________________ Incident # ______________________

**Additional Community Resources (Check those that apply):**

**Tacoma/Pierce County Health Department:**

| | |
|---|---|
| ☐ Downtown Clinic | 1-253-597-3813 |
| ☐ Eastside Clinic | 1-253-471-4553 |
| ☐ Lakewood Clinic | 1-253-589-7030 |
| ☐ Parkland Clinic | 1-253-536-2020 |
| ☐ Puyallup Sea Mar Clinic | 1-253-864-4550 |
| ☐ Spanaway Clinic | 1-253-847-2304 |
| ☐ Hilltop Clinic | 1-253-441-4742 |
| ☐ Sea Mar Clinic | 1-253-593-2144 |
| ☐ Women's Health Clinic | 1-253-597-4163 |
| ☐ Sea Mar Healthcare for the Homeless | 1-253-682-2180 |
| ☐ Key Medical Center | 1-253-884-9221 |
| ☐ Other: ______________________ | |

**Other Community Resources**

| | |
|---|---|
| ☐ Planned Parenthood | 1-253-779-3900 |
| ☐ Alcohol/Drug 24 Hour Assistance | 1-253-722-3700 |
| ☐ Domestic Violence Hotline | 1-800-799-7233 |
| ☐ YWCA Legal Services King County | 1-206-461-4888 |
| ☐ YWCA Legal Services Pierce County | 1-253-365-6352 |
| ☐ National Human Trafficking Resource Center | 1-888-373-7888 |
| ☐ Other ______________________ | |

Any of these

JOHNSON,STERLING
HAR: 722815766 CSN: 465530053
DOB: 2/8/1978 (48 yrs) male
MRN: 9429511
CSN:

Adm Start
8/16/2026
TGHH

**I acknowledge that I have been provided the above discharge instructions**

Patient Signature: [signature] Date: ______________________

All health care providers are required by law to report any suspected abuse, neglect or exploitation of a minor, vulnerable or dependent and/or developmentally delayed adult to Law Enforcement and/or Child or Adult Protective Services, RCW 26.44.030, RCW 74.34.035, RCW 74.34.020

I, Sterling Johnson, have come to Multicare Covington (name of facility) for a forensic evaluation to be performed by a Forensic Nurse Examiner and to include documentation of the assault, collection of evidence, nursing care and treatment by a MultiCare Health System Forensic Nurse Examiner.

**I understand that:** *(Initial each area and sign at the bottom)*

SJ **Medical Care**

- A medical screening examination and care must be provided by an emergency department or primary care provider prior to the forensic evaluation. A forensic evaluation does not include general medical care.

SJ **Forensic Evaluation**

- A forensic exam is available to me at public expense, if eligible, and according to RCW 7.68.170.
- Evidence such as swabs, blood, hair and/or nail samples and clothing may be collected.
- Photographs may be taken and used for legal or educational purposes.
- Lab studies or forensic analysis may be obtained as necessary to complete my evaluation.
- I retain the right to decline any part of the exam and may retain any item of clothing at my discretion.
- Medications may be recommended including immunizations, anti-nausea medications, emergency contraception and medications to treat sexually transmitted infections.
- In assault cases that have been reported to law enforcement, the Forensic Nurse Examiner may speak to the investigating officer or his/her representative.
- The detailed medical records (photographs, lab results, written documentation) completed today will be kept confidential, secured at MultiCare Health System and may only be disclosed as allowed by law.

SJ **Physical Evidence Disposition**

- I am requesting that all physical evidence collected (sexual assault kit, clothing) during the forensic evaluation be released to the agency now investigating, or any agency that may investigate or prosecute my reported assault. Evidence may be released as required by law.
- If I have chosen not to report to law enforcement at this time, I understand my physical evidence will be stored by the appropriate law enforcement agency for 20 years. The evidence will not be investigated or tested unless a report is made and consent to test it has been given. The agency will not have the patient's name, sexual assault medical report, or any identifying information unless a report is made.

SJ **Crime Victims Compensation**

- As a victim of a crime in the State of Washington, I am eligible to submit a claim to the Washington State Crime Victim's Compensation Program. Filing a police report is NOT required to receive a sexual assault examination.

| Sterling Johnson (signature) | 8/16/26 | 2317 | |
|---|---|---|---|
| Patient or Patient's Authorized Representative | Date | Time | If signed by representative, relationship to patient: |
| (signature), RN | 8/16/26 | 2317 | |
| Witness Signature | Date | Time | |

**Patient Identification - Always Attach Patient Label**

Name: **JOHNSON,STERLING**
**HAR:** 722815766 **CSN:** 465530053
MRN #: **DOB:** 2/8/1978 (48 yrs) male
**MRN: 9429511**
CSN #: **CSN:**
Adm Start 8/16/2026 TGHH
Age / Sex and Gender

**Forensic Nurse Examiner Services (FNES)**

**CONSENT FOR FORENSIC EVALUATION AND TREATMENT**

MultiCare

*(Please keep this information in a safe place for future reference)*

**Exam Date:** 8/16/26

**Health care facility where exam was conducted:** Covington Multicare

**Evidence collected for investigative purposes (reported):** ☒

**Evidence collected for storage-only (unreported):** ☐

**No evidence was collected** ☐

**SAK Tracking:** https://wa.track-kit.us **SAK Tracking barcode #** WA 219057

**If you did not report to law enforcement today, your evidence will be stored anonymously with Washington State Police for 20 years. If you wish to make a report, please contact your local law enforcement.**

**Sexually transmitted infection prevention:**

☒ You **DID** receive the following medication:

- ☐ For Chlamydia prevention: ☐ Ceftriaxone ☐ Other: Declined
- ☒ For Gonorrhea prevention: ☐ Doxycycline ☒ Azithromycin ☐ Other: ______
- ☐ For Bacterial Vaginosis prevention: ☐ Metronidazole ☐ Other: ______

☐ You **DID NOT** receive sexually transmitted infection prevention, and it is recommended that you are tested in 1-2 weeks. You have been referred for follow-up care with the following provider. Please call to schedule your appointment.

- ☐ Your primary care provider: ______
- ☐ Tacoma-Pierce County Health Department (see page 3 for a complete list)
- ☐ Planned Parenthood: 1-253-779-3900

**Other Medications:**

☐ Zofran ☐ Tylenol ☐ Ibuprofen ☐ Other: ______

**Pregnancy Prevention:**

☐ You **DID** receive emergency contraception today

☐ You **DID NOT** receive emergency contraception today and should follow up for pregnancy testing in 2 weeks or if you miss your next period (reason) ______

☒ N/A

**HIV Post-exposure Prophylaxis:**

☐ You **DID** receive HIV post-exposure prophylaxis medication, baseline HIV testing and HIV Post-Exposure Discharge Instructions today. You should follow-up within 3-5 days with the following provider:

- ☐ Francisan Infectious Disease Associates 1-253-274-4545
- ☐ MultiCare Infectious Disease Associates 1-253-833-7256
- ☐ Other: ______

☒ You **DID NOT** receive HIV post-exposure prophylaxis or HIV baseline testing today and should follow up for HIV testing at 6 weeks, 3 months and 6 months. HIV counseling and testing are available at:

- ☐ Your primary care provider: ______
- ☐ Tacoma-Pierce County Health Department (see page 3 for a complete list)
- ☐ Planned Parenthood: 1-253-779-3900

**Patient Identification - Always Attach Patient Label**

Name:

MRN #:

CSN #:

Age / Sex and Gender:

JOHNSON,STERLING
HAR: 722815766 CSN: 465530053
DOB: 2/8/1978 (48 yrs) male
MRN: 9429511
CSN:

Adm Start
8/16/2026
TGHH

# ADOLESCENT AND ADULT SEXUAL ASSAULT DISCHARGE INSTRUCTIONS

MultiCare

**WA SAK Tracking System**

**User Name:** WA217211

**Password:** JbRQkUMQ6(

**URL:** https://wa.track-kit.us

reference)

ngton

☒

ode # WA217211

enforcement today, your evidence will be stored anonymously with Washington State Police for 20 years. If you wish to make a report, please contact your local law enforcement.

**Sexually transmitted infection prevention:**

- ☐ You **DID** receive the following medication:
  - ☐ For Chlamydia prevention: ☐ Ceftriaxone ☐ Other: ______
  - ☐ For Gonorrhea prevention: ☐ Doxycycline ☐ Azithromycin ☐ Other: ______
  - ☐ For Bacterial Vaginosis prevention: ☐ Metronidazole ☐ Other: ______
- ☒ You **DID NOT** receive sexually transmitted infection prevention, and it is recommended that you are tested in 1-2 weeks. You have been referred for follow-up care with the following provider. Please call to schedule your appointment.
  - ☐ Your primary care provider: ______
  - ☒ Tacoma-Pierce County Health Department (see page 3 for a complete list)
  - ☐ Planned Parenthood: 1-253-779-3900

**Other Medications:**

☐ Zofran ☐ Tylenol ☐ Ibuprofen ☐ Other: ______

**Pregnancy Prevention:**

- ☐ You **DID** receive emergency contraception today
- ☐ You **DID NOT** receive emergency contraception today and should follow up for pregnancy testing in 2 weeks or if you miss your next period (reason) ______
- ☒ N/A

**HIV Post-exposure Prophylaxis:**

- ☐ You **DID** receive HIV post-exposure prophylaxis medication, baseline HIV testing and HIV Post-Exposure Discharge Instructions today. You should follow-up within 3-5 days with the following provider:
  - ☐ Francisan Infectious Disease Associates 1-253-274-4545
  - ☐ MultiCare Infectious Disease Associates 1-253-833-7256
  - ☐ Other: ______
- ☒ You **DID NOT** receive HIV post-exposure prophylaxis or HIV baseline testing today and should follow up for HIV testing at 6 weeks, 3 months and 6 months. HIV counseling and testing are available at:
  - ☐ Your primary care provider: ______
  - ☒ Tacoma-Pierce County Health Department (see page 3 for a complete list)
  - ☐ Planned Parenthood: 1-253-779-3900

**Patient Identification - Always Attach Patient Label**

Name: **JOHNSON,STERLING**

**HAR:** 722936126 **CSN:** 467356233
**DOB:** 2/8/1978 (48 yrs) male
MRN #: **MRN: 9429511**
CSN #: **CSN:**

Adm Start
8/28/2026
TGHH

Age / Sex and Gender:

# ADOLESCENT AND ADULT SEXUAL ASSAULT DISCHARGE INSTRUCTIONS

MultiCare

**Hepatitis B prevention:**

- ☐ You have received your 1st Hepatitis B vaccine today
  Follow up vaccine schedule:
  2nd dose of the vaccine is due in 1-2 months
  3rd dose of the vaccine is due in 4-6 months
- ☑ You **DID NOT** receive the Hepatitis B vaccine today because you have been previously immunized
- ☐ You **DID NOT** receive the Hepatitis B vaccine today **AND** are not previously immunized and should follow up at your PCP or other healthcare provider to begin the 3 shot series.

**Strangulation:**

- ☐ Strangulation Discharge Instructions provided

**Advocacy:**

- ☐ Your Advocacy Agency is:
  - ☐ SACPC: 253-474-7273 or 800-756-7273
  - ☑ King County SARC: 888-998-6423
    - ☑ Handout provided ☐ Release signed and patient contact information sent to KSARC

**Safety Plan:**

- ☐ Safety plan reviewed (explain): ____________________
  If there are safety concerns, a plan including an advocate and law enforcement (if the patient requests law enforcement involvement) should be arranged prior to discharge.

**Law Enforcement:**

- ☑ You **DID** report to law enforcement, and evidence was collected on your behalf. It was given to (Law Enforcement Agency/Phone Number) Kent PD 253-852-2121
  Case # 26-08191 for investigative purposes.
- ☐ You **DID NOT** report to law enforcement. You may choose to make a report by contacting your local law enforcement agency. Evidence will be stored for 20 years and then destroyed if no report is made to law enforcement. Law Enforcement Agency/phone number where the evidence will be stored
  ____________________ Incident # ____________________

**Additional Community Resources (Check those that apply):**

**Tacoma/Pierce County Health Department:**

| | |
|---|---|
| ☑ Downtown Clinic | 1-253-597-3813 |
| ☐ Eastside Clinic | 1-253-471-4553 |
| ☐ Lakewood Clinic | 1-253-589-7030 |
| ☐ Parkland Clinic | 1-253-536-2020 |
| ☐ Puyallup Sea Mar Clinic | 1-253-864-4550 |
| ☐ Spanaway Clinic | 1-253-847-2304 |
| ☐ Hilltop Clinic | 1-253-441-4742 |
| ☐ Sea Mar Clinic | 1-253-593-2144 |
| ☐ Women's Health Clinic | 1-253-597-4163 |
| ☐ Sea Mar Healthcare for the Homeless | 1-253-682-2180 |
| ☐ Key Medical Center | 1-253-884-9221 |
| ☐ Other: __________ | |

**Other Community Resources**

| | |
|---|---|
| ☐ Planned Parenthood | 1-253-779-3900 |
| ☐ Alcohol/Drug 24 Hour Assistance | 1-253-722-3700 |
| ☐ Domestic Violence Hotline | 1-800-799-7233 |
| ☐ YWCA Legal Services King County | 1-206-461-4888 |
| ☐ YWCA Legal Services Pierce County | 1-253-365-6352 |
| ☐ National Human Trafficking Resource Center | 1-888-373-7888 |
| ☐ Other __________ | |

**JOHNSON,STERLING**
**HAR:** 722936126 **CSN:** 467356233
**DOB:** 2/8/1978 (48 yrs) male
**MRN: 9429511**
**CSN:**

Adm Start
8/28/2026
TGHH

**I acknowledge that I have been provided the above discharge instructions**

Patient Signature: [signature] Date: 8/29/26

**IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON FOR KING COUNTY**

| | |
|---|---|
| **IN RE THE DETENTION OF**<br><br>JOHNSON, STERLING<br><br>**Respondent** | **NO.** **SEA**<br><br>**PETITION FOR INITIAL DETENTION (Form IT-2)**<br><br>**Page 1 of 4** |

Pursuant to RCW 71.05, the petitioner, a Designated Crisis Responder designated by King County, alleges that the above-named respondent, was brought to my attention under the following circumstances:

**referred by Multicare Covington social worker.**

☒ I consulted with the examining emergency department professional **Dr. Westeren** who opined **support for involuntary detention.**

☐ The examining emergency department professional was unavailable for consultation. I reviewed their written observations and opinions.

☐ The respondent is not located at an emergency department.

As a result of my personal observation or investigation, I believe that the respondent suffers from a behavioral health disorder and:

a. ☒ presents an imminent likelihood of serious harm:

☒ to self ☒ to others ☐ to the property of others

b. ☒ is in imminent danger due to grave disability

The specific facts known to me as a result of personal observation and investigation upon which I base the belief that such person should be detained for the purposes and authority of this chapter are:

**Respondent suffers from a behavioral health disorder, characterized by paranoia, delusions, pressured and rapid speech, disorientation, auditory and visual hallucinations, increased agitation and aggression, impulsive behaviors, poor hygiene, limited insight, and impaired judgment. Per information available through King County, Respondent has not been seen by King County DCRs before.**

**IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON FOR KING COUNTY**

| | |
|---|---|
| **IN RE THE DETENTION OF**<br><br>JOHNSON, STERLING<br><br>**Respondent** | **NO.** **SEA**<br><br>**PETITION FOR INITIAL DETENTION (Form IT-2)**<br><br>**Page 1 of 4** |

Pursuant to RCW 71.05, the petitioner, a Designated Crisis Responder designated by King County, alleges that the above-named respondent, was brought to my attention under the following circumstances:

**referred by Multicare Covington social worker.**

☒ I consulted with the examining emergency department professional **Dr. Westeren** who opined **support for involuntary detention.**

☐ The examining emergency department professional was unavailable for consultation. I reviewed their written observations and opinions.

☐ The respondent is not located at an emergency department.

As a result of my personal observation or investigation, I believe that the respondent suffers from a behavioral health disorder and:

a. ☒ presents an imminent likelihood of serious harm:

☒ to self ☒ to others ☐ to the property of others

b. ☒ is in imminent danger due to grave disability

The specific facts known to me as a result of personal observation and investigation upon which I base the belief that such person should be detained for the purposes and authority of this chapter are:

**Respondent suffers from a behavioral health disorder, characterized by paranoia, delusions, pressured and rapid speech, disorientation, auditory and visual hallucinations, increased agitation and aggression, impulsive behaviors, poor hygiene, limited insight, and impaired judgment. Per information available through King County, Respondent has not been seen by King County DCRs before.**

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON FOR KING COUNTY

| | |
|---|---|
| IN RE THE DETENTION OF<br><br>JOHNSON, STERLING<br><br>Respondent | NO. SEA<br><br>PETITION FOR INITIAL DETENTION (Form IT-2)<br><br>Page 2 of 4 |

I was unable to speak with Tammy Johnson, Respondent's sister, over the phone. She reported that Respondent moved to Washington State to live with her three weeks ago. Respondent was released from prison in 2023 and he currently has an open court case in Illinois due to aggravated battery. Tammy stated that when Respondent's mental health is deteriorating, he becomes increasingly paranoid and aggressive. He has several charges related to assault due to the delusions and paranoia he experiences, including this open court case. While Respondent was in Illinois, he had a psychiatric evaluation and was sent inpatient for a few weeks. Once released, Respondent took a bus to New York due to believing P Diddy was raping people. He was then placed in another psychiatric facility, this time for six months and was started on medications. This is when Respondent was released and came to Washington State to live with Tammy. Tammy reported that the first day, Respondent appeared fine. As time progressed, he became increasingly verbally aggressive and agitated. He asked Tammy for help getting access to a gun because he "won't let this keep happening," referring to his delusion that he is being sexually assaulted while he is asleep. Additionally, he told her that he just "wants to be dead." Tammy states that when Respondent is this deteriorated, no one is safe around him. At this time, she does not feel safe having him at home until he is stabilized on medication. At the hospital, Respondent had a knife on him that she did not know about. Tammy is in support of involuntary detention.

I reviewed the declaration from Renee Mulder, social worker at Multicare Covington. Respondent presented to the hospital for concerns that someone sexually assaulted him in his sleep. His


This material will be provided in alternative formats for individuals with disabilities upon request.

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON FOR KING COUNTY

| | |
|---|---|
| IN RE THE DETENTION OF<br><br>JOHNSON, STERLING<br><br>Respondent | NO. SEA<br><br>PETITION FOR INITIAL DETENTION (Form IT-2)<br><br>Page 3 of 4 |

speech was pressured and rapid. Respondent was paranoid, delusional, and disoriented. He stated that if someone "comes at me, I will defend myself, like any man would." He refuses to take medication.

I met with Respondent at Multicare Covington emergency room in room 1. I introduced myself and my role. I advised Respondent of their rights and the reason for evaluation. During my assessment, Respondent was paranoid, delusional, had rapid speech, and was malodorous. He largely perseverated on being tracked by Elon Musk and sexually assaulted in his sleep. Respondent provided several papers as "proof" to this things happening. The things he fixated on were words on his hospital discharge papers and his arrest records, all from Illinois. As the interview continued on, Respondent became increasingly agitated, especially when asking about his mental health and attempting to complete the mental health status exam, as he believed I had spoken to him earlier and knew "all this shit" already. The interview was ended due to Respondent's agitation and inability to be redirected away from his delsuions.

Based on the information provided, there appears to be evidence of a behavioral health disorder. Given Respondent's symptoms, he appears to be at imminent risk of being a danger to himself, others, and gravely disabled. Respondent manifests a repeated and escalated loss of cognitive and volitional control. He would benefit from involuntary hospitalization for his safety and stabilization, pew RCW 71.05.

Therefore the petitioner requests that the respondent be detained at:

**IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON FOR KING COUNTY**

| | |
|---|---|
| **IN RE THE DETENTION OF**<br><br>JOHNSON, STERLING<br><br>**Respondent** | **NO.** **SEA**<br><br>**PETITION FOR INITIAL DETENTION (Form IT-2)**<br><br>**Page 4 of 4** |

☒ an evaluation and treatment facility or ☐ a secure withdrawal management and stabilization facility for not more than a 120-hour evaluation and treatment period.

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

| | |
|---|---|
| BRIANNA RICHEY<br>Designated Crisis Responder (DCR) | [signature]<br>DCR Signature |
| 8/16/2026<br>Date | King County<br>Place |

08/16/26 17:03:01 206-899-1685 -> 2533727481 RF-DCHS CCS Screener Page 011

King County
Department of Community and Human Services

# Fact Sheet Docket #

Name: JOHNSON (Last) STERLING (First) (Middle) | 8/16/2026 (Date) | KCID #

AKA: | 999999999 (SSN) | 2/8/1978 (Date of Birth) | Telephone

Address: 24852 145th Lane SE | Kent, WA 98042 (City, State, Zip)

Living Situation: ☐ Independent ☒ W/ Others ☐ Structured ☐ Homeless

Gender: ☒ M ☐ F

Veteran: ☐ Y ☒ N

Family and/or other Responsible Parties: Tammy Johnson , Sister , 253-344-0700

| | | | | | |
|---|---|---|---|---|---|
| Witness(es) | Renee Mulder | Tammy Johnson | | | |
| Relationship | MCC ED SW | Sister | | | |
| Phone | 253-372-6760 | 253-344-0700 | | | |
| Email | | tammywthay@gmail.com | | | |

Case Manager/Agency/Phone: None / /

Treatment History: multiple hospitalizations in other states. Dx Schizophrenia.

Alcohol and/or Drug history: 8/14/26 UTOX+ THC. Hx of SUD, details unk.

Current Medications: 8/14/26 Not on any current meds.

Current or Chronic Medical Problems/Allergies: None reported.

Pt. has a history of non-compliance with LRO treatment and should be considered for AOT: ☐ Y ☒ N

Remarks:

Duty to Warn: Name/Phone: CCO: Name/Phone:

Current Jail Hold: ☐ Y ☒ N Jail: Phone: Filing DCR: Brianna Richey

| | |
|---|---|
| Primary Authority for Detention: Danger to Self /DTO/ GDa/o | Involuntarily Detained on: 8/16/26 (Date) 4:20 p (Time) |
| Detained to: [blank] Unit/Hospital: Multicare Covington | Probable Cause Hearing: 8/21/26 (Date) |

Please select a case type:

☒ Adult Emergency ☐ Adult Rev. ☐ NED - ( ) New ( ) Previous

☐ Juvenile Emergency ☐ Juvenile Rev. ☐ LR Ext.

IN THE SUPERIOR COURT OF WASHINGTON FOR PIERCE COUNTY

| | |
|---|---|
| In re the Detention of:<br>Sterling Johnson<br>Respondent,<br>~~~<br>Timothy Miller, Ph.D, Petitioner,<br>Brian Neal, MD, Petitioner,<br>vs.<br>Sterling Johnson<br>Respondent | NO. CAUSE #<br>8/21/26<br>PETITION FOR FOURTEEN DAY INVOLUNTARY TREATMENT (RCW 71.05) |

**PETITION**

This petition is filed pursuant to RCW 71.05

Interpreter necessary? ☐ Yes, Language: LANGUAGE ☒ No

Timothy Miller, Ph.D., and Brain Neal, MD of Wellfound, a facility certified by the Department of Social and Health Services, certify to the court that the Respondent, named above, has been examined by Petitioners, and that Petitioners are willing to testify to the allegations contained within this petition.

Respondent is a ☒ male ☐ female, residing at 24852 145th Ln SE, Kent, Washington. Respondent's physical characteristics are: DOB: 2/8/78, ht HEIGHT, wt WEIGHT, hair HAIR eyes EYES, race RACE. Respondent's marital status, if known, is ☒ single, ☐ married, ☐ divorced, or ☐ widowed. Respondent's occupation, if known, is not employed.

The person(s) legally responsible for the care, support and maintenance of the Respondent and relationship to Respondent, as known to the Petitioners, is/are as follows: responsible for

self

Based upon the examination of the Respondent we find that as a result of a behavioral health disorder the Respondent:

☐ Presents a likelihood of serious harm to others,
☐ Presents a likelihood of serious harm to self,
☒ Is gravely disabled.

The facts supporting this petition are summarized in the attached declaration, incorporated herein by this reference, detailing the behavior of the Respondent in support of this petition.

The Respondent has been advised of the need for treatment, and the Petitioners have evidence that the Respondent has not in good faith agreed to voluntary treatment. This petition serves as written notice that the person's (Respondent's) failure to make a good faith effort to seek voluntary treatment as provided in RCW 71.05.230 will result in the loss of his or her firearms rights if the person (Respondent) is subsequently detained for involuntary treatment under section RCW 71.05.240.

There are no less restrictive alternatives to involuntary detention because:

☒ Respondent requires intensive, supervised, 24-hour care.
☐ Diligent efforts have not disclosed the availability of a suitable less restrictive alternative placement.
☐ A less restrictive alternative to in-patient care is recommended as follows:

Petitioners request that a hearing be held before the above-entitled court on 8/21/26, on this petition unless the Respondent is released prior to this date.

[signature] 8/20/26
Petitioner – Examining Physician Date

[signature] PhD 8/19/26
Petitioner – Examining MHP Date

**DECLARATION OF PETITIONERS IN SUPPORT OF PETITION**

Timothy Miller, Ph.D. and Brain Neal, MD state that they are petitioners in this matter. The facts upon which the petition in this proceeding are based include the following observations regarding the history, condition, behavior, and diagnosis of the Respondent.

**HISTORY RE: PRESENT ILLNESS:** The respondent presented to the MultiCare in Covington ED with shortness of breath, cough, and saying someone sexually assaulted him in

his sleep. Per social worker at ED the respondent states he is waiting for the police to come so he can talk with them about being sexually assaulted and problems with people tracking him. The respondent had a backpack with him and started pulling out paperwork trying to show SW a case, re: himself, that he was working on trying to "clear" his name. The paperwork he handed me look like hospital discharge paperwork from a hospital, with a list of medications, paperwork showing he had been given Moderna for COVID, and a piece of paper showing a list of arrests (at least one was for battery in March 2026) and parole violations. The respondent wouldn't let SW look at the paperwork long, saying they were being "monitored" and he needed to put it back in his backpack until the police arrived so he could discuss it further with SW. The respondent pointed to the TV once, telling SW he could read SW thoughts by looking at the TV. The respondent admits to being in prison, saying he just got out in 2023. The respondent can't/won't tell SW why he was in prison. SW could not find any medical and/or psychiatric records due to pt just recently arriving in the state. The respondent doesn't have a PCP or mental health provider currently. The respondent reports that he just moved out from Peoria Illinois but can't tell me where he is staying. The respondent was able to give SW his name, DOB and let SW know why he was in the hospital ED but then will digress back into people tracking him, being sexually assaulted. He talks about Michael Jordan and Elon Musk being part of this group that is trying to sexually assault him. The respondent says he wants to go somewhere safe, when asked how I could help him today. The respondent is agreeable to hospitalization currently but has been refusing any medical care at the ED. Collateral information obtained by SW from the respondent's sister confirmed that pt has been in and out of prison for 10-15 years. Respondent's sister states that the respondent was diagnosed with Schizophrenia in prison. Respondent's sister states the respondent took a bus to New York to "visit P Diddy" and ended up ITA'd at Bellevue Hospital in New York within the last year, she thinks for 6 months. Sister thinks respondent has been in a psychiatric hospital 3-4 times in Peoria. Sister reports that respondent refuses to take any medications. Sister said respondent has been getting more paranoid, within the last couple of weeks, and asked her to get him a gun 3 days ago, to help protect him from sexual assaults. Sister says she didn't realize her brother had been carrying a knife until he came into the ED or "I would have taken it away a long time ago." Sister feels, due to that the respondent won't take any psych medications she feels he is "spiraling" and feels like, if the respondent doesn't get into a psychiatric hospital, for med stabilization, he is going to hurt someone, or someone is going to hurt him. The SW then requested a DCR evaluation. The DCR evaluation indicates that the respondent was paranoid, delusional, with rapid speech and had poor hygiene. The respondent became agitated when asked mental health questions and believed the DCR had spoken to him prior and was not redirectable.

**ITA History:** Alleged ITAs in New York and Illinois

**BEHAVIORAL HEALTH STATUS EXAMINATION: Respondent was evaluated on August 19th, 2026, at Wellfound Behavioral Health Hospital the Egret unit at which time he was advised of his rights.**

**Appearance/Hygiene**: The respondent appeared disheveled and unkept.

**Manner/Attitude**: The respondent was lying in his bed asleep, and the court evaluator was unable to wake the respondent after several attempts

**Orientation**: Unable to access

**Memory**: Unable to access

**Speech/Ability to Communicate**: Unable to access

**Thought Process/Content/Disorders/Perception of Reality**: Unable to access

**Judgment and Insight**: Unable to access

**Cognitive/Volitional Control/Assaultiveness**: Unable to access

**ADDITIONAL FACTS IN SUPPORT OF PETITION:** Unable to access

**DIAGNOSIS:** Unspecified schizophrenia spectrum and other psychotic disorder

**LESS RESTRICTIVE ALTERNATIVE TO IN-PATIENT TREATMENT:**

☒ Not recommended because acuity of symptoms.

☐ Recommended. Refer to proposed conditions of Less Restrictive Alternative.

**RECOMMENDED FACILITY FOR FURTHER TREATMENT:**

☐ Western State Hospital

☐ A Pierce County Evaluation & Treatment Facility

☒ Other: Wellfound

We certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

[signature] 8/20/26 signed at Tacoma, Washington.
Petitioner – Examining Physician Date City

[signature] PhD 8/19/26 signed at Tacoma, Washington.
Petitioner – Examining MHP Date City

Sterling
Egret

## IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON FOR KING COUNTY

**IN RE THE DETENTION OF**

Sterling Johnson

**Respondent**

**NO.** **SEA**

**NOTICE OF EMERGENCY DETENTION OR NOTICE OF DETENTION AND RETURN OF SERVICE**

☒ This to certify that you are being taken into emergency custody for the purpose of detention in an Evaluation and Treatment Facility or a Secure Withdrawal Management and Stabilization Facility. Investigation and evaluation indicate that you present an imminent likelihood of serious harm to yourself or others, or that you are gravely disabled. Attached herewith is a copy of the Petition for Initial Detention and Notice of Rights and Notification of Attorney.

**OR**

☐ A Judge or Mental Health Commissioner has signed an order directing that you be detained to an Evaluation and Treatment Facility or a Secure Withdrawal Management and Stabilization Facility. Attached herewith is a copy of the Order to Detain together with the Petition for Initial Detention (Non-Emergency) and Notice of Rights and Notification of Attorney.

YOU ARE HEREBY taken into custody for the purpose of detention at this Evaluation and Treatment Facility:

☒ a King County E&T ☒ a Pierce County E&T ☒ a Snohomish Co. E&T ☒ Other Multicare Covington

☐ a King County Secure Withdrawal Management and Stabilization Facility

DATED on 8/10/26 Designated Crisis Responder: [signature]

**RETURN OF SERVICE**

I do hereby certify that on 8/10/26, I personally served the respondent with the following:

☒ Petition for Initial Detention
☒ Notice of Rights – Appointment of Attorney
☒ Notice of Detention/Notice of Emergency Detention
☐ Petition for Initial Detention/Non-Emergency
☐ Findings of Fact, Conclusions of Law And Order to Detain
☐ Petition for 180-days LRA
☐ Petition for Revocation of Less Restrictive Alternative (LRA) or Conditional Release (CR)
☐ Order of Apprehension and Detention
☐ Copy of Less Restrictive Alternative Order or Conditional Release
☒ Notice by DCR of Suspension of firearm rights
☐ Notice of Hearing

by delivering and/or leaving a copy with the said respondent.

[signature]

Designated Crisis Responder

Seattle, WA Telephone: (206) 263-9200



*This material will be provided in alternative formats for individuals with disabilities upon request.*

## IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON FOR KING COUNTY

**IN RE THE DETENTION OF**

Sterling Johnson

**Respondent**

**NO.** **SEA**

**STATEMENT OF RIGHTS AND NOTIFICATION OF ATTORNEY**

You have the right to receive a copy of the statement of the specific facts alleged which have caused your detention.

You have the right to remain silent. Any statement you make may be used in court against you.

You have the right to communicate immediately with an attorney; you have the right to have an attorney appointed to represent you before and at the probable cause hearing and at any subsequent hearings.

If detained on the grounds that you present a likelihood of serious harm to yourself, others, or property; your right to have a firearm in your possession or control will be suspended for a period of six months.

You have the right to a judicial hearing in a court of law within the next 120 hours (excluding Saturdays, Sundays, and holidays) to determine whether there is probable cause to commit you for further mental health and/or substance abuse disorder treatment for up to 14 days of inpatient or 90 days of outpatient treatment for the reason that you are a person whose mental disorder and/or substance abuse disorder presents a likelihood of serious harm to yourself/others/other's property or that you are gravely disabled.

Within 24 hours of admission, you will be examined and evaluated by a physician or physician's assistant or advanced registered nurse practitioner; and a mental health professional (or a chemical dependency professional if you were detained for substance use disorder evaluation and treatment), and shall receive such treatment and care as your condition requires for the period that you are detained. Your medical record will be disclosed to your attorney and the prosecuting attorney.

You have the right to refuse medication beginning 24 hours prior to the probable cause hearing.

- to cross-examine witnesses who testify against you;
- have your hearing conducted according to the rules of evidence;
- to view and copy all petitions and reports in the court files;
- to present evidence on your behalf;
- to remain silent;

Having been placed in detention, this is to notify you that if you have no other attorney, the following attorney has been appointed to assist you:

☒ **King County Department of Public Defense**
Civil Commitment Division
710 Second Avenue Suite 1000
Seattle, WA 98104-1614
(206) 477-8899

☐ **Other**

[signature]

Printed Name of DCR | DCR Signature | Date

**IT-6F Statement of Rights and Notification of Attorney.** Rev. December 2020 (SP: Admin Team/CCS Support/Court Desk/Detention Packets)

*This material will be provided in alternative formats for individuals with disabilities upon request.*

## IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON FOR KING COUNTY

**IN RE THE DETENTION OF**

Sterling Johnson

**Respondent**

**NO.** **SEA**

**NOTICE BY DCR OF SUSPENSION OF FIREARM RIGHTS**

**Docket Code – (NTSF)**
**Clerk's Action**

You are advised that under Chapter 71.05 RCW, you have been detained at a facility for up to one hundred twenty (120) hours for evaluation and treatment on the grounds that you present a likelihood of serious harm.

You are advised that if you are released before the end of the one hundred twenty (120) hours and not subsequently committed by court order, you will lose your right to have in your possession or control any firearms for a period of six (6) months after the date you have been detained.

You are required to immediately surrender, for the six (6) month period, any concealed pistol license and any firearms that you possess or control to the sheriff of the county or the chief of police of the municipality in which you are domiciled.

After the six (6) month suspension, your right to control or possess any firearm or concealed pistol license will be automatically restored, absent further restrictions imposed by other law.

Upon discharge, you may petition the superior court to have your right to possess a firearm restored before the six (6) month suspension period has elapsed by following procedures provided in RCW 9.41.047(3).

| Brianna [illegible] | [signature] | 8/16/26 |
|---|---|---|
| Printed Name of DCR | DCR Signature | Date |

Commerce Bank
Member FDIC

339

Sterling L Johnson
1519 N Knoxville Ave
Peoria IL 61603

# Bank Statement

**Primary Account Number:** 1300739270

***If you have questions about your statement, please call us at 800-453-BANK.***

**Statement Date:** May 31, 2023
**Page Number:** 1 of 3

**FOR YOUR INFORMATION**

Looking to purchase your forever home? We'll make your home buying process easier. Visit commercebank.com/mortgage to check rates or apply. Equal Housing Lender.

Carry your Commerce banker with you everywhere you go. Download the Commerce Bank **CONNECT®** app today!

**myRewards Savings** Account # 1300739270

**Account Summary** Account # 1300739270

| | |
|---|---|
| Beginning Balance on March 22, 2023 | $ 0.00 |
| Deposits & Other Credits | + 501.00 |
| Withdrawals & Other Debits | - 501.00 |
| Ending Balance on May 31, 2023 | **$ 0.00** |

To calculate a daily running balance during this statement period, use the beginning balance as it is listed on the statement. Next, subtract checks and other debits as of the date they are listed as paid. For ATM and Debit Card withdrawals, use the transaction date. This is when these transactions were authorized. Deposits and other credits should be listed as of the date they were credited.

**Interest Summary** Account # 1300739270

| | |
|---|---|
| Current Interest Rate | 0.01% |
| Interest Paid This Statement Period | 0.00 |
| 2023 Interest Paid Year-to-date | 0.00 |
| 2023 Federal Withholding Year-to-date | 0.00 |
| Average Collected Balance | 35.21 |
| Interest Accrued | 0.00 |
| Annual Percentage Yield Earned | 0.00% |
| Statement Days | 71 |

Commerce Bank
Member FDIC

339

Sterling L Johnson
1519 N Knoxville Ave
Peoria IL 61603

# Bank Statement

**Primary Account Number:** **674090508**

***If you have questions about your statement, please call us at 800-453-BANK.***

**Statement Date:** May 10, 2023
**Page Number:** 1 of 3

**FOR YOUR INFORMATION**

Looking to purchase your forever home? We'll make your home buying process easier. Visit commercebank.com/mortgage to check rates or apply. Equal Housing Lender.

Carry your Commerce banker with you everywhere you go. Download the Commerce Bank **CONNECT®** app today!

**Commerce Free Checking** Account # 674090508

**Account Summary** Account # 674090508

| | |
|---|---|
| Beginning Balance on April 11, 2023 | $ -182.20 |
| Deposits & Other Credits | + 60.00 |
| Withdrawals & Other Debits | - 36.00 |
| Ending Balance on May 10, 2023 | **$ -158.20** |

To calculate a daily running balance during this statement period, use the beginning balance as it is listed on the statement. Next, subtract checks and other debits as of the date they are listed as paid. For ATM and Debit Card withdrawals, use the transaction date. This is when these transactions were authorized. Deposits and other credits should be listed as of the date they were credited.

**Deposits & Other Credits** Account # 674090508

| Description | | Date Credited | Amount |
|---|---|---|---|
| Deposit U86660 R230 B0481 D8165 Sq005 0230000005816500000 | 650481339760 | 04-13 | 20.00 |
| Deposit U87199 R230 B0481 D8161 Sq011 0230000011816100000 | 650481456114 | 04-17 | 20.00 |
| Deposit U87199 R230 B0481 D8161 Sq020 0230000020816100000 | 650481456234 | 04-18 | 20.00 |
| **Total Deposits & Other Credits** | | | **$60.00** |

**Withdrawals & Other Debits** Account # 674090508

| Description | | Tran Date | Date Paid | Amount |
|---|---|---|---|---|
| Paid Item Od-NSF Charge | 20230410 | 04-13 | 04-13 | 36.00 |
| **Total Withdrawals & Other Debits** | | | | **$36.00** |

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Items Fees | $0.00 | $0.00 |

## To Balance Your Account Follow These Easy Steps

1. **Outstanding Checks/Debits:**
   List and total all checks and other debits in your checkbook register that are not listed on your statement (also include any service charges).

2. **Outstanding Deposits/Credits:**
   List and total all deposits and other credits in your checkbook register that are not listed on your statement (also include interest, if any).

| Outstanding Checks/Debits | | |
|---|---|---|
| Date or Number | $ | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL DEBITS | $ | |

| Outstanding Deposits/Credits | | |
|---|---|---|
| Date or Number | $ | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL CREDITS | $ | |

**Reconcilement:**

3. Account ending balance shown on your statement: $ .
4. Add TOTAL CREDITS listed above: + .
5. Subtract TOTAL DEBITS listed above: - .
6. **Balance** should agree with your checkbook balance: = .

Please examine your statement promptly and report any error immediately.

---

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Contact us at 1000 Walnut Kansas City MO 64106-3686 or call us at 800-453-BANK. If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, please contact us as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

The information above applies to checking, savings, or other consumer accounts established for personal, family, or household purposes.

---

If your checking or money market account has no activity for 12 consecutive months it will be considered dormant and assessed a $8 monthly fee. Regular savings accounts with no activity for 18 consecutive months will be considered dormant and assessed a $5 monthly fee.

---

NOT TRANSFERABLE AS DEFINED IN 12 CFR PART 204

Commerce Bank
Member FDIC

339

Sterling L Johnson
1519 N Knoxville Ave
Peoria IL 61603

# Bank Statement

**Primary Account Number:** **674090508**

***If you have questions about your statement, please call us at 800-453-BANK.***

**Statement Date:** April 10, 2023
**Page Number:** 1 of 4

**FOR YOUR INFORMATION**

Ready to start saving? We offer a variety of savings and money market accounts to meet your needs, whether you are planning a dream vacation or building an emergency fund. To make saving easier, you can set up automatic transfers from your Commerce checking account in Online Banking. Visit your Commerce Banker or go to commercebank.com to learn more about our deposit account options. Member FDIC.

Carry your Commerce banker with you everywhere you go. Download the Commerce Bank **CONNECT®** app today!

**Commerce Free Checking** Account # 674090508

**Account Summary** Account # 674090508

| | |
|---|---|
| Beginning Balance on March 22, 2023 | $ 0.00 |
| Deposits & Other Credits | + 1,243.00 |
| ATM Withdrawals & Debits | - 79.55 |
| Debit Card Purchases & Debits | - 350.65 |
| Withdrawals & Other Debits | - 835.00 |
| Checks Paid | - 160.00 |
| Ending Balance on April 10, 2023 | **$ -182.20** |

To calculate a daily running balance during this statement period, use the beginning balance as it is listed on the statement. Next, subtract checks and other debits as of the date they are listed as paid. For ATM and Debit Card withdrawals, use the transaction date. This is when these transactions were authorized. Deposits and other credits should be listed as of the date they were credited.

**Deposits & Other Credits** Account # 674090508

| **Description** | | **Date Credited** | **Amount** |
|---|---|---|---|
| Deposit<br>U87199 R230 B0481 D8161 Sq008<br>0230000008816100000 | 650481725193 | 03-22 | 28.00 |
| ACH Deposit<br>Stardust 140031000003664<br>084003996505737 | 23095004679921 | 04-06 | 1,000.00 |
| Debit Card Credit<br>VISA Direct FL | Betfair Interactive US | 04-06 | 65.00 |

**Deposits & Other Credits** Account # 1300739270

| Description | | Date Credited | Amount |
|---|---|---|---|
| Deposit<br>U87199 R230 B0481 D8161 Sq008<br>0230000008816100000 | 650481725191 | 03-22 | 1.00 |
| Teller Transfer From DDA<br>S U87112 B0481d66sq005<br>0000001300739270<br>2300000058166 | 136325660000 | 04-06 | 500.00 |

**Total Deposits & Other Credits** **$501.00**

**Withdrawals & Other Debits** Account # 1300739270

| Description | | Tran Date | Date Paid | Amount |
|---|---|---|---|---|
| Withdrawal<br>U86660 R230 B0481 D8165 Sq003<br>230000003816500000 | 650481726181 | 04-10 | 04-10 | 350.00 |
| Withdrawal<br>U86660 R230 B0481 D8165 Sq003<br>230000003816500000 | 650481339757 | 04-13 | 04-13 | 130.00 |
| Withdrawal<br>U86660 R230 B0481 D8165 Sq005<br>230000005816500000 | 650481339759 | 04-13 | 04-13 | 20.00 |
| Teller Transfer to DDA<br>U50062 R230 B2300 D0060 Sq005<br>2300000050060 | 213459870000 | 05-11 | 05-11 | 1.00 |

**Total Withdrawals & Other Debits** **$501.00**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Items Fees | $0.00 | $0.00 |

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Contact us at 1000 Walnut Kansas City MO 64106-3686 or call us at 800-453-BANK. If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, please contact us as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

The information above applies to checking, savings, or other consumer accounts established for personal, family, or household purposes.

If your checking or money market account has no activity for 12 consecutive months it will be considered dormant and assessed a $8 monthly fee. Regular savings accounts with no activity for 18 consecutive months will be considered dormant and assessed a $5 monthly fee.

NOT TRANSFERABLE AS DEFINED IN 12 CFR PART 204

Commerce Bank
Member FDIC

339

Sterling L Johnson
1519 N Knoxville Ave
Peoria IL 61603

## Bank Statement

**Primary Account Number:** 1310624500

*If you have questions about your statement, please call us at 800-453-BANK.*

**Statement Date:** June 15, 2023
**Page Number:** 1 of 2

**FOR YOUR INFORMATION**

**As a reminder: When your statement cycle ends during a weekend, we will pay interest by projecting the balance from the prior business day. If your balance changes significantly over that weekend, we will make an interest adjustment on the first business day of the next statement cycle.**

A savings account that pays you to save for your goals? That's my**Rewards** Savings. Open up to five accounts to save for a home, car, travel or the holidays. You could earn bonus rewards with regular deposits!

Carry your Commerce banker with you everywhere you go. Download the Commerce Bank **CONNECT®** app today!

**myRewards Savings** Account # 1310624500

**Account Summary** Account # 1310624500

| | |
|---|---|
| Beginning Balance on June 1, 2023 | $ 0.00 |
| Ending Balance on June 15, 2023 | **$ 0.00** |

To calculate a daily running balance during this statement period, use the beginning balance as it is listed on the statement. Next, subtract checks and other debits as of the date they are listed as paid. For ATM and Debit Card withdrawals, use the transaction date. This is when these transactions were authorized. Deposits and other credits should be listed as of the date they were credited.

**Interest Summary** Account # 1310624500

| | |
|---|---|
| Current Interest Rate | 0.01% |
| Interest Paid This Statement Period | 0.00 |
| 2023 Interest Paid Year-to-date | 0.00 |
| 2023 Federal Withholding Year-to-date | 0.00 |
| Average Collected Balance | 0.00 |
| Interest Accrued | 0.00 |
| Annual Percentage Yield Earned | 0.00% |
| Statement Days | 15 |

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees.......... | $0.00 | $0.00 |
| Total Returned Items Fees.......... | $0.00 | $0.00 |

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Contact us at 1000 Walnut Kansas City MO 64106-3686 or call us at 800-453-BANK. If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, please contact us as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

The information above applies to checking, savings, or other consumer accounts established for personal, family, or household purposes.

If your checking or money market account has no activity for 12 consecutive months it will be considered dormant and assessed a $8 monthly fee. Regular savings accounts with no activity for 18 consecutive months will be considered dormant and assessed a $5 monthly fee.

NOT TRANSFERABLE AS DEFINED IN 12 CFR PART 204

Commerce Bank
Member FDIC

Sterling L Johnson
1519 N Knoxville Ave
Peoria IL 61603

# Bank Statement

*If you have questions about your statement, please call us at 800-453-BANK.*

**Primary Account Number:** 1310624500
**Statement Date:** May 31, 2023
**Page Number:** 1 of 2

## FOR YOUR INFORMATION

Looking to purchase your forever home? We'll make your home buying process easier. Visit commercebank.com/mortgage to check rates or apply. Equal Housing Lender.

Carry your Commerce banker with you everywhere you go. Download the Commerce Bank **CONNECT®** app today!

**myRewards Savings** Account # 1310624500

**Account Summary** Account # 1310624500

| | |
|---|---|
| Beginning Balance on March 22, 2023 | $ 0.00 |
| Deposits & Other Credits | + 1.00 |
| Withdrawals & Other Debits | - 1.00 |
| Ending Balance on May 31, 2023 | **$ 0.00** |

To calculate a daily running balance during this statement period, use the beginning balance as it is listed on the statement. Next, subtract checks and other debits as of the date they are listed as paid. For ATM and Debit Card withdrawals, use the transaction date. This is when these transactions were authorized. Deposits and other credits should be listed as of the date they were credited.

**Interest Summary** Account # 1310624500

| | |
|---|---|
| Current Interest Rate | 0.01% |
| Interest Paid This Statement Period | 0.00 |
| 2023 Interest Paid Year-to-date | 0.00 |
| 2023 Federal Withholding Year-to-date | 0.00 |
| Average Collected Balance | 0.70 |
| Interest Accrued | 0.00 |
| Annual Percentage Yield Earned | 0.00% |
| Statement Days | 71 |

**Deposits & Other Credits** Account # 1310624500

| Description | | Date Credited | Amount |
|---|---|---|---|
| Deposit<br>U87199 R230 B0481 D8161 Sq008<br>0230000008816100000 | 650481725192 | 03-22 | 1.00 |
| **Total Deposits & Other Credits** | | | **$1.00** |

**Withdrawals & Other Debits** Account # 1310624500

| Description | | Tran Date | Date Paid | Amount |
|---|---|---|---|---|
| Teller Transfer to DDA<br>U50062 R230 B2300 D0060 Sq003<br>2300000030060 | 545937000000 | 05-11 | 05-11 | 1.00 |
| **Total Withdrawals & Other Debits** | | | | **$1.00** |

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Items Fees | $0.00 | $0.00 |

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Contact us at 1000 Walnut Kansas City MO 64106-3686 or call us at 800-453-BANK. If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, please contact us as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

The information above applies to checking, savings, or other consumer accounts established for personal, family, or household purposes.

If your checking or money market account has no activity for 12 consecutive months it will be considered dormant and assessed a $8 monthly fee. Regular savings accounts with no activity for 18 consecutive months will be considered dormant and assessed a $5 monthly fee.

NOT TRANSFERABLE AS DEFINED IN 12 CFR PART 204

**Commerce Bank**
Member FDIC

Sterling L Johnson
1519 N Knoxville Ave
Peoria IL 61603

# Bank Statement

| | |
|---|---|
| **Primary Account Number:** | **623827429** |
| **Statement Date:** | June 15, 2023 |
| **Page Number:** | 1 of 2 |

***If you have questions about your statement, please call us at 800-453-BANK.***

**FOR YOUR INFORMATION**

A savings account that pays you to save for your goals? That's my**Rewards** Savings. Open up to five accounts to save for a home, car, travel or the holidays. You could earn bonus rewards with regular deposits!

Carry your Commerce banker with you everywhere you go. Download the Commerce Bank **CONNECT®** app today!

**Commerce Free Checking** Account # 623827429

**Account Summary** Account # 623827429

Beginning Balance on May 18, 2023 $ 0.00

Ending Balance on June 15, 2023 **$ 0.00**

To calculate a daily running balance during this statement period, use the beginning balance as it is listed on the statement. Next, subtract checks and other debits as of the date they are listed as paid. For ATM and Debit Card withdrawals, use the transaction date. This is when these transactions were authorized. Deposits and other credits should be listed as of the date they were credited.

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Items Fees | $0.00 | $0.00 |

## To Balance Your Account Follow These Easy Steps

1. **Outstanding Checks/Debits:**
   List and total all checks and other debits in your checkbook register that are not listed on your statement (also include any service charges).
2. **Outstanding Deposits/Credits:**
   List and total all deposits and other credits in your checkbook register that are not listed on your statement (also include interest, if any).

| Outstanding Checks/Debits | | |
|---|---|---|
| Date or Number | $ | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL DEBITS | $ | |

| Outstanding Deposits/Credits | | |
|---|---|---|
| Date or Number | $ | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL CREDITS | $ | |

**Reconcilement:**

3. Account ending balance shown on your statement: $ .
4. Add TOTAL CREDITS listed above: + .
5. Subtract TOTAL DEBITS listed above: - .
6. **Balance** should agree with your checkbook balance: = .

Please examine your statement promptly and report any error immediately.

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Contact us at 1000 Walnut Kansas City MO 64106-3686 or call us at 800-453-BANK. If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, please contact us as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

The information above applies to checking, savings, or other consumer accounts established for personal, family, or household purposes.

If your checking or money market account has no activity for 12 consecutive months it will be considered dormant and assessed a $8 monthly fee. Regular savings accounts with no activity for 18 consecutive months will be considered dormant and assessed a $5 monthly fee.

NOT TRANSFERABLE AS DEFINED IN 12 CFR PART 204

Commerce Bank
Member FDIC

Sterling L Johnson
1519 N Knoxville Ave
Peoria IL 61603

# Bank Statement

*If you have questions about your statement, please call us at 800-453-BANK.*

**Primary Account Number:** 623827429
**Statement Date:** May 17, 2023
**Page Number:** 1 of 3

**FOR YOUR INFORMATION**

Looking to purchase your forever home? We'll make your home buying process easier. Visit commercebank.com/mortgage to check rates or apply. Equal Housing Lender.

Carry your Commerce banker with you everywhere you go. Download the Commerce Bank **CONNECT®** app today!

**Commerce Free Checking** Account # 623827429

**Account Summary** Account # 623827429

| | |
|---|---|
| Beginning Balance on April 18, 2023 | $ 230.00 |
| Deposits & Other Credits | + 320.00 |
| Withdrawals & Other Debits | - 1.00 |
| Checks Paid | - 549.00 |
| Ending Balance on May 17, 2023 | **$ 0.00** |

To calculate a daily running balance during this statement period, use the beginning balance as it is listed on the statement. Next, subtract checks and other debits as of the date they are listed as paid. For ATM and Debit Card withdrawals, use the transaction date. This is when these transactions were authorized. Deposits and other credits should be listed as of the date they were credited.

**Deposits & Other Credits** Account # 623827429

| Description | | Date Credited | Amount |
|---|---|---|---|
| Deposit<br>U87199 R230 B0481 D8161 Sq020<br>0230000020816100000 | 650481456233 | 04-18 | 120.00 |
| Deposit<br>U87199 R230 B0481 D8161 Sq026<br>0230000026816100000 | 650481456244 | 04-18 | 200.00 |
| **Total Deposits & Other Credits** | | | **$320.00** |

**Withdrawals & Other Debits** Account # 623827429

| Description | | Tran Date | Date Paid | Amount |
|---|---|---|---|---|
| Teller Transfer to DDA<br>U50062 R230 B2300 D0060 Sq007<br>2300000070060 | 101460460000 | 05-11 | 05-11 | 1.00 |

**Total Withdrawals & Other Debits** **$1.00**

**Checks Paid** Account # 623827429

| Date Paid | Check Number | Amount | Reference Number | Date Paid | Check Number | Amount | Reference Number |
|---|---|---|---|---|---|---|---|
| 04-19 | 73 | 50.00 | 650481340452 | 04-21 | 73 | 299.00 | 650481726732 |
| 04-20 | 73 | 200.00 | 650481340585 | | | | |

**Total Checks Paid** **$549.00**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees.................................................................... | $0.00 | $0.00 |
| Total Returned Items Fees............................................................ | $0.00 | $0.00 |

## To Balance Your Account Follow These Easy Steps

1. **Outstanding Checks/Debits:**
   List and total all checks and other debits in your checkbook register that are not listed on your statement (also include any service charges).

2. **Outstanding Deposits/Credits:**
   List and total all deposits and other credits in your checkbook register that are not listed on your statement (also include interest, if any).

| **Outstanding Checks/Debits** | | |
|---|---|---|
| Date or Number | $ | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL DEBITS | $ | |

| **Outstanding Deposits/Credits** | | |
|---|---|---|
| Date or Number | $ | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL CREDITS | $ | |

**Reconcilement:**

3. Account ending balance shown on your statement: $ ______ . ______
4. Add TOTAL CREDITS listed above: + ______ . ______
5. Subtract TOTAL DEBITS listed above: - ______ . ______
6. **Balance** should agree with your checkbook balance: = ______ . ______

Please examine your statement promptly and report any error immediately.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Contact us at 1000 Walnut Kansas City MO 64106-3686 or call us at 800-453-BANK. If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, please contact us as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

The information above applies to checking, savings, or other consumer accounts established for personal, family, or household purposes.

If your checking or money market account has no activity for 12 consecutive months it will be considered dormant and assessed a $8 monthly fee. Regular savings accounts with no activity for 18 consecutive months will be considered dormant and assessed a $5 monthly fee.

NOT TRANSFERABLE AS DEFINED IN 12 CFR PART 204

Commerce Bank
Member FDIC

Sterling L Johnson
1519 N Knoxville Ave
Peoria IL 61603

# Bank Statement

*If you have questions about your statement, please call us at 800-453-BANK.*

**Primary Account Number:** 623827429
**Statement Date:** April 17, 2023
**Page Number:** 1 of 3

**FOR YOUR INFORMATION**

Ready to start saving? We offer a variety of savings and money market accounts to meet your needs, whether you are planning a dream vacation or building an emergency fund. To make saving easier, you can set up automatic transfers from your Commerce checking account in Online Banking. Visit your Commerce Banker or go to commercebank.com to learn more about our deposit account options. Member FDIC.

Carry your Commerce banker with you everywhere you go. Download the Commerce Bank **CONNECT®** app today!

**Commerce Free Checking** Account # 623827429

**Account Summary** Account # 623827429

| | |
|---|---|
| Beginning Balance on April 17, 2023 | $ 0.00 |
| Deposits & Other Credits | + 230.00 |
| Ending Balance on April 17, 2023 | **$ 230.00** |

To calculate a daily running balance during this statement period, use the beginning balance as it is listed on the statement. Next, subtract checks and other debits as of the date they are listed as paid. For ATM and Debit Card withdrawals, use the transaction date. This is when these transactions were authorized. Deposits and other credits should be listed as of the date they were credited.

**Deposits & Other Credits** Account # 623827429

| Description | | Date Credited | Amount |
|---|---|---|---|
| Deposit<br>U87199 R230 B0481 D8161 Sq011<br>0230000011816100000 | 650481456113 | 04-17 | 230.00 |
| **Total Deposits & Other Credits** | | | **$230.00** |

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Items Fees | $0.00 | $0.00 |

## To Balance Your Account Follow These Easy Steps

1. **Outstanding Checks/Debits:** List and total all checks and other debits in your checkbook register that are not listed on your statement (also include any service charges).
2. **Outstanding Deposits/Credits:** List and total all deposits and other credits in your checkbook register that are not listed on your statement (also include interest, if any).

**Outstanding Checks/Debits**

| Date or Number | $ | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL DEBITS | $ | |

**Outstanding Deposits/Credits**

| Date or Number | $ | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL CREDITS | $ | |

**Reconcilement:**

3. Account ending balance shown on your statement: $ ______ .
4. Add TOTAL CREDITS listed above: + ______ .
5. Subtract TOTAL DEBITS listed above: - ______ .
6. **Balance** should agree with your checkbook balance: = ______ .

Please examine your statement promptly and report any error immediately.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Contact us at 1000 Walnut Kansas City MO 64106-3686 or call us at 800-453-BANK. If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, please contact us as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

The information above applies to checking, savings, or other consumer accounts established for personal, family, or household purposes.

If your checking or money market account has no activity for 12 consecutive months it will be considered dormant and assessed a $8 monthly fee. Regular savings accounts with no activity for 18 consecutive months will be considered dormant and assessed a $5 monthly fee.

NOT TRANSFERABLE AS DEFINED IN 12 CFR PART 204

Commerce Bank
Member FDIC

Sterling L Johnson
1519 N Knoxville Ave
Peoria IL 61603

# Bank Statement

*If you have questions about your statement, please call us at 800-453-BANK.*

**Primary Account Number:** 674090508
**Statement Date:** June 6, 2023
**Page Number:** 1 of 3

**FOR YOUR INFORMATION**

A savings account that pays you to save for your goals? That's my**Rewards** Savings. Open up to five accounts to save for a home, car, travel or the holidays. You could earn bonus rewards with regular deposits!

Carry your Commerce banker with you everywhere you go. Download the Commerce Bank **CONNECT®** app today!

**Commerce Free Checking** Account # 674090508

**Account Summary** Account # 674090508

| | |
|---|---|
| Beginning Balance on May 11, 2023 | $ -158.20 |
| Deposits & Other Credits | + 158.20 |
| Ending Balance on June 6, 2023 | **$ 0.00** |

To calculate a daily running balance during this statement period, use the beginning balance as it is listed on the statement. Next, subtract checks and other debits as of the date they are listed as paid. For ATM and Debit Card withdrawals, use the transaction date. This is when these transactions were authorized. Deposits and other credits should be listed as of the date they were credited.

**Deposits & Other Credits** Account # 674090508

| Description | | Date Credited | Amount |
|---|---|---|---|
| Teller Transfer From Sav D U50062 B2300d60sq003 0000000674090508 2300000030060 | 445937000000 | 05-11 | 1.00 |
| Teller Transfer From Sav D U50062 B2300d60sq005 0000000674090508 2300000050060 | 214459870000 | 05-11 | 1.00 |
| Teller Transfer From DDA D U50062 B2300d60sq007 0000000674090508 2300000070060 | 102460460000 | 05-11 | 1.00 |
| Closed By Bank | | 06-05 | 155.20 |
| **Total Deposits & Other Credits** | | | **$158.20** |

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Items Fees | $0.00 | $0.00 |

## To Balance Your Account Follow These Easy Steps

1. **Outstanding Checks/Debits:**
   List and total all checks and other debits in your checkbook register that are not listed on your statement (also include any service charges).
2. **Outstanding Deposits/Credits:**
   List and total all deposits and other credits in your checkbook register that are not listed on your statement (also include interest, if any).

**Outstanding Checks/Debits**

| Date or Number | $ | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL DEBITS | $ | |

**Outstanding Deposits/Credits**

| Date or Number | $ | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL CREDITS | $ | |

**Reconcilement:**

3. Account ending balance shown on your statement: $ ______ . ______
4. Add TOTAL CREDITS listed above: + ______ . ______
5. Subtract TOTAL DEBITS listed above: - ______ . ______
6. **Balance** should agree with your checkbook balance: = ______ . ______

Please examine your statement promptly and report any error immediately.

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Contact us at 1000 Walnut Kansas City MO 64106-3686 or call us at 800-453-BANK. If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, please contact us as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

The information above applies to checking, savings, or other consumer accounts established for personal, family, or household purposes.

If your checking or money market account has no activity for 12 consecutive months it will be considered dormant and assessed a $8 monthly fee. Regular savings accounts with no activity for 18 consecutive months will be considered dormant and assessed a $5 monthly fee.

NOT TRANSFERABLE AS DEFINED IN 12 CFR PART 204

**STATE OF ILLINOIS TENTH JUDICIAL CIRCUIT**
**CIRCUIT COURT OF PEORIA COUNTY**

PEOPLE OF THE STATE OF ILLINOIS,
Plaintiff,

VS.

STERLING L JOHNSON,

Defendant

Case No: 2026-MT-0000277,

Judge: Caryn J Kamp
ASA: ASA Frank
Def Atty: APD Vonachen
Ct. Clerk: Ct. Rep.:
Interpreter:
Courtroom:

FILED
ROBERT M. SPEARS
SEP 01 2026
CLERK OF THE CIRCUIT COURT
PEORIA COUNTY, ILLINOIS

**INTERIM ORDER**

**The Defendant having been called into Open Court on this date and:**

- ☒ 1. Defendant **is present out of custody**;
- ☐ 2. Defendant is informed of the charge(s); advised of maximum possible penalties; and options for counsel;
- ☐ 3. The Defendant desires court-appointed counsel, and the Court determines the Defendant is indigent;
- ☐ 4. The Defendant requests additional time for private counsel to appear;
- ☐ 5. The Defendant, after being duly advised, waives their right to an attorney and proceeds self-represented;
- ☐ 6. The **Defendant** move(s) that the **People** furnish Discovery pursuant to Ill. Sup. Ct. Rules;
- ☐ 7. The Defendant advised under 725 ILCS 5/115-4.1 of the consequences for failure to appear for trial and sentencing;
- ☐ 8. The Defendant waives a Jury Trial and requests a Bench Trial after admonition;
- ☐ 9. The **Defendant** move(s) for a continuance;
- ☐ 10. Hearing held on **Defendant's** Motion for _____;
- ☒ 11. Other: **Defendant appears this date with paperwork from the State of Washington demonstrating that he has undergone a mental health evaluation there for the possibility of involuntary commitment. By agreement, the state moves to dismiss this case with leave to refile.**

**IT IS HEREBY ORDERED THAT:**

- ☐ A. The Court determines the Defendant is indigent and appoints the Public Defender. PD fee _____.
- ☐ B. This matter is continued on **Defendant's** Motion to ____ at ____ for ____ in Courtroom **121**.
- ☐ C. The parties are ordered to furnish discovery pursuant to Ill. Sup. Ct. Rules.
- ☐ D. The **Defendant's** Motion for _____.
- ☐ E. The Scheduling Conference is set for ____ at ____ in Courtroom **121**..
- ☐ F. The **Jury** Trial is set for ____ at **9:00 am** in Courtroom **121**.
- ☐ G. Court conducts a detention hearing or sets agreed conditions of pretrial release; see separate order.
- ☐ H. A Warrant of Arrest for the Defendant to issue. Extradition ___. If Limited Extradition is selected, see (I) below.
- ☐ I. Extradition limited to counties: Stark, Marshall, Putnam, Peoria, Woodford, Tazewell, McLean, Fulton, Knox.
- ☐ J. Clerk is directed to notify Defendant at last known address.
- ☐ K. Any future court date is hereby vacated.
- ☐ L. The Court finds that the previous factors leading to _ remain.
- ☐ M. Apply bond to any outstanding cases in Peoria County.
- ☒ N. Other: **Case dismissed by the State with leave to refile.**

ENTERED: 9/1/2026

[signature]

JUDGE OF THE TENTH JUDICIAL CIRCUIT

**Deposits & Other Credits** Account # 674090508 (Cont.)

| Description | | Date Credited | Amount |
|---|---|---|---|
| Deposit<br>U86660 R230 B0481 D8165 Sq003<br>0230000003816500000 | 650481726182 | 04-10 | 150.00 |

**Total Deposits & Other Credits** **$1,243.00**

**ATM Withdrawals & Debits** Account # 674090508

Transaction date is when the item was authorized by the merchant and the available balance in your account was reduced. The date paid is when the bank received the transaction to process.

| Description | | Tran Date | Date Paid | Amount |
|---|---|---|---|---|
| Debit Card Purchase - Pin<br>Peoria IL 309611433028 | Shell Service Station 49542701 | 04-06 | 04-06 | 11.83 |
| Debit Card Purchase - Pin<br>Peoria IL 309621016338 | Walgreens Store 2515 99999999 | 04-06 | 04-06 | 67.72 |

**Total ATM Withdrawals & Debits** **$79.55**

**Debit Card Purchases & Debits** Account # 674090508

| Description | | Tran Date | Date Paid | Amount |
|---|---|---|---|---|
| Debit Card Purchase<br>6092241019 NJ | Fanduel Stardustcasino | 04-04 | 04-05 | 10.00 |
| Debit Card Purchase<br>Peoria IL | Short Stop Food Mart | 04-06 | 04-07 | 32.45 |
| Debit Card Purchase<br>134-77524259 TX | Oyo Hotels | 04-06 | 04-07 | 130.00 |
| Debit Card Purchase<br>Peoria IL | Burger King #24989 | 04-07 | 04-10 | 15.81 |
| Debit Card Purchase<br>Peoria IL | Bacci Pizzeria | 04-08 | 04-10 | 27.39 |
| Debit Card Purchase<br>134-77524259 TX | Oyo Hotels | 04-08 | 04-10 | 130.00 |
| Debit Card Purchase<br>6092241019 NJ | Fanduel Stardustcasino | 04-09 | 04-10 | 5.00 |

**Total Debit Card Purchases & Debits** **$350.65**

**Withdrawals & Other Debits** Account # 674090508

| Description | | Tran Date | Date Paid | Amount |
|---|---|---|---|---|
| Teller Transfer to Sav<br>U87112 R230 B0481 D8166 Sq005<br>2300000058166 | 135325660000 | 04-06 | 04-06 | 500.00 |
| ACH Debit<br>Stardust Fanduel Inc<br>084003996859641 | 23100006011353 | 04-10 | 04-10 | 25.00 |
| ACH Debit<br>Stardust Fanduel Inc<br>084003996860967 | 23100006011355 | 04-10 | 04-10 | 100.00 |

Commerce Bank
Member FDIC

Sterling L Johnson

**Primary Account Number:** 674090508
**Statement Date:** April 10, 2023
**Page Number:** 3 of 4

## Withdrawals & Other Debits Account # 674090508 (Cont.)

| Description | | Tran Date | Date Paid | Amount |
|---|---|---|---|---|
| ACH Debit<br>Stardust Fanduel Inc<br>084003996861731 | 23100006011356 | 04-10 | 04-10 | 100.00 |
| ACH Debit<br>Stardust Fanduel Inc<br>084003996868146 | 23100006011365 | 04-10 | 04-10 | 25.00 |
| ACH Debit<br>Stardust Fanduel Inc<br>084003996894044 | 23100006011397 | 04-10 | 04-10 | 25.00 |
| ACH Debit<br>Stardust Fanduel Inc<br>084003997000306 | 23100006160534 | 04-10 | 04-10 | 25.00 |
| ACH Debit<br>Stardust Fanduel Inc<br>084003997000551 | 23100006160537 | 04-10 | 04-10 | 25.00 |
| ACH Debit<br>Stardust Fanduel Inc<br>084003997004078 | 23100006160543 | 04-10 | 04-10 | 10.00 |

**Total Withdrawals & Other Debits** **$835.00**

## Checks Paid Account # 674090508

| Date Paid | Check Number | Amount | Reference Number | Date Paid | Check Number | Amount | Reference Number |
|---|---|---|---|---|---|---|---|
| 03-27 | 73 | 5.00 | 650481725404 | 04-06 | 73 | 150.00 | 650481606518 |
| 03-27 | 73 | 5.00 | 650481725407 | | | | |

**Total Checks Paid** **$160.00**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Items Fees | $0.00 | $0.00 |

Commerce Bank
Member FDIC



Sterling L Johnson
1519 N Knoxville Ave
Peoria IL 61603

# Bank Statement

**Primary Account Number:** **1300739270**

*If you have questions about your statement, please call us at 800-453-BANK.*

**Statement Date:** June 15, 2023
**Page Number:** 1 of 2

**FOR YOUR INFORMATION**

**As a reminder: When your statement cycle ends during a weekend, we will pay interest by projecting the balance from the prior business day. If your balance changes significantly over that weekend, we will make an interest adjustment on the first business day of the next statement cycle.**

A savings account that pays you to save for your goals? That's my**Rewards** Savings. Open up to five accounts to save for a home, car, travel or the holidays. You could earn bonus rewards with regular deposits!

Carry your Commerce banker with you everywhere you go. Download the Commerce Bank **CONNECT®** app today!

**myRewards Savings** Account # 1300739270

**Account Summary** Account # 1300739270

| | |
|---|---|
| Beginning Balance on June 1, 2023 | $ 0.00 |
| Ending Balance on June 15, 2023 | **$ 0.00** |

To calculate a daily running balance during this statement period, use the beginning balance as it is listed on the statement. Next, subtract checks and other debits as of the date they are listed as paid. For ATM and Debit Card withdrawals, use the transaction date. This is when these transactions were authorized. Deposits and other credits should be listed as of the date they were credited.

**Interest Summary** Account # 1300739270

| | |
|---|---|
| Current Interest Rate | 0.01% |
| Interest Paid This Statement Period | 0.00 |
| 2023 Interest Paid Year-to-date | 0.00 |
| 2023 Federal Withholding Year-to-date | 0.00 |
| Average Collected Balance | 0.00 |
| Interest Accrued | 0.00 |
| Annual Percentage Yield Earned | 0.00% |
| Statement Days | 15 |

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Items Fees | $0.00 | $0.00 |

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Contact us at 1000 Walnut Kansas City MO 64106-3686 or call us at 800-453-BANK. If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, please contact us as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

The information above applies to checking, savings, or other consumer accounts established for personal, family, or household purposes.

If your checking or money market account has no activity for 12 consecutive months it will be considered dormant and assessed a $8 monthly fee. Regular savings accounts with no activity for 18 consecutive months will be considered dormant and assessed a $5 monthly fee.

NOT TRANSFERABLE AS DEFINED IN 12 CFR PART 204

Greyhound

BOARDING PASS
Booking no: 338925

2. Leg
5:15 pm
Sat, Aug 29, 2026
Spokane Station
221 W 1st Ave, 99201 Spokane, USA

Bus [JL_942] Jefferson Lines
Direction Billings

Aug 30
4:05 am
Billings
1830 4th Ave North, 59101 Billings, USA

You have 25 mins for your transfer to Bus [JL_702] (3. leg)

Adult
Sterling Johnson

Seat
Free choice

1x Carry-on bag
25 lbs 16x12x7 in

1x Stored bag
50 lbs 31x20x12 in

Manage your booking: shop.greyhound.com/rebooking
Track your trip: greyhound.com/track
FAQ: greyhound.com/help-and-info

Greyhound

BOARDING PASS(1/
Booking no: 338925360

1. Leg
8:50 am
Sat, Aug 29, 2026
Seattle Train Station
303 S. Jackson St @King St. 98104 Seattle, USA

Bus [NWL_737] Northwestern
Direction Spokane Station

4:30 pm
Spokane Station
221 W 1st Ave, 99201 Spokane, USA

You have 45 mins for your transfer to Bus [JL_942] (2. leg)

Adult
Sterling Johnson

Seat
Free choice

1x Carry-on bag
25 lbs 16x12x7 in

1x Stored bag
50 lbs 31x20x12 in

Manage your booking: shop.greyhound.com/rebooking
Track your trip: greyhound.com/track
FAQ: greyhound.com/help-and-info

RECEIPT
#338253607 Sat, Aug 29, 2026 10:20

Sterling Johnson
Booking no: 338925360?

**Aug 29, 2026, 8:50 am - Aug 31, 2026, 2:40 pm**
**Seattle Train Station**
**Peoria (City Link Building)**
**1 Adult 4 Transfers**

Total 196.99
All applicable taxes included

PAID

The General Terms and Conditions of Business and Booking of Flix SE apply to the booking of tickets. You can find them at: https://global.flixbus.com/general-terms-business-and-booking-conditions. The Terms and Conditions of Carriage of the respective carrier apply to carriage. These can be found at: https://global.flixbus.com/general-conditions-of-carriage-selection. Who is the carrier/concession holder ("carrier") of my connection? You will find the carrier in the invoice. (FlixBus DACH GmbH (München-Berlin); FlixBusPol Ltd (Berlin-Warschaw)

BOARDING PASS
Booking no: 338925

3. Leg
4:30 am
Sun, Aug 30, 2026
Billings
1830 4th Ave North, 59101 Billings, USA

Bus [JL_702] Jefferson Lines
Direction Minneapolis Bus Station

10:05 pm
Albert Lea (Love's Truck Stop)
2751 E Main St., 56007 Albert Lea, USA

You have 2 hrs for your transfer to Bus (JL_805) (4. leg)

Adult
Sterling Johnson

Seat
Free choice

1x Carry-on bag
25 lbs 16x12x7 in

1x Stored bag
50 lbs 31x20x12 in

Manage your booking: shop.greyhound.com/rebooking
Track your trip: greyhound.com/track
FAQ: greyhound.com/help-and-info

Greyhound

BOARDING PASS(4/5)
Booking no: 3389253607

4. Leg
12:05 am
Mon, Aug 31, 2026
Albert Lea (Love's Truck Stop)
2751 E Main St., 56007 Albert Lea, USA

Bus [JL_805] Jefferson Lines
Direction Kansas City Bus Station

3:15 am
Des Moines
1641 E. Euclid Ave., 50316 Des Moines, USA

You have 5 hrs 15 mins for your transfer to Bus (JL_1402) (5. leg)

Adult
Sterling Johnson

Seat
Free choice

1x Carry-on bag
25 lbs 16x12x7 in

1x Stored bag
50 lbs 31x20x12 in

Manage your booking: shop.greyhound.com/rebooking
Track your trip: greyhound.com/track
FAQ: greyhound.com/help-and-info

Greyhound

BOARDING PASS(5/5)
Booking no. 3389253607

5. Leg
8:30 am
Mon, Aug 31, 2026
Des Moines
1641 E. Euclid Ave., 50316 Des Moines, USA

Bus [JL_1402] Jefferson Lines
Direction Indianapolis Bus Station

2:40 pm
Peoria (City Link Building)
407 Sw Adams, 61602 Peoria, USA

Adult
Sterling Johnson

Seat
Free choice

1x Carry-on bag
25 lbs 16x12x7 in

1x Stored bag
50 lbs 31x20x12 in

Manage your booking: shop.greyhound.com/rebooking
Track your trip: greyhound.com/track
FAQ: greyhound.com/help-and-info


JOHNSON, STERLING.
DOB: 2/8/1978 (47 yrs) M (BE)


JOHNSON, STERLING.
CSN: 191451280
DOB: 2/8/1978 (47 yrs) M (BE)
MRN: 5296013
Adm Date: 8/6/2025
EXTENDER
PUSH DOWN AT *
TO REMOVE BAND.
LASERBAND
ADVANCED
www.zebra.com
© 2007 - 2017 LaserBand LLC, a Zebra Technologies company. All rights reserved. Patent information at www.zebra.com/patents.