E-FILED
Thursday, 17 September, 2026 02:12:15 PM
Clerk, U.S. District Court, ILCD

11:13

Folders

FILED
ROBERT M. SPEARS
SEP 1 7 2026
CLERK OF THE CIRCUIT COURT
PEORIA COUNTY, ILLINOIS

# Sterling L Johnson

Defendant Case No: 2026-CM-0000448

Judge David A Brown

VS

Plaintiff

People Of The State Of Illinois

City Of Peoria Police Department 26-16517

FILED
SEP 1 7 2026
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Motion: Tampering / Scamming

OFFICIAL SEAL

LYNN E CRAIG

Notary Public State Of Illinois

Commission No. 921747

My Commission Expires December 06. 2028

Discrimination

These Documents Are A Scam The Official Seal And The United States Citizen Official Seal Is Not Artificial Employees Under County And State And Federal Law Must Verify Forms That

10:49

Folders

Employees Are Legally Authorized To Work In The United States Employees May Discriminate Based On Citizenship Or Owner Of The United States Of America Bylaw The Verification And The Records That The Official Seal Stamp By The Court Should Not Be A Scam Under County Statues Labeled With The Official Seal And The Federal Statues Labeled With The Official Seal Enforcing The Constitution And The Law Is Being Responsible For Enforcing IRCA, Including Investigations, Detaining And Deporting Aliens Or Clones / Aliens And Are Authorized To Be In The United State Legally Under The Constitution And The Law A Unauthorized Aliens Must Verify Identity And Work Authorization Documents That Mentally Fit And Someone To Tamper With Documents With The Official Seal Thats Stamped By The Court And The Evidence Proves That The Document With The Seal Of A Proving That The Documents Are Tampered With And The Official Seal Is Visible To The Eyes And To Have This Evidence Is To Ask That Everyone That's Involved With My Situation Be Deported

10:49

Folders

From The United States And Can't Enter
No Country Holding The Constitution

10:48

Folders

Plaintiff, Case No

2026-CM-0000448

Judge: David A Brown

ASA: :MLN

Def Attorney: APD JMD

Ct.Clerk Ct. Rep.:

Plaintiff. Prose

Courtroom 321

VS.

People Of The State Of Illinois

City Of Peoria Police Department 26-16517

Motion: Tampering / Scamming

OFFICIAL SEAL

LYNN E CRAIG

Notary Public State Of Illinois

Commission No. 921747

My Commission Expires December 06. 2028

Discrimination

These Documents Are A Scam The Official Seal And The United States Citizens Immigration Official Seal Is Not Artificial Employees Under County And State And Federal Laws Must Verify Forms That

FILED
ROBERT M. SPEARS
SEP 1 7 2026
CLERK OF THE CIRCUIT COURT
PEORIA COUNTY, ILLINOIS

**Randall Yelverton**
Executive Director
(309) 497-2140
RandallYelverton@peoriapubliclibrary.org

PEORIA PUBLIC
LIBRARY
107 N.E. Monroe St.
Peoria, IL 61602-1070
www.peoriapubliclibrary.org

**STATE OF ILLINOIS, PEORIA COUNTY**
**IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT**

THE PEOPLE OF THE STATE OF ILLINOIS — CASE NO: 2026CM-446
vs. — City of Peoria Police Department 26-16517
STERLING L JOHNSON

AKA X DAMEKA, STERLING JOHNSON, STERLING A JOHNSON, STERLING DAMON JOHNSON, STERLING EARL JOHNSON, STERLING L JOHNSON, STERLING LOUIS JOHNSON, STERLING REMON JOHNSON, JOHNSON, STERLING L, JOHNSON, STERLING LO, DERRICK O PAYTON P35017461252 , DERRICK PAYTON, JOHNSON STERLING, JOHNSON L STERLING, LOUIS JOHNSON STERLING
414 NE JEFFERSON
PEORIA IL 61603

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| DOB: | 02/08/1978 | RACE: | BLACK | SEX: | MALE | | |
| HGT: | 6 Ft. 3 In. | WGT: | 273 Lbs. | EYES: | BROWN | HAIR: | BLACK |

NTA 5-13-2026 10:00 A.M. COURTROOM 321
DEFENDANT

FILED
ROBERT M. SPEARS
MAY 0 8 2026
CLERK OF THE CIRCUIT COURT
PEORIA COUNTY, ILLINOIS

**INFORMATION**

**The undersigned charges in Count 1 of 1 that on or about March 31, 2026**

**In said Peoria County, State of Illinois,**

**STERLING L JOHNSON**

**Committed the offense of**

**BATTERY** — **a Class A Misdemeanor**

**IN THAT HE, WITHOUT LEGAL JUSTIFICATION, KNOWINGLY MADE PHYSICAL CONTACT OF AN INSULTING OR PROVOKING NATURE WITH BRANDON KNIGHT, IN THAT HE STRUCK BRANDON KNIGHT WHILE AT THE 400 BLOCK OF JEFFERSON AVE, PEORIA, ILLINOIS**

**In violation of**
**720 ILCS 5/12-3(a)(2)** — **Illinois Compiled Statutes**

**The undersigned, on oath, states that the allegations herein are true.** **JODI HOOS, STATE'S ATTORNEY**

Sworn to me on 5/7/2026 (Date)

By [signature]
Assistant State's Attorney

OFFICIAL SEAL
LYNN E CRAIG
Notary Public, State of Illinois
Commission No. 921747
My Commission Expires December 06, 2028

Lynn E Craig
Notary Public (seal)

☐ Based on matters presented, the Court finds probable cause for pretrial detention and bond is set at $________.
☐ Clerk shall prepare and issue a Warrant for Arrest based on a finding of probably cause and bond is set at $________.
☐ Summons to issue for Appearance on ________ at ________ AM/PM Courtroom________.
☐ Other: ________

Entered (date) ________ **Judge** ________

**IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT OF ILLINOIS PEORIA COUNTY**

**PEOPLE**
**vs**
**Johnson, Sterling L**

| | |
|---|---|
| Case No. | **2026CM448** |
| Incident No. | 26-18725 |
| Booking No. | 2605693 |
| Arresting Agency | Peoria County Sheriff's Office |

| Offense Code | Description |
|---|---|
| CO04440 | FAILURE TO APPEAR |

The undersigned, as Defendant-Principal and surety, respectively, jointly, and severally acknowledge themselves to be indebted to the People of the State of Illinois in the sum of **CRT ORD REL** (to be levied upon their property, of whatever kind and wherever situated.) The undersigned Defendant, being charged with a statutory or ordinance violation, and now being admitted to bail in the aforesaid sum, undertakes the following conditions of his bail pursuant to 725 ILCS 5/110-10(a) and 725 ILCS 5/110-12:

1. *SAID DEFENDANT SHALL APPEAR ON* **OCT 14, 2026** at **9:00 AM** In Courtroom **321** Peoria County Courthouse Peoria, Illinois for above charges and shall appear thereafter as ordered by the Court until discharge or final order of the court;
2. Said Defendant shall submit himself to the orders and process of the Court;
3. Said Defendant shall NOT DEPART THIS STATE without leave of the Court;
4. Said Defendant shall GIVE WRITTEN NOTICE TO THE CLERK of the Court of any CHANGE IN HIS ADDRESS within 24 hours after such;
5. Said Defendant shall NOT VIOLATE ANY CRIMINAL STATUTE of any jurisdiction; and
6. Other (refer to court order in court file for special conditions of bail):____________________
7. Said Defendant is being released

**TYPE OF BOND POSTED**

- ☐ 10% DEPOSIT, purs. to 725 ILCS 5/110-7.
- ☐ FULL CASH BOND, purs. to 725 ILCS 5/110-8
- ☐ PERSONAL RECOGNIZANCE BOND, purs. to 725 ILCS 5/110-2.
- ☐ REAL ESTATE BOND, purs. to 725 ILCS 5/110-8.
- ☐ DEPOSIT OF STOCKS OR BONDS, purs. to 725 ILCS 5/110-8
- ☐ BAIL BOND REFORM ACT purs to Public Act 100-001 (SB2034)

NOTICE TO DEFENDANT-PRINCIPAL: If you are released on bond and at any time fail to appear in court when required, your failure to appear is a waiver of your right to confront the witness against you and trial may proceed in your absence. Signing the bail bond is acknowledging that you understand this consequence of failure to appear as required.

If the victim of the incident complained of is a household member as defined in 725 ILCS 5/112A-3 (3): Said Defendant is not to initiate contact or communicate with the victim for 72 hours after release from custody. Said Defendant is not to contact or communicate with the victim, or enter or remain within the victim's residence for 72 hours after release from custody.

The undersigned taking bail acknowledges receipt hereof as follows:

☐ , being 10% deposit.
☐ $_______, being full cash bond.
Stocks, Real Estate, and bonds listed in accordance with attached schedule, which is made a part of this bond.

**NOTICE: A bond deposit is conclusively presumed to be property of the defendant. Bond money may be used for court costs, fine, or restitution. Therefore, money posted by defendant or by someone else in his behalf may or may not be returned at the conclusion of the case. 10% of such deposit will be retained by the Clerk as statutory bond costs, the balance to be returned, less any amount applied to payment of costs and fine if any or other purposes authorized by the court.**

THE UNDERSIGNED CERTIFY THEY HAVE READ THE FOREGOING AND UNDERSTAND THE CONDITIONS OF BAIL STATED AND HEREBY AGREE TO FOLLOW SAID CONDITIONS. ALL COURT NOITICES WILL BE SENT TO THE ADDRESS YOU LIST BELOW.

**JOHNSON, STERLING L**

DEFENDANT PRINCIPAL

707 NE MADISON APT A10
PEORIA IL 61603

ADDRESS

Home: 309-512-1687

TELEPHONE NUMBER

SURETY

ADDRESS

TELEPHONE NUMBER

TAKEN BEFORE ME:

CLERK OF THE CIRCUIT COURT
( ) Circuit Clerk (X) Designated Officer ( ) Judge

Date

**ASSIGNMENT OF BAIL BOND BY THE DEFENDANT**

I hereby authorized the return of the monies posted above to the person shown on this bail bond as having provided monies for my bail after all conditions of this bail bond have been met.

Signature of Defendant

## IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT
## STATE OF ILLINOIS, PEORIA COUNTY

PEOPLE OF THE STATE OF ILLINOIS
Plaintiff,

VS.

STERLING L JOHNSON,

Case No: 2026-CM-0000448,

Judge: David A Brown
ASA: :MLN
Def Atty: APD JMD
Ct. Clerk: Ct. Rep.:
Defendant. Interpreter:
Courtroom 321

## INTERIM ORDER

**THE COURT FINDS:**

- ☒ 1. The Defendant appearing out of custody;
- ☐ 2. The Defendant is informed of the charge(s) in the Information and furnished a copy thereof;
- ☐ 3. The Defendant desires Court appointed counsel and the Court determines that the Defendant is indigent;
- ☒ 4. The Defendant requests additional time for private counsel to appear;
- ☒ 5. Counsel identified above appears for the Defendant;
- ☐ 6. The Defendant waives the reading or explanation of the charge(s);
- ☐ 7. The Defendant moves that the People furnish Discovery pursuant to the Illinois Supreme Court Rules;
- ☐ 8. The People move that the Defendant furnish Discovery pursuant to the Illinois Supreme Court Rules;
- ☐ 9. The Defendant enters a plea of Not Guilty to each count of the charge(s);
- ☐ 10. The Defendant is advised pursuant to 725 ILCS 5/115-4.1 of the consequences of failing to appear for trial and sentencing;
- ☐ 11. The Defendant waives a Jury Trial and requests a Bench Trial after admonition;
- ☒ 12. The Defendant move(s) for a continuance;
- ☐ 13. The Defendant moves for a reduction of bail;
- ☐ 14. The Defendant fails to appear;
- ☐ 15. Hearing held on People's Motion for: _____;
- ☐ 16. Probable cause to detain is: _____;
- ☒ 17. Other: **DEF WISHES TO HIRE PRIVATE COUNSEL ON THIS CASE. FOR PURPOSES OF SANCTIONS PETITION, APD AND STATE AGREE TO 2 DAYS TIME SERVED ON SANCTIONS. DEF TO BE RELEASED FROM CUSTODY ON THIS CASE TODAY**.

**IT IS HEREBY ORDERED THAT:**

- ☐ A. The Public Defender is appointed to represent the Defendant.
- ☒ B. This matter is continued on the Defendant's Motion to **OCTOBER 14TH, 2026 AT 9:00 AM for ATTORNEY APPEARANCE.**
- ☐ C. The People are to furnish Discovery pursuant to Supreme Court Rules by _____.
- ☐ D. The People's Motion _____.
- ☐ E. The Scheduling Conference is set for _____.
- ☐ F. The Jury Trial is set for _____.
- ☐ G. The Defendant's Motion for bond reduction is denied. Bail set at $_____.
- ☐ H. A Warrant of Arrest for the Defendant issue with bail set at $_____.
- ☐ I. Trial Date of _____ is vacated.
- ☐ J. Subpoenas to remain in full force and effect.
- ☐ K. The Defendant must report to Pretrial Services to be fingerprinted immediately following court.
- ☐ L. The Bailiff called the case three times and the Defendant is more than 30 minutes late.
- ☐ M. Bail credit of $30 per day under the Bail Reform Act is inapplicable and hereby denied.
- ☐ N. Other:

JUDGE OF THE TENTH JUDICIAL CIRCUIT

ENTERED :9/9/2026

**IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT**
**STATE OF ILLINOIS, PEORIA COUNTY**

Case No: 2026-CM-0000448
Defendant: STERLING L JOHNSON

# ADMISSION TO VIOLATION OF CONDITIONS OF RELEASE UNDER THE PRETRIAL FAIRNESS ACT

I, STERLING L JOHNSON, DOB: 2/8/1978, understand that I have been charged with violation of the terms and conditions of my release under the Pre-Trial Fairness Act pursuant to 725 ILCS 5/110-10(a), et al.. By my own choice, I voluntarily admit that I violated the terms of my release conditions, or I stipulate that the State's evidence is sufficient to prove that I did so, as alleged in the State's Petition to Revoke Release and/or for Sanctions.

I also state that no one has threatened me to cause me to admit that I violated the terms of my release as stated against me, or to stipulate that the State's evidence is sufficient to prove that I did so, and no one has promised me anything in return, other than the terms stated in open court today.

I also fully understand the following:

(1) The specific allegations in the Petition to Revoke Release and/or Sanctions, and the State's burden to prove its allegations against me by clear and convincing evidence;
(2) The possible consequences I face if I proceeded to a hearing on the State's Petition to Revoke Release and/or Sanctions;
(3) The right that I have to counsel, and that if I cannot afford an attorney and face the possibility of jail or prison, I may request that an attorney be appointed to represent me free of charge;
(4) The right that I have a hearing by a judge on the allegations against me, to confront and cross examine the State's witnesses and to call witnesses and present evidence on my own behalf and testify if I choose to do so;
(5) The fact that if I admit to violation of my release conditions, or stipulate to the sufficiency of the State's evidence, there will be no such hearing and the State will not have the burden of proving its allegations against me;
(6) The right that I have to appeal a Petition to Revoke Release, even if this admission or stipulation is offered voluntarily or by agreement; and I understand that I have the right to have counsel on such an appeal, and that if I cannot afford an attorney, I may request that an attorney be appointed to represent me free of charge in which case I would also be entitled to a free copy of the transcripts in my case.

Understanding all the above, it is my free and voluntary choice to admit to the allegations in the Petition to Revoke Release Conditions and/or Sanctions, or stipulate to the sufficiency of the State's evidence of violation(s) against me.

[signature] 9/9/2026
DEFENDANT'S SIGNATURE