E-FILED
Friday, 18 September, 2026 02:11:47 PM
Clerk, U.S. District Court, ILCD

12:28

Google

Sign in

Craig E LyNN

AI Mode | All | Images | Shopping | Videos | New

Krill Funeral Service
https://www.krillfuneralservice.com

## Craig E. Lynn Obituary August 22, 2018

Craig E. Lynn, age 71, of Montpelier, Ohio, passed away 4:46 A.M. on Wednesday, August 22, 2018, at St. Joseph Hospital in Fort Wayne, Indiana.

FILED
ROBERT M. SPEARS
SEP 18 2026
CLERK OF THE CIRCUIT COURT
PEORIA COUNTY, ILLINOIS

Legacy | Obituary
https://www.legacy.com

## Search Craig Lynn Obituaries and Funeral Services

Legacy's online obit database has obituaries, death notices, and funeral services for 14 people named Craig Lynn from thousands of the largest funeral homes ...

FILED
SEP 18 2026
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

The Village Reporter
https://thevillagereporter.com

## Craig Lynn (1946 – 2018)

Craig E LyNN

STATE OF ILLINOIS, PEORIA COUNTY
IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT

THE PEOPLE OF THE STATE OF ILLINOIS — CASE NO: 2026CM448
vs. — City of Peoria Police Department 26-16517
STERLING L JOHNSON

AKA X DAMEKA, STERLING JOHNSON, STERLING A JOHNSON, STERLING DAMON JOHNSON, STERLING EARL JOHNSON, STERLING L JOHNSON, STERLING LOUIS JOHNSON, STERLING REMON JOHNSON, JOHNSON, STERLING L, JOHNSON, STERLING LO, DERRICK O PAYTON P35017461252 , DERRICK PAYTON, JOHNSON STERLING, JOHNSON L STERLING, LOUIS JOHNSON STERLING
414 NE JEFFERSON
PEORIA IL 61603

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| DOB: | 02/08/1978 | RACE: | BLACK | SEX: | MALE | | |
| HGT: | 6 Ft. 3 In. | WGT: | 273 Lbs. | EYES: | BROWN | HAIR: | BLACK |

NTA 5-13-2026 10:00 A.M. COURTROOM 321
DEFENDANT

FILED
ROBERT M. SPEARS
MAY 08 2026
CLERK OF THE CIRCUIT COURT
PEORIA COUNTY, ILLINOIS

## INFORMATION

**The undersigned charges in Count 1 of 1 that on or about March 31, 2026**

**In said Peoria County, State of Illinois,**

**STERLING L JOHNSON**

**Committed the offense of**

**BATTERY** — **a Class A Misdemeanor**

**IN THAT HE, WITHOUT LEGAL JUSTIFICATION, KNOWINGLY MADE PHYSICAL CONTACT OF AN INSULTING OR PROVOKING NATURE WITH BRANDON KNIGHT, IN THAT HE STRUCK BRANDON KNIGHT WHILE AT THE 400 BLOCK OF JEFFERSON AVE, PEORIA, ILLINOIS**

**In violation of**
**720 ILCS 5/12-3(a)(2)** — **Illinois Compiled Statutes**

**The undersigned, on oath, states that the allegations herein are true.** **JODI HOOS, STATE'S ATTORNEY**

Sworn to me on 5/7/2026 (Date) — By [signature] Assistant State's Attorney

OFFICIAL SEAL
LYNN E CRAIG
Notary Public, State of Illinois
Commission No. 921747
My Commission Expires December 06, 2028

Lynn E Craig — Notary Public (seal)

- [ ] Based on matters presented, the Court finds probable cause for pretrial detention and bond is set at $________.
- [ ] Clerk shall prepare and issue a Warrant for Arrest based on a finding of probably cause and bond is set at $________.
- [ ] Summons to issue for Appearance on ______ at ______ AM/PM Courtroom________.
- [ ] Other: ________________________________________

Entered (date) ______________ **Judge** ______________

1:04

Google

Sign in

lynn E Craig

AI Mode | **All** | Images | Videos | Shopping | New

Facebook
https://m.facebook.com

## Lynne Craig in people

View the profiles of people named Lynne Craig. Join Facebook to connect with Lynne Craig and others you may know. Facebook gives people the power to...

Legacy | Obituary
https://www.legacy.com

## Lynn Craig Obituary (1962 - 2019)

Lynn E. Craig, she was born in Cleveland, Ohio April 1, 1962 and passed July 22, 2019. Service will be 5pm-9pm Thursday, August 15 at Greenwell Springs ...

### Images





lynn E Craig