E-FILED
Friday, 13 November, 2026 09:17:15 AM
Clerk, U.S. District Court, ILCD

AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of Illinois

Sterling L. Johnson et al
*Plaintiff*
v.
Elon Musk et al
*Defendant*

Civil Action No. 26-CV-1223

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* __________ recover from the defendant *(name)* __________ the amount of __________ dollars ($ ______ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* __________ recover costs from the plaintiff *(name)* __________ .

☒ other: The case is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge __________ presiding, and the jury has rendered a verdict.

☐ tried by Judge __________ without a jury and the above decision was reached.

☐ decided by Judge __________ on a motion for __________ .

Date: 11/13/2026

*CLERK OF COURT*

s/ Shig Yasunaga

*Signature of Clerk or Deputy Clerk*

